

# Newsweek

Media Kit 2021



Since 1933, **Newsweek has been the authority** in news journalism with the rare ability to reach both Americans and the world's elite.





**Newsweek's Mission:** To promote the freedom to disagree. The growth of knowledge and the foundations of democracy are built on disagreement. Through the crucible of dissent, clarity arises. That's why Newsweek covers stories from multiple points of view: One truth, different angles. We challenge unexamined assumptions and conventional wisdom to bring new insight and understanding to the most important events of our time.





Today **Newsweek** is digital first and as influential as ever.

- We reach **72MM+** uniques/month
- More than **1 in 5** Americans read us
- **71% mobile** / 29% desk

\* GA: April 2020



# Newsweek®
## *Digital Snapshot*



| | | | |
|---|---|---|---|
| **72M+** | Monthly Uniques | Avg HHI | **$120K+** |
| **185M+** | Monthly Global PVs | HHI (49% of Users) | **$100K+** |
| **6.5M+** | Organic Social | HHI (67% of Users) | **$75K+** |
| **10M+** | Apple News | F/M | **42/58** |
| **19M+** | MSN | Age 18-44 | **48%** |
| | | Age 25-34 | **20%** |

**VIDEO**
+100M Vid Imp/Month (Cmp Indx UV: 110)
+70% Viewability
+75% VCR

**C-LEVEL:**
Reaching +15% of C-Suite

**DISPLAY**
+800M Monthly Ad Imps
+70% Viewability

\* GA: October 2020

**Brand Safety**


 Trustworthy Accountability Group: (TAG) Certified Against Fraud and approved as a known & trusted player in the digital ad ecosystem.

  TAG Certification independently assessed by BPA WORLDWIDE.

  Deployment across all video/display Traffic to monitor Invalid Traffic

# Newsweek®
*Print Snapshot*



## Print Regular Circ: (English)

| | |
|---|---|
| **237K+** | Global Readers |
| **100K+** | US Readers |
| **137K+** | International Readers (EMEA, LATAM, ASIA) |

## Franchise Print Circ:

| | |
|---|---|
| **50K+** | Japan |
| **30K+** | S. Korea |
| **70K+** | Poland |
| **6K+** | Romania |
| | Belgium (coming soon) |

## Our Readers

| | |
|---|---|
| **60/40** | M/F Split |
| **15 Min** | Avg time |
| **40%** | Say Newsweek offers something they can't get from other sources |
| **$414K+** | Avg investment portfolio (excluding home) |
| **$1MM+** | 20% Investment portfolio |
| **27%** | Are millionaires |

# Newsweek *Digital Solutions Suite*



Newsweek provides custom content & distribution solutions amplified with our powerful suite of media tools. All packaged neatly for maximum cost-efficiency, hi-impact, and higher than industry engagement with our audience.

- Print magazine showcase
- Display banners
- Hi-impact banner
- Organic social media
- Custom content hub
- Custom video production
- Apple News display banners/vid
- Custom newsletters
- Ndelible jewel boxes

# Newsweek Mobile Banners



Newsweek digital banners offer clients high visibility and engagement with our readers from disruptive interstitial banners to standard banners we have the solutions to reach your audience.



Mobile: 300 x 250          300 x 600          Interscroller          Sticky Video Player

# Newsweek Video Pre-Roll (mobile/desk)

Our Newsweek digital video platform reaches our monthly users to deliver desk & mobile video for maximum impact and engagement:

• 75%+ Viewability

• 70%+ VCR

• CTR 3 x industry





Pre-Roll Video Mobile/Desk

# Newsweek. **Display Banners**

Newsweek digital banners offer clients high visibility and engagement with our readers from disruptive interstitial banners to standard banners we have the distribution solutions to reach our audience.

728 x 90 Leaderboard / 300 x 600 (Off Homepage)

Homepage Sponsored Insight Module





# Newsweek **Display Banners**



Newsweek digital banners offer clients high visibility and engagement with our readers from disruptive interstitial banners to standard banners we have the distribution solutions to reach our audience.

300 x 250 (Off Homepage)







# Hi-Impact
# Super Optically Large Display Unit

Seamlessly delivers hi-impact visual messages for product launches, limited edition product drops and breakthru messages.

• Amazing impact on mobile/desk

• 3 active roll-over areas

• 1 Click to ecomm or landing page

• Video enabled





We can **align any product with relevant** content so it's seen by the right audiences.

And we offer creative solutions for maximum impact & engagement.

# Newsweek X Guatemala Tourism
## *Case Study*



### Heart of the Mayan World 2019

Drive awareness and make travel to Guatemala top-of-mind with our readers: 8pp print insert and a digital landing page, with premium homepage placement and banner ads for stand out results.

**PRE-ROLL VIDEO:**

IMPRESSIONS   1.2M+

VIDEO VIEWS   822K+

VCR   70%+

**TOTAL CTR:**  1.03%





## Align with Newsweek's

 NOVATE

Connect with our 72M+ digital readers who are open-minded, optimistic and curious to find out about innovation in healthcare/medicine/tech. Take a leadership role by aligning with amazing innovators who are creating positive change in the world.



# APPENDIX





# **Newsweek**
## *Additional Snapshot*

## DIGITAL ADVERTISING OPPORTUNITIES

| | |
|---|---|
| 100M+ | MONTHLY VIDEO IMPRESSIONS |
| 75%+ | VIEWABILITY |
| 75%+ | VIDEO COMPLETION RATE |

| | |
|---|---|
| 800M+ | MONTHLY DISPLAY IMPRESSIONS |
| 70%+ | VIEWABILITY |
| 25%+ | BETTER THAN MARKET CTR |

| Channel | Video Pre-Roll Opportunities | Display Ad Opportunity |
|---|---|---|
| Politics | 42M+ | 200M+ |
| Health | 14M+ | 100M+ |
| Entertainment | 14M+ | 100M+ |
| Travel | 7M+ | 40M+ |
| Science | 6M+ | 40M+ |
| Other | 40M+ | 120M+ |

Ad Opportunity is not the same as Ad Impressions.

## BEST PERFORMING VERTICALS

| LUXURY / RETAIL | CONSUMER FINANCE | AUTO / MOBILITY | CPG | TRAVEL | TELECOM | PHARMA |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

# Newsweek. RECOMMENDS

## Mission

Newsweek Recommends is our Accolade, Awards and Rankings program in which Newsweek editors work with expert research partners to create trusted guides for consumers and businesses and build communities of professional excellence

## 2020

- Newsweek Recommends will recognize 10,000 companies, institutions, products and services

- Working with 10 research partners and dozens of high profile experts

- In 30 categories



# Newsweek  RECOMMENDS



## Products and Services

Best Business Tools
https://www.newsweek.com/best-business-tools-2019

Best Online Shops
https://www.newsweek.com/best-online-shops-2020

**Coming in 2020**
Americas Best New Products
Americas Most Trusted Products
Travel Awards
Best Banks and Credit Cards

## Innovation

Blockchain Impact Awards
https://www.newsweek.com/blockchain-impact-awards-nominees-  2019

Momentum Awards
https://www.newsweek.com/momentum-awards-worlds-smartest-  cities

Best Stem Schools
https://www.newsweek.com/americas-best-stem-high-schools-  2020/best-stem-schools-4501-5000










 **ADVERTISERS, SPONSORS, BRANDED CONTENT PARTNERS**
(custom content case studies available upon request)



     

     

     

     

     



**Thank You.**

**Robert Lee**
SVP, Global Creative Director
Phone: +1 646 887 1100
Email: r.lee@newsweek.com

**Chantal Mamboury**
Director of Sales, Europe
Phone: +41792002062
Email: c.mamboury@newsweek.com