September 1, 2018

Dear Haley Matthews Fuller,

PLEASE NOTE THE CONTENTS OF THIS LETTER ARE STRICTLY CONFIDENTIAL AND ARE FOR YOUR EYES ONLY, AND MAY NOT BE DISTRIBUTED, COPIED, QUOTED, OR COMMUNICATED TO OTHER PARTIES IN ANY WAY, VERBAL OR WRITTEN, FOR ANY REASON, AT ANY TIME INTO THE INDEFINITE FUTURE, WITHOUT PRIOR WRITTEN CONSENT FROM A MEMBER OF NATIONAL COUNCIL OR EXECUTIVE MINISTRY.

Your position as Chapter Head of The Satanic Temple West Florida is revoked, effective immediately. This decision has not been made lightly, but is a response to: 1) numerous independent complaints from multiple parties that your dismissive, insulting and bullying behavior toward other chapter leaders has created a toxic and unsafe environment within chapter leadership forums; 2) defamatory and derogatory statements you have made about Executive Ministry, 3) your participation in the dissemination of personal identifying information (colloquially "doxing") of a member of Executive Ministry in online group chats, and 4) your stated intent to hold hostage, withhold and/or destroy research material that you gathered on behalf of The Satanic Temple for the Grey Faction initiative. These behaviors are not only inappropriate and reflecting of poor character, but they also make it impossible to trust you with the kind of information you are required to handle in a leadership position.

This action is the unanimous decision of all National Council members, with the exception of Sebastian Simpson who recused himself from both the deliberation and the final vote, and has the full support of Executive Ministry.

Immediately upon receiving this notification, the following actions are **REQUIRED**:

- Turn over the usernames and passwords of the Twitter and Instagram accounts of The Satanic Temple West Florida to a member of The Satanic Temple National Council.
- Turn over the password for and full control of the thesatanictemplewestflorida@gmail.com Google account.
- Turn over the usernames and passwords of any other accounts that you may have access to that were created as account branded with The Satanic Temple West Florida's name and/or logo.
- Remove your administrative access from any Facebook groups and pages associated with The Satanic Temple or any of its chapters, including but not limited to: The Satanic Temple – West Florida Chapter (page), Friends of TST West Florida (group), and "The Satanic Temple of West Florida Member Group" (group).
- Remove the title of "Chapter Head" or any other implication of a leadership position at The Satanic Temple or any of its chapters from any online profile (under your real name or pseudonym)

From this point forward you **MAY NOT**:

- Post any announcement or statement on any online property owned by or branded as being affiliated with The Satanic Temple any of its chapters concerning the terms of your departure, unless the exact language of that announcement or statement has been reviewed and approved in writing by a member of Executive Ministry or National Council.
- Post to your personal profiles on any social media, or published using any medium whatsoever, online or in print, now or at any time in the future, any statements that are in violation of the Chapter Head agreement and non-disclosure / non-disparagement clause of the Affiliation Agreement you have already signed.

If you claim or imply any reasons for your dismissal beyond those stated in this letter, or spread any information or claims that are defamatory or otherwise violate agreements that you have signed, we will release all of the evidence underlying the reason for your termination publicly as to correct any erroneous perceptions regarding your termination, including: screen shots of you threatening to withhold research you gathered for us, screen shots of you sharing the real name ("doxing") of a member of Executive Ministry in a group chat, and the multiple complaints that were filed against you by Chapter Heads and other members of The Satanic Temple. Any actions on your part in violation of the aforementioned agreements and/or in retaliation will also be shared with your commanding officer.

Sincerely,
The Satanic Temple National Council & Executive Ministry