| | |
|---|---|
| **PACER Service Center** | 11/24/2021 17:21:36 |
| **User** | mkezhaya |
| **Client Code** | |
| **Description** | All Court Types Party Search |
| | All Courts; Name calavera joshua; All Courts |
| **Results** | The search returned no results. |
| **Billable Pages** | 1 ($0.10) |