🇺🇸 An official website of the United States government.   Here's how you know. ⌄     Log in to PACER Systems ⇥

 Party Search Results

**Search Criteria:** Party Search; Last Name: [meeham]; First Name: [mickey]
**Result Count:** 1 (1 page)
**Current Page:** 1

| | |
|---|---|
| Party Name | Meeham, Mickey (dft) |
| Case Number | 2:2020cv00509 |
| Case Title | United Federation of Churches LLC v. Johnson et al |
| Court | Washington Western District Court |
| Date Filed | |
| Date Closed | |

◀     ▶

| PACER Service Center | 11/24/2021 17:20:43 |
|---|---|
| User | mkezhaya |
| Client Code | |
| Description | All Court Types Party Search<br>All Courts; Name meeham, mickey; All Courts; Page: 1 |
| Billable Pages | 1 ($0.10) |

PACER FAQ

Privacy & Security

Contact Us

Legacy PCL

 This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov