# Matthew A. Kezhaya

| | |
|---|---|
| **From:** | Julia Duin <j.duin@newsweek.com> |
| **Sent:** | Friday, October 29, 2021 04:14 PM |
| **To:** | Joe Laycock |
| **Subject:** | Re: about the Seattle law suit |

Thanks for all the material you sent me. The article is out today: https://www.newsweek.com/orgies-harassment-fraud-satanic-temple-rocked-accusations-lawsuit-1644042

On Wed, Oct 27, 2021 at 5:29 PM Joe Laycock <joe.laycock@gmail.com> wrote:
Hi Julia,

Nice talking with you tonight.

Attached is the draft proof of my book.  Chapter 3 discusses the schisms in 2018 and chapter 5 discusses the argument that TST can be reasonably called a non-theistic religion.

I am fine with you talking about things I have already said in this book, published in 2020.

What I would really like to avoid is any connotation that I know about this current lawsuit (I don't) or that I have some dog in the fight (I don't).  You obviously know much more about this lawsuit than me.  I have not been keeping up with all things TST since about 2019.

"QueerSatanic" started randomly tweeting some rude comments at me so I blocked them.  I wouldn't call it harassment because I would block any stranger who started tweeting rude things at me using pseudonym!  But I do not understand why they would want to pick a fight with me while they are already fighting with TST.  If you get the chance, feel free to tell them I mean them no harm!

And to reiterate in case there is any confusion, I am JOSEPH Laycock.  I am an associate professor of RELIGIOUS STUDIES at TEXAS STATE UNIVERSITY in San Marcos, Texas!  My main area of research is "new religious movements."  I seek to understand (but not necessarily defend) groups that are misunderstood, marginalized, and maligned.

Best,

Joe

> On Oct 27, 2021, at 4:52 PM, Julia Duin <j.duin@newsweek.com> wrote:
>
> Dear Joe -
>
> I am doing a piece on the ongoing lawsuit involving 4 ex-TST members in Seattle. Lucien gave me your name, as he said they harassed you to the point you blocked them on social media. Would you have any time to talk about this?
> Sincerely,
>
>
> --

1

**Julia Duin | Contributing editor/religion**
**NEWSWEEK**

**T |** +1 425 677 7783

**C |** + 202 374 4782

**E |** j.duin@newsweek.com

**W |** newsweek.com

*This e-mail and any attached files are intended solely for the use of the individual or entity to which this e-mail is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.*

--

**Julia Duin | Contributing editor/religion**
**NEWSWEEK**

**T |** +1 425 677 7783

**C |** + 202 374 4782

**E |** j.duin@newsweek.com

**W |** newsweek.com



*This e-mail and any attached files are intended solely for the use of the individual or entity to which this e-mail is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.*