UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE SATANIC TEMPLE, INC.,<br><br>-v-<br><br>NEWSWEEK MAGAZINE LLC and JULIA DUIN<br>　　　　　　　　　　　　　　　Plaintiff,<br><br>　　　　　　　　　　　　　　　Defendant. | Case No. 22-CV-1343<br><br>**Rule 7.1 Statement** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: 2/16/2022

Signature of Attorney

Attorney Bar Code: MS-9406

Form Rule7_1.pdf  SDNY Web 10/2007