**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THE SATANIC TEMPLE, INC.

Plaintiff,                                              Case No. 22-cv-01343 (MKV)

-v-

NEWSWEEK MAGAZINE LLC and                               **NOTICE OF APPEARANCE**
JULIA DUIN

Defendants.

To the Clerk of this Court and all parties of record:

     Please enter the appearance of Cameron Stracher as counsel of record in this case

for Defendants Newsweek Magazine LLC and Julia Duin.   I certify that I am admitted to

practice in, and a member of good standing of, this Court.

 Dated: May 13, 2022                          Respectfully submitted,


                                     /s/ *Cameron Stracher*
                                   Cameron Stracher
                                   CAMERON STRACHER, PLLC
                                   51 Astor Place, 9th Floor
                                   New York, NY 10003
                                   T: (646) 992-3850
                                   F: (646) 992-4241
                                   E: cam@stracherlaw.com

### ***CERTIFICATE OF SERVICE***

I hereby certify that on this  13th  day of   May  , 2022, a true and correct copy

of the foregoing **NOTICE OF APPEARANCE** was filed with the Court through the

ECF-CM electronic filing system, which will automatically serve electronic notice of the

same on the counsel of record:

> Matthew Henry Sheppe
> Reiss Sheppe LLP
> 425 Madison Ave., 19th Floor
> New York, NY 10017
>
> *Counsel for Plaintiff*


  /s/  Cameron Stracher