UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE SATANIC TEMPLE, INC.                Plaintiff,<br><br>-v-<br><br>NEWSWEEK MAGAZINE LLC and<br>JULIA DUIN<br><br>                                        Defendant. | Case No. 22-cv-01343 (MKV)<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Newsweek Magazine LLC and Julia Duin (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** May 13, 2022

**Signature of Attorney**

**Attorney Bar Code:** CS-2959