**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE SATANIC TEMPLE, INC.<br><br>Plaintiff,<br><br>-v-<br><br>NEWSWEEK MAGAZINE LLC and<br>JULIA DUIN<br><br>Defendants. | Case No. 22-cv-01343 (MKV)<br><br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please enter the appearance of Sara Tesoriero as counsel in this case for

Defendants Newsweek Magazine LLC and Julia Duin.  I certify that I am admitted to

practice in, and a member of good standing of, this Court.

 Dated: May 13, 2022                    Respectfully submitted,


                                        /s/ *Sara C. Tesoriero*
                                        Sara C. Tesoriero
                                        CAMERON STRACHER, PLLC
                                        51 Astor Place, 9th Floor
                                        New York, NY 10003
                                        T: (646) 992-3850
                                        F: (646) 992-4241
                                        E: sara@stracherlaw.com

                                        *Attorney for Defendants*
                                        *Newsweek Magazine LLC and Julia Duin*

## ***CERTIFICATE OF SERVICE***

I hereby certify that on this  13th  day of   May  , 2022, a true and correct copy

of the foregoing **NOTICE OF APPEARANCE** was filed with the Court through the

ECF-CM electronic filing system, which will automatically serve electronic notice of the

same on the counsel of record:

> Matthew Henry Sheppe
> Reiss Sheppe LLP
> 425 Madison Ave., 19th Floor
> New York, NY 10017
>
> *Counsel for Plaintiff*

  /s/  Sara C. Tesoriero