UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

THE SATANIC TEMPLE, INC.,

                                  Plaintiff,          Case No. 1:22-cv-01343-MKV

v.

NEWSWEEK MAGAZINE LLC and
JULIA DUIN

                                  Defendants.

---------------------------------------------------------------------- x

    PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 12(b)(2), and upon the accompanying Memorandum of Law, supporting Declaration, the Complaint and exhibits attached thereto, and all the pleadings and papers previously filed herein, defendant Julia Duin respectfully move this court, before The Honorable Mary Kay Vyskocil, United States District Judge, for an order dismissing Plaintiff's Complaint for lack of personal jurisdiction.

    Please be advised that, pursuant to the Court's Memo Endorsement at ECF No. 15, opposition papers, if any, must be electronically filed on or before August 15, 2022.

Dated:  July 15, 2022                  Respectfully submitted,

                                          /s/*Cameron Stracher*
                                          Cameron Stracher
                                          Sara C. Tesoriero
                                          CAMERON STRACHER, PLLC
                                          51 Astor Place, 9th Floor
                                          New York, NY 10003
                                          Tel: 646.992.3850
                                          Fax: 646.992.4241
                                          cam@stracherlaw.com
                                          sara@stracherlaw.com

                                          *Attorneys for Defendant Julia Duin*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 15, 2022, I caused a true copy of the foregoing to be served on all counsel of record via ECF.

                                            /s/ *Sara C. Tesoriero*
                                            Sara C. Tesoriero, Esq.