UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
THE SATANIC TEMPLE, INC.,

                              Plaintiff,

v.                                          Case No. 1:22-cv-01343-MKV

NEWSWEEK MAGAZINE LLC and        **Declaration of Julia Duin**
JULIA DUIN

                             Defendants.
------------------------------------------------------------------- x

Pursuant to 28 U.S.C. § 1746, Julia Duin declares:

1. I am over the age of 18 and fully competent to make this declaration. I have personal knowledge of the facts herein.

2. I am a resident of the State of Washington and have resided in Washington since July 2015.

3. I am a journalist who works with Newsweek Magazine LLC ("Newsweek") as an independent contractor. I have worked with Newsweek as an independent contractor since September 1, 2021. Prior to that, for six years, I was a self-employed freelancer. As an independent contractor for Newsweek, I write and submit articles to Newsweek that are then published on its website, www.newsweek.com, which is available to readers nationwide.

4. I am not a Newsweek employee. I do not control or otherwise play a role in Newsweek's publication of the articles I submit. I do not travel to New York in connection with my work with Newsweek.

1

5. I wrote the article titled "Orgies, Harassment, Fraud: Satanic Temple Rocked by Accusations, Lawsuit" (the "Article") that was published by Newsweek through its website at www.newsweek.com. I wrote the Article in my home office in Issaquah, Washington.

6. I did not travel to New York or conduct any activity in New York in connection with the Article.

7. To my knowledge, none of the sources I interviewed for the Article reside in New York.

8. Once I submitted the article to my editor, I did not play any role in when or where the Article would be published.

9. I do not have a bank account in New York, do not own any property in New York, and do not pay New York State taxes.

10. I have not been to New York since on or about 2011.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 14, 2022

_____
Julia Duin

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2022, I caused a true copy of the foregoing to be served on all counsel of record via ECF.

/s/ *Sara C. Tesoriero*
Sara C. Tesoriero, Esq.