UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

THE SATANIC TEMPLE, INC.,

                              Plaintiff,          Case No. 1:22-cv-01343-MKV

v.

                                      **NOTICE OF MOTION**

NEWSWEEK MAGAZINE LLC and
JULIA DUIN

                            Defendants.

------------------------------------------------------------------- x

      PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 12(b)(6), and upon the accompanying Memorandum of Law, the Complaint and exhibits attached thereto, and all the pleadings and papers previously filed herein, defendants Newsweek Magazine LLC and Julia Duin respectfully move this court, before The Honorable Mary Kay Vyskocil, United States District Judge, for an order dismissing Plaintiff's Complaint for failure to state a claim upon which relief may be granted.

      Please be advised that, pursuant to the Court's Memo Endorsement at ECF No. 15, opposition papers, if any, must be electronically filed on or before August 15, 2022.

Dated:  July 15, 2022                      Respectfully submitted,

                                              /s/ *Cameron Stracher*
                                              Cameron Stracher
                                              Sara C. Tesoriero
                                              CAMERON STRACHER, PLLC
                                              51 Astor Place, 9th Floor
                                              New York, NY 10003
                                              Tel: 646.992.3850
                                              Fax: 646-992.4241
                                              cam@stracherlaw.com
                                              sara@stracherlaw.com

                                              *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 15, 2022, I caused a true copy of the foregoing to be served on all counsel of record via ECF.

                                                                       /s/ *Sara C. Tesoriero*
                                                                        Sara C. Tesoriero, Esq.