UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE SATANIC TEMPLE, INC.,

    Plaintiff,

v.

NEWSWEEK MAGAZINE LLC, JULIA DUIN,

    Defendants.

Case No. 1:22-cv-01343 (MKV)

**DECLARATION OF MATTHEW SHEPPE**

    **MATTHEW SHEPPE**, declares the following pursuant to 28 U.S.C. §1746:

1. I am a partner at Reiss Sheppe LLP, counsel for Plaintiff The Satanic Temple, Inc., and submit this declaration in opposition to Defendant Julie Duin's motion to dismiss.

2. Defendant Newsweek Magazine LLC's ("Newsweek") list of articles authored by Ms. Duin indicate that Ms. Duin has published 22 articles for Newsweek since September 9, 2022 and can be found at https://www.newsweek.com/authors/julia-duin (last visited August 15, 2022).

3. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the forgoing is true and correct.

Dated:  New York, New York
         August 15, 2022

_____
Matthew Sheppe

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 15, 2022, I caused a true copy of the foregoing to be served on all counsel of record via ECF.

                                                                                        _____

                                                                                        Matthew Sheppe