# Reiss Sheppe LLP

ATTORNEYS AT LAW

MATTHEW SHEPPE
STEPHEN FRIEDMAN
AMIR KORNBLUM
DORAN GOLUBTCHIK

HOWARD R. REISS – RETIRED SENIOR COUNSEL

ERIC J. VARDI

MIRIAM AZIZI (not yet admitted)

425 MADISON AVENUE, FLOOR 19
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 753-2424
FAX: (212) 753-3829

August 15, 2022

**BY ECF**

Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl St., Room 2230
New York, NY  10007

Re: _TST v. Newsweek and Duin_ (22-cv-1343) – request for oral argument

Dear Judge Vyskocil:

We represent Plaintiff The Satanic Temple, Inc. ("TST") and write pursuant to rule 4.A.vii. in your Individual Rules of Practice in Civil Cases to request oral argument on Defendants' motions to dismiss (ECF Docket Nos. 16-20).

Respectfully submitted,

Matthew Sheppe
_Counsel for Plaintiff_

Of counsel:

Matthew Kezhaya
Kezhaya Law PLC
333 N. Washington Ave, #300
Minneapolis, Minnesota 55401
Tel: (479) 431-6112
Email: matt@kezhaya.law

cc:   C. Stracher, Esq. (Defendants' counsel by ECF)