UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Satanic Temple, Inc.<br><br>*Plaintiff*<br><br>v.<br><br>Newsweek Magazine LLC<br><br>*Defendant.* | 1:22-CV-01343-MKV<br><br>MOTION FOR ADMISSION<br>PRO HAC VICE |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Matthew A. Kezhaya hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff in the above-captioned case.

I am in good standing of the bars of the states of Arkansas and Minnesota and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been suspended, disbarred, or denied admission or readmission by any court. As explained in the attached affidavit, made pursuant to Local Rule 1.3, I have been censured.

Dated: May 9, 2023       Respectfully Submitted,



**Matt Kezhaya**          matt@crown.law
**Crown Law**             direct: (479) 431-6112
Ark. # 2014161            general: (612) 276-2216
Minn. # 0402193           fax: (612) 682-5277

121 Washington Ave. N., 4th Floor, Minneapolis, MN 55401

### CERTIFICATE AND NOTICE OF SERVICE

**NOTICE IS GIVEN** that I, Matt Kezhaya, submitted for electronic filing the foregoing document by uploading it to Court's CM/ECF system on May 9, 2023. The CM/ECF system sends notification to all counsel of record.  */s/ Matt Kezhaya*