**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| The Satanic Temple, Inc.<br><br>*Plaintiff*<br><br>v.<br><br>Newsweek Magazine LLC<br><br>*Defendant.* | 1:22-CV-01343-MKV<br><br>ORDER FOR ADMISSION PRO HAC VICE |

The motion of Matthew A. Kezhaya, for admission to practice Pro Hac Vice in the above captioned action is granted. Applicant has declared that he is a member in good standings of the bars of the states of Arkansas and Minnesota; and that his contact information is as follows:

    Application's Name: Matthew A. Kezhaya

    Firm Name: Crown Law

    Address: 121 Washington Ave. N., 4th Floor

    City/State/Zip: Minneapolis, MN 55401

    Telephone/Fax: 479-431-6112/612-682-5277

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above caption case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
United States District/Magistrate Judge