UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
: 
THE SATANIC TEMPLE, INC., :
:
                              Plaintiff, : Case No. 1:22-cv-01343-MKV
v. :
:
NEWSWEEK MAGAZINE LLC and :
JULIA DUIN :
:
                             Defendants. :
:
------------------------------------------------------------------- x

## STIPULATION AND [PROPOSED] ORDER TO AMEND CASE CAPTION

WHEREAS the parties agree that the proper defendant in the above-captioned case is Newsweek Digital, LLC, not Newsweek Magazine LLC.

WHEREAS Newsweek Digital, LLC is a New York entity, whose sole member is NW Media Holding Corp., a New York corporation with its principal place of business in New York. Therefore, substituting Newsweek Digital, LLC as the defendant in this case would not deprive this Court of subject matter jurisdiction or render venue in this district improper.

WHEREAS defendant Julia Duin was dismissed from this case pursuant to this Court's March 8, 2023 Order (ECF No. 27).

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the case caption should be changed to name Newsweek Digital, LLC as the sole defendant, in a form substantially similar to the example attached hereto as Exhibit A.

1

Respectfully submitted,

| | |
|---|---|
| REISS SHEPPE LLP | CAMERON STRACHER, PLLC |
| /s/ *Matthew Sheppe* | /s/ *Cameron Stracher* |
| Matthew Sheppe | Cameron Stracher |
| 425 Madison Ave., 19th Floor | Sara C. Tesoriero |
| New York, NY 10017 | 51 Astor Place, 9th Floor |
| Tel: (212) 753-2424 | New York, NY 10003 |
| Fax: (347) 348-0731 | Tel: (646) 992.3850 |
| msheppe@reisssheppe.com | Fax: (646) 992.4241 |
| | cam@stracherlaw.com |
| CROWN LAW | sara@stracherlaw.com |
| Matt Kezhaya | |
| 121 Washington Ave. N., | *Attorneys for Newsweek Magazine, LLC* |
| 4th Floor | *and Newsweek Digital, LLC* |
| Minneapolis, MN 55401 | |
| Tel: (479) 431-6112 | |
| matt@crown.law | |

*Attorneys for Plaintiff*

**SO ORDERED**

_____
Mary Kay Vyskocil
United States District Judge

Dated: _____
         New York, NY

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
                                                                     :
THE SATANIC TEMPLE, INC.,                                            :
                                                                     :
                                 Plaintiff,        :   Case No. 1:22-cv-01343-MKV
v.                                                                   :
                                                                     :
NEWSWEEK DIGITAL, LLC                                                :
                                                                     :
                                 Defendant.        :
                                                                     :
-------------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

    I hereby certify that on May 11, 2023, I caused a true copy of the foregoing to be served on all counsel of record via ECF.

                                                  /s/ *Sara C. Tesoriero*
                                                  Sara C. Tesoriero