USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __8/7/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE SATANIC TEMPLE, INC.,

                    Plaintiff,

-against-

NEWSWEEK MAGAZINE LLC,

                    Defendant.

1:22-cv-1343-MKV

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_x_ Specific Non-Dispositive Motion/Dispute:
    ECF No. 39_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

__ Settlement

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g. dispositive motion, preliminary injunction)
    Purpose: _____

___ Habeas Corpus

___ Social Security

__ Dispositive Motion (i.e. motion requiring Report and Recommendation)
    Particular Motion: _____

    All such motions: ____

**SO ORDERED.**

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

DATED: August 7, 2023
New York, New York