UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE SATANIC TEMPLE, INC.,

                Plaintiff,

-v-

NEWSWEEK MAGAZINE LLC,

                Defendant.

CIVIL ACTION NO. 22 Civ. 1343 (MKV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference is scheduled for **Monday, August 28, 2023 at 12:00 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. At the conference, the parties shall be prepared to discuss the pending letter-motion for a discovery conference. (ECF No. 39).

The Clerk of Court is respectfully directed to close ECF No. 39.

Dated:     New York, New York
          August 8, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**