USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/16/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE SATANIC TEMPLE, INC.,

                Plaintiff,

-against-

NEWSWEEK MAGAZINE LLC,

                Defendant.

1:22-cv-1343-MKV

AMENDED ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

      The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_x\_ Specific Non-Dispositive Motion/Dispute:
ECF No. 44_____
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_ Settlement

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g. dispositive motion, preliminary injunction)
Purpose: _____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_ Dispositive Motion (i.e. motion requiring Report and Recommendation)
Particular Motion: _____
_____

All such motions: ____

**SO ORDERED.**

_____
Mary Kay Vyskocil
United States District Judge

DATED: August 16, 2023
New York, New York