**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THE SATANIC TEMPLE, INC.,

                        Plaintiff,

-v-

NEWSWEEK MAGAZINE LLC,

                        Defendant.

CIVIL ACTION NO.
22 Civ. 1343 (MKV) (SLC)

**AFFIDAVIT OF JEREMY E. ROLLER FOR ADMISSION PRO HAC VICE**

STATE OF WASHINGTON )
                              ) ss.:
COUNTY OF KING     )

Jeremy E. Roller, being duly sworn, deposes and says:

1.     I am a member of the Bar of the State of Washington and am associated with the firm of Arete Law Group PLLC, attorneys for third-parties David Alan Johnson, Leah Fishbaugh, Mickey Powell, and Nathan Sullivan in the above-entitled action.

2.     I make this affidavit pursuant to Rule 1.3 of the Civil Rules for the Southern and Eastern Districts of New York, in support of my application for admission Pro Hac Vice.

3.     As shown in the Certificate of Good Standing attached hereto, I am a member in good standing of the Bar of the State of Washington.

4.     I have never been convicted of a felony.

5.     I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

6.     There are not presently any disciplinary proceedings against me.

//

Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate Pro Hac Vice for third-parties David Alan Johnson, Leah Fishbaugh, Mickey Powell, and Nathan Sullivan in the above-entitled action.

Dated:  September 8, 2023 in Seattle, Washington.

ANNE F HARRIS
Notary Public
State of Washington
Commission # 206037
My Comm. Expires Mar 21, 2027

_____
Jeremy E. Roller

Sworn to before me this 8th day of September, 2023.

_____
Notary Public