| | | |
|---|---|---|
| Matt Kezhaya |  | matt@kezhaya.law |
| 150 S. Fifth St., Suite 1850 | | Direct: (479) 431-6112 |
| Minneapolis, MN 55402 | | General: (612) 276-2216 |

**BY ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/2023
```

October 12, 2023

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

Re:   *Satanic Temple v. Newsweek* (22-CV-1343) – supplement to unopposed request for a 30-day extension for fact discovery

Dear Judge Vyskocil:

Pursuant to Individual Civil Rule 2(G), Plaintiff The Satanic Temple, Inc. requests a thirty (30) day extension of the deadline to complete fact discovery to December 7, 2023. The current deadline is November 7, 2023. (ECF 43). This is the second extension requested and it is unopposed by Defendant Newsweek Digital, LLC.

By way of supplement to yesterday's letter, the parties had a discovery hearing today with Magistrate Judge Cave today pertaining to a dispute surrounding the scope of document production. The written order is still forthcoming, but the announced ruling is that Newsweek shall produce the documents for an *in camera* review by October 20. It is not practicable for Magistrate Judge Cave to review the documents in time for depositions currently scheduled for October 27 and 31. An additional 30 days of discovery time will result in more orderly depositions and will prevent piecemeal discovery.

Wherefore, Plaintiff respectfully requests a 30-day unopposed extension of time to complete fact discovery, to December 7.

|  | Respectfully submitted, |
|---|---|
| By: | */s/ Matt Kezhaya* |
|  | Matt Kezhaya (*pro hac vice*) |
|  | **KEZHAYA LAW PLC** |
|  | 150 S. Fifth St., Suite 1850 |
|  | Minneapolis, MN 55402 |
| phone: | (479) 431-6112 |
| email: | matt@kezhaya.law |

## CERTIFICATE OF SERVICE

**NOTICE IS GIVEN** that I, Matt Kezhaya, efiled the foregoing document by uploading it to the Court's CM/ECF system on October 12, 2023, which sends service to registered users, including all other counsel of record in this cause.
*s/ Matt Kezhaya*

---

**Granted. SO ORDERED.**

Date: 10/12/2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

---

– 2 –