UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE SATANIC TEMPLE, INC.,

                Plaintiff,

-v-

NEWSWEEK MAGAZINE LLC,

                Defendant.

CIVIL ACTION NO. 22 Civ. 1343 (MKV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On October 12, 2023, the Court held a conference (the "Conference") and directed the parties to order a transcript (the "Transcript") of the Conference by October 13, 2023. (ECF No. 58). To date, the parties have not ordered the Transcript. Accordingly, the Court directs the parties to order the Transcript by **October 17, 2023**.

Dated:     New York, New York
             October 16, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge