UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE SATANIC TEMPLE, INC.,<br><br>                        Plaintiff,<br><br>    -v-<br><br>NEWSWEEK MAGAZINE LLC,<br><br>                        Defendant. | CIVIL ACTION NO. 22 Civ. 1343 (MKV) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On October 12, 2023, the Court held a telephone conference (the "Conference") to discuss, inter alia, the parties' joint letter for a discovery conference seeking a ruling regarding the scope of Defendant's potential production of emails. (ECF No. 53 (the "Discovery Dispute")). The Discovery Dispute concerned which, if any, of 65 emails from Nancy Cooper's email account and 51 emails from Julia Duin's email account (together, the "Emails") Defendant should be ordered to produce to Plaintiff. (Id.) On October 12, 2023, following the Conference, the Court issued an Order stating, inter alia, that the Court would conduct an in camera review of the Emails and issue an Order delineating which, if any, shall be produced to Plaintiff. (ECF No. 58). On October 20, 2023, Defendant informed the Court that, after running the search terms again through a third-party vendor and de-duplicating, 86 of the Emails remained for the Court to review for responsiveness, which Defendant submitted to the Court for in camera review. Because 30 of the Emails Defendant had submitted were already produced to Plaintiff, only 56 of the Emails remained for the Court's review (the "Emails for Review").

Following its <u>in camera</u> review of the Emails for Review, the Court finds that 48 are responsive and shall be produced (the "Emails for Production") as follows:

1. Defendant shall produce 47 Emails bearing the following file names: Cooper01, Cooper02, Cooper19, Cooper26, Cooper28, Cooper31, Cooper33, Cooper37, Cooper40, Cooper42, Cooper45, Cooper47, Cooper48, Cooper54, Cooper56, Duin01, Duin02, Duin04, Duin05, Duin08, Duin09, Duin11, Duin12, Duin13, Duin15, Duin17, Duin19, Duin21, Duin28, Duin32, Duin35, Duin36, Duin37, Duin39, Duin41, Duin42, Duin43, Duin44, Duin45, Duin48, Duin51, Duin52, Duin53, Duin57, Duin62, Duin65, and Duin66. Defendant may redact personally identifiable information ("PII") of actual or potential sources, and if so, provide a log reflecting these redactions.

2. Defendant shall produce the Email bearing the file name "Cooper51," and may redact information reflecting discussions of subjects and/or religions other than The Satanic Temple. Defendant may also redact PII as set forth above.

3. The Court finds that the Emails bearing the following file names are not responsive and need not be produced: Cooper10, Duin30, Duin31, Duin33, Duin56, Duin58, Duin60, and Duin61.

4. Defendant shall produce the Emails for Production by **November 1, 2023.**

Dated:     New York, New York
           October 25, 2023

                                        SO ORDERED.

                                        _____
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**