UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE SATANIC TEMPLE, INC.,

                  Plaintiff,

-v-

NEWSWEEK MAGAZINE LLC,

                  Defendant.

CIVIL ACTION NO. 22 Civ. 1343 (MKV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court resolved telephonically two disputes that arose today, November 16, 2023, during the deposition of non-party Julia Duin, a former employee of Defendant.

First, the Court overruled Defendant's objection and permitted Plaintiff to ask Ms. Duin how much Defendant paid her for work she performed in October 2021, the month in which she wrote the subject article (the "Article"). The Court also permitted Plaintiff to ask Ms. Duin whether she received a bonus payment in connection with writing the Article and, if so, the amount of that payment.

Second, the Court sustained Defendant's objection to Plaintiff's request that Ms. Duin take out her phone during the deposition to search for an email (the "Email") from a non-party to refresh her recollection as to the date of the Email. The Court authorized Plaintiff to serve a document subpoena on Ms. Duin for the Email in the event that it is not voluntarily produced, and may authorize Ms. Duin's deposition to be reopened for the limited purpose of permitting Plaintiff to question her regarding the Email.

The Court's full rulings and guidance are reflected in the transcript of the call made by the deposition court reporter.

Dated:      New York, New York
            November 16, 2023

                                             SO ORDERED.

                                             _____
                                             SARAH L. CAVE
                                             **United States Magistrate Judge**