# In the Matter Of:

## THE SATANIC TEMPLE -against- NEWSWEEK DIGITAL

1:22-cv-01343-MKV

# NANCY COOPER

*November 07, 2023*

*30b6*



800.211.DEPO (3376)
EsquireSolutions.com

1                            Cooper
2        Q.   Was Duin the only religion reporter?
3        A.   The only one in that role formally,
4   yes.  I think there were times when something had                12:47
5   happened that was news, and she didn't want to
6   cover it, or maybe she was off, and so another
7   reporter would just write it as a news story, but
8   she was the only person dedicated religion
9   reporter.
10       Q.   Did she have any internal references           12:48
11  that supported her application?
12       A.   I don't know.
13       Q.   Are you seeking to fill the religion
14  reporter role now?
15       A.   Not at the moment.                             12:48
16       Q.   Why not?
17       A.   It's not a priority at the moment.
18       Q.   I want to direct your attention to
19  the matters to be examined item 10, which is on
20  the last page.  How does Newsweek generate income        12:48
21  from its articles in general?
22       A.   Ads and sponsorships, subscriptions.
23       Q.   Does the website have paid
24  subscribers?
25       A.   No.  Well, no.  I mean you go to               12:49



1                         Cooper
2  Newsweek.com like you can go to anything
3  else.com.
4       Q.   So what occasions someone to pay for
5  a subscription?                                          12:49
6       A.   That they want the print
7  subscription.  They like the print magazine, or
8  that, you know, we have put something behind a
9  paywall.  Put some story behind a paywall, or
10 they want the ad-free version.                           12:49
11      Q.   Was this story behind a paywall?
12      A.   I don't believe so, but I don't know.
13      Q.   Does Newsweek have a conversion rate
14 between article views and revenue?
15      A.   Probably, but I don't know.  I don't    12:50
16 know.  I mean we wouldn't -- yeah, I just don't
17 know.
18      Q.   Is there a way to track how much ad
19 revenue you received that attends this particular
20 article?                                                 12:50
21      A.   Not now.  No.
22      Q.   Was there ever?
23      A.   I don't know.  Maybe that day you
24 could know what ads were serviced on that page,
25 but I don't think it's possible to reconstruct          12:51



1

2                    C E R T I F I C A T I O N

3

4             I, JOSEPH R. DANYO, a Shorthand Reporter

5    and Notary Public, within and for the State of New

6    York, do hereby certify:

7             That I reported the proceedings in the

8    within entitled matter, and that the within transcript

9    is a true record of such proceedings.

10            I further certify that I am not related, by

11   blood or marriage, to any of the parties in this

12   matter and that I am in no way interested in the

13   outcome of this matter.

14            IN WITNESS WHEREOF, I have hereunto set my

15   hand this 16th day of November, 2023.

16                       _____

17

18                       JOSEPH R. DANYO

19                       STATE OF NEW YORK

20                       My Commission Expires 2/20/2027

21

22

23

24

25

