USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/28/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE SATANIC TEMPLE, INC.,

                Plaintiff,

-against-

NEWSWEEK MAGAZINE LLC and JULIA DUIN,

                Defendants.

1:22-cv-1343 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On November 21, 2023, Plaintiff filed a letter motion seeking its **third** extension of time to complete fact discovery, stating various reasons that good cause supports its request [ECF No. 65]. Defendant opposed the request [ECF No. 67], and Plaintiff filed a reply letter in further support of its motion for an extension [ECF No. 68].

The action's Civil Case Management Plan and Scheduling Order [ECF No. 34], entered on May 10, 2023, originally set a **four-month** fact discovery deadline of September 8, 2023 (despite the action having been commenced over a year prior, on February 16, 2022). The Court has since granted two unopposed discovery deadline extensions on August 10, 2023 [ECF No. 43] and October 12, 2023 [ECF No. 59] respectively.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for a **third** discovery deadline extension is DENIED. The **fact discovery deadline remains December 7, 2023**, as ordered on October 12, 2023. [ECF No. 59].

Additionally, the Court will separately enter an Amended Order of Reference to Magistrate Judge Cave for the specific discovery disputes detailed in the parties' letters at ECF Nos. 65, 67, and 68. Accordingly, IT IS FURTHER ORDERED that the status conference scheduled for

November 29, 2023 at 3:30 PM is ADJOURNED *sine die* pending resolution of the discovery disputes to be referred to Magistrate Judge Cave.

The Clerk of Court is respectfully requested to terminate docket entry number 65.

**SO ORDERED.**

Date:  **November 28, 2023**
 **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**