UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE SATANIC TEMPLE, INC.,

                Plaintiff,

-v-

NEWSWEEK MAGAZINE LLC,

                Defendant.

CIVIL ACTION NO. 22 Civ. 1343 (MKV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Today, November 28, 2023, the Honorable Mary Kay Vyskocil denied Plaintiff's request for a third extension of time to complete fact discovery and referred to the undersigned "the specific discovery disputes detailed in the parties' letters at ECF Nos. 65, 67, and 68" (the "Discovery Disputes"). (ECF No. 69; see ECF No. 70). A telephone conference to discuss the Discovery Disputes is scheduled for **Wednesday, December 13, 2023 at 5:00 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
            November 28, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge