UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE SATANIC TEMPLE, INC.,

                Plaintiff,

-v-

NEWSWEEK MAGAZINE LLC,

                Defendant.

CIVIL ACTION NO. 22 Civ. 1343 (MKV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In advance of the conference scheduled for December 13, 2023 (ECF No. 71), by **November 30, 2023**, the parties are directed to file on the docket the full transcript of Julia Duin's November 16, 2023 deposition.

Dated:    New York, New York
            November 29, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**