UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE SATANIC TEMPLE, INC.,

                Plaintiff,

-v-

NEWSWEEK MAGAZINE LLC,

                Defendant.

CIVIL ACTION NO. 22 Civ. 1343 (MKV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On November 29, 2023, the Court directed the parties to file the full transcript of Julia Duin's November 16, 2023 deposition (the "Transcript") in advance of the conference scheduled for December 13, 2023 (the "Conference"). (ECF No. 74). Today, November 30, 2023, Defendant filed a redacted version of the Transcript publicly (ECF No. 75), and an unredacted version of the Transcript under seal and visible only to the selected parties and the Court (ECF No. 76). Defendant did not, however, file a motion to seal or provide authority or reasoning supporting the redactions. Per the Court's Individual Practices in Civil Cases, Rule I(F), "[f]iling under seal requires permission of the Court." Accordingly, by **December 1, 2023**, Defendant shall file a motion or letter-motion supporting its sealing request that complies with Rule I(F).

Today, November 30, 2023, Plaintiff filed a letter-motion seeking to discuss at the Conference its request to compel Ms. Duin to answer certain questions posed to her during her deposition. (ECF No. 77 the ("Letter-Motion")). The request is GRANTED solely to the extent that the issues raised in the Letter-Motion will be discussed at the Conference. By **December 5, 2023**, Defendant may, but need not, file a response to the Letter-Motion.

The Clerk of Court is respectfully directed to close ECF No. 77.

Dated: New York, New York
November 30, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2