LAW OFFICES OF
**CAMERON STRACHER**
MEDIA AND ENTERTAINMENT LAW
51 ASTOR PLACE
NEW YORK, NY 10003
(646) 992-3850
CAM@STRACHERLAW.COM

ADMITTED IN:
NEW YORK
CONNECTICUT

WWW.STRACHERLAW.COM

December 1, 2023

**BY ECF**

The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007

> Defendant's sealing request at ECF No. 79 is GRANTED.  The redacted document filed at ECF No. 75 shall remain as visible to the public, and the unredacted documents filed at ECF Nos. 76 and 80 shall remain as visible only to the selected parties and the Court.
>
> The Clerk of Court is respectfully directed **to close ECF No. 79.**
>
> SO ORDERED.    12/1/2023
>
> SARAH L. CAVE
> United States Magistrate Judge

Re:    ***The Satanic Temple, Inc. v. Newsweek Digital, LLC* (22-cv-1343)**
        **Letter Motion Supporting Sealing Request for Julia Duin Deposition**

Dear Judge Cave:

        Pursuant to Your Honor's Individual Practices and this Court's order entered on November 30, 2023 (ECF 78) (the "Order"), Defendant Newsweek Digital, LLC ("Newsweek") submits this letter motion requesting that the Court permit Newsweek to file the Transcript of the Deposition of Julia Duin taken on November 16, 2023 (the "Transcript") under seal, with a public copy of the Transcript filed with redactions as indicated by the highlighted language in the copy of the Transcript submitted with this Letter.  Counsel apologizes to the Court for the error in filing a sealed copy of the Transcript without an accompanying letter motion, which was done under the mistaken belief that the Protective Order entered in this matter (ECF 38) did not require a separate letter motion.

        The Protective Order recognizes that discovery in this matter may result in the production of confidential information, including "financial information, proprietary commercial information and data, and unpublished information and material generated or collected in the court of publishing the Article."  ECF 38 at 1.  A party may designate documents as "Confidential" by marking such documents as "Confidential."  *Id.* ¶ 1.  A party may also designate portions of deposition testimony containing confidential information as "Confidential," by advising opposing counsel in writing, and such testimony shall remain confidential for fourteen days after receipt of the deposition transcript.  *Id.* ¶ 2.  When a party designates material or information as "Confidential," it must be filed separately under seal.  *Id.* ¶ 8.  If the non-designating party disputes a confidentiality designation, it must challenge the designation by filing an appropriate motion.  *Id.* ¶ 4.

        Here, Newsweek wishes to file portions of the Transcript under seal that contain verbatim quotations from documents Newsweek has designated "Confidential" under the Protective Order,