UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE SATANIC TEMPLE, INC.,

                Plaintiff,

-v-

NEWSWEEK MAGAZINE LLC,

                Defendant.

CIVIL ACTION NO. 22 Civ. 1343 (MKV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Today, December 11, 2023, in advance of the discovery conference scheduled for December 13, 2023 (ECF No. 74 (the "Conference")), Plaintiff filed a letter-motion seeking to discuss at the Conference its request for "supplementation of discovery issues" related to redactions to documents produced by non-party Julia Duin. (ECF No. 83 (the "Letter-Motion")). The request is GRANTED solely to the extent that the issues raised in the Letter-Motion will be discussed at the Conference. By **December 12, 2023**, Defendant and/or Ms. Duin may, but need not, file a response to the Letter-Motion.

The Clerk of Court is respectfully directed to close ECF No. 83.

Dated:      New York, New York
               December 11, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge