

ADMITTED IN:
NEW YORK
CONNECTICUT

WWW.STRACHERLAW.COM

51 ASTOR PLACE
NEW YORK, NY 10003

(646) 992-3850
CAM@STRACHERLAW.COM

December 21, 2023

**BY ECF**

The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007

> The Court deems all discovery closed. The parties are referred to Judge Vyskocil's Individual Rules of Practice in Civil Cases for dispositive motions and pretrial procedures.
>
> SO ORDERED.    12/21/2023
>
> SARAH L. CAVE
> United States Magistrate Judge

  Re: *The Satanic Temple, Inc. v. Newsweek Digital, LLC* **(22-cv-1343)**
     **Joint Status Letter**

Dear Judge Cave:

  Pursuant to this Court's order entered on December 13, 2023 (ECF 86) (the "Order"), Plaintiff The Satanic Temple, Inc. and Defendant Newsweek Digital, LLC (the "Parties") have met and conferred regarding Plaintiff's request for "Parse.ly" data. The Parties have resolved the outstanding issues and have no further concerns to present to Your Honor.

  Respectfully submitted,

KEZHAYA LAW PLC

*/s/ Matt Kezhaya*
Matt Kezhaya
150 S. Fifth Street, Suite 1850
Minneapolis, MN 55402
Tel: (479) 431-6112
matt@kezhaya.law


REISS SHEPPE LLP
Matthew Sheppe
425 Madison Ave., 19th Floor
New York, NY 10017
Tel: (212) 753-2424
Fax: (347) 348-0731
msheppe@reisssheppe.com

*Attorneys for Plaintiff*

CAMERON STRACHER, PLLC

*/s/ Cameron Stracher*
Cameron Stracher
Sara C. Tesoriero
51 Astor Place, 9th Floor
New York, NY 10003
Tel: (646) 992.3850
Fax: (646) 992.4241
cam@stracherlaw.com
sara@stracherlaw.com

*Attorneys for Newsweek Magazine, LLC*