April 10, 2024

BY ECF

Hon. Mary Kay Vyskocil
Southern District of New York
500 Pearl St., Room 2230
New York, NY  10007

  Re:  *The Satanic Temple, Inc. v. Newsweek Digital, LLC* **(22-cv-1343)**
      **Post-Discovery Joint Status Report**

Dear Judge Vyskocil:

  Pursuant to the Court's directive (ECF No. 90), the parties jointly report as follows:

 A. *A statement of any existing deadlines, due dates, and/or cut-off dates.*

  There are no "existing" deadlines due dates and/or cut-off dates. Discovery closed on December 7, 2023. (ECF Nos. 59, 69).

 B. *A brief description of any outstanding motions.*

  There are no outstanding motions.

 C. *A brief description of the discovery undertaken and if either party believes any additional discovery that needs to be completed, the reason why the discovery has not been undertaken.*

  The parties exchanged written discovery and took all noticed depositions. Neither party believes any additional discovery needs to be completed.

 D. *A statement describing the status of any settlement discussions and whether the parties would like a settlement conference.*

  The parties last had substantive settlement discussions during the Rule 26(f) conference, at which Plaintiff made a monetary demand. Defendant declined and offered a non-monetary settlement, which Plaintiff declined. Near the middle of discovery, Defendant reiterated that it was open to a non-monetary settlement, which Plaintiff declined. The parties' positions have not changed. Plaintiff recommends a settlement conference be scheduled, if at all, after the cross motions for summary judgment have been fully briefed.  Defendant believes that a settlement conference would be unproductive if Plaintiff is unwilling to consider a non-monetary resolution.

 E. *A statement of the anticipated length of trial and whether the case is to be tried to a jury.*

  Two days; by jury.

F.  *a statement of whether any party anticipates filing a motion for summary judgment or a motion to exclude expert testimony (see Individual Practice Rules ¶4(A)(i));*

Both parties intend to cross-move for summary judgment. *See* Pre-Motion Letters (ECF Nos. 91 and 93). Neither party intends to rely on expert testimony.

G.  *Any other issue that the parties would like to address at the conference.*

None.

H.  *Any other information that the parties believe may assist the Court in advancing the case to settlement or trial.*

None.

Respectfully submitted on April 10, 2024,

By: */s/ Matt Kezhaya*
Matt Kezhaya (*pro hac vice*)
Kezhaya Law PLC
150 S. Fifth St., Suite 1850
Minneapolis, MN 55402
(479) 431-6112
matt@kezhaya.law

*Attorney for The Satanic Temple, Inc.*

*/s/ Cameron Stracher*
Cameron Stracher
Sara C. Tesoriero
Cameron Stracher, PLLC
51 Astor Place, 9th Floor
New York, NY 10003
646.992.3850
cam@stracherlaw.com
sara@stracherlaw.com

*Attorneys for Defendant Newsweek Digital, LLC*

**CERTIFICATE OF SERVICE**

**NOTICE IS GIVEN** that I, Matt Kezhaya, efiled the foregoing document by uploading it to the Court's CM/ECF system on April 10, 2024, which sends service to registered users, including all other counsel of record in this cause. *s/ Matt Kezhaya*