UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
                                                   :

THE SATANIC TEMPLE, INC.,                        :

                                                   Plaintiff,     :    Case No. 1:22-cv-01343-MKV

v.                                                                    :
                                                                    :    **NOTICE OF MOTION**

NEWSWEEK DIGITAL, LLC                         :

                                                  Defendant.    :

------------------------------------------------------------------------ x

    PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 56, and upon the accompanying Memorandum of Law, Statement of Undisputed Material Facts, Declaration of Cameron Stracher, the Complaint and exhibits attached thereto, and all the pleadings and papers previously filed herein, defendant Newsweek Digital, LLC respectfully moves this court, before The Honorable Mary Kay Vyskocil, United States District Judge, for an order granting summary judgment and dismissing Plaintiff's Complaint with prejudice.

    Please be advised that, pursuant to the Court's Scheduling Order at ECF No. 96, opposition papers, if any, must be electronically filed on or before May 31, 2024.

Dated:  May 17, 2024                        Respectfully submitted,

                                                  /s/ *Cameron Stracher*
                                                  Cameron Stracher
                                                  Sara C. Tesoriero
                                                  CAMERON STRACHER, PLLC
                                                  51 Astor Place, 9th Floor
                                                  New York, NY 10003
                                                  Tel: 646.992.3850
                                                  Fax: 646-992.4241
                                                  cam@stracherlaw.com
                                                  sara@stracherlaw.com

                                                  *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 17, 2024, I caused a true copy of the foregoing to be served on all counsel of record via ECF.

                                                         /s/ *Sara C. Tesoriero*
                                                         Sara C. Tesoriero, Esq.