# EXHIBIT 1

**In the Matter Of:**

**SATANIC TEMPLE vs NEWSWEEK DIGITAL**

1:22-cv-01343-MKV

**LUCIEN GREAVES**

*November 06, 2023*



800.211.DEPO (3376)
EsquireSolutions.com

                    Greaves

2   Square.  Everything was within walking distance.
3   Really nice spot.
4         Q.    Yeah.  That's the area I lived in as
5   well, although I was there much earlier than you
6   were.
7         A.    It's a lot different now.
8         Q.    I'm sure.
9         A.    Just since COVID.
10        Q.    Can you give me also a brief summary
11  of your career background after you graduated
12  from college?
13        A.    I worked for a publishing house for a
14  bit and then started working with The Satanic
15  Temple.
16        Q.    What was the publishing house?
17        A.    It was Hachette.
18        Q.    How long did you work there
19  approximately?
20        A.    Five years.
21        Q.    And was that in Boston?
22        A.    Yes.
23        Q.    So tell me about the founding of The
24  Satanic Temple.  Was that in 2017?
25        A.    No.  That was 2013/2014, the founding



```
 1                    Greaves
 2   of The Satanic Temple.
 3         Q.    Were you involved in the founding?
 4         A.    Yes.
 5         Q.    So that occurred during the time that
 6   you were employed at Hachette.  Is that right?
 7         A.    Yeah.  It happened not long before I
 8   quit there.
 9         Q.    Describe generally, if you will, how
10   the founding came about?
11         A.    Well, originally I had no intention
12   of having my face to this.  I didn't have this as
13   my long-term plan, but my founding partner in
14   this, Malcolm Jarry, you know, had this idea of
15   working on a documentary that would show an
16   alternative religion fighting for rights, and
17   knowing of my affinity with Satanism, I really
18   wanted to consult on this and make sure that
19   everything was accurately represented, and at the
20   beginning we didn't necessarily intend for it to
21   become an organization.  We thought we would do a
22   few things, and other people who self-identify as
23   Satanists would start doing the same things, and
24   they kind of rallied behind us instead after
25   that, and things came together into an
```



1                       Greaves
2     payments and subscriptions and stuff like that,
3     so I'm happy to not touch it and have somebody
4     else volunteering to do that.
5           Q.   You said for three months this year
6     you took a salary from The Satanic Temple.  Prior
7     to that, had you also been receiving a salary?
8           A.   No, not a salary.  Nothing with
9     regularity.
10          Q.   What's your current position now in
11    the Satanic Temple?
12          A.   Spokesperson and co-founder, and I
13    really don't have any other titles to go along
14    with that, so the description of duties, you
15    know, generally does go beyond spokesperson and
16    gets into things of an executive decision nature.
17    I just don't have, you know, beyond co-founder, I
18    don't really have a title for that.
19          Q.   So tell me about your duties and
20    responsibilities.  What do you do for The Satanic
21    Temple presently?
22          A.   I mean in theory, you know, I write a
23    lot of the copy.  I do the spokespersoning.  You
24    know, I put forward the message.  I do the
25    interviews and that type of thing.  In reality, I



                        Greaves
certain way.
           So we really have intentionally kind
of isolated ourselves from elements of that while
trying to make sure that it is managed, and to
that end we have people we feel, you know, act as
good reporting avenues to others and, you know,
the appropriate committees to adjudicate these
types of things based on preexisting HR standards
that were lifted for the benefit of our
organization.
           We looked up, because we're pretty
grass roots, so we have to kind of work with, you
know, what we can open-source sometimes and that
kind of thing.
      Q.   Do you have an HR department?
      A.   Yeah.  We call them our Suryan
Council, and they're the ones who directly take
HR-style complaints.
      Q.   And is there an HR handbook that they
work off of?
      A.   One of the people who founded our
Suryan Council worked professionally for some
large corporation in HR and was essentially
mirroring those standards within our



```
 1                      Greaves
 2    professor named Lucien Greaves or something like
 3    that.
 4          A.    No.  Wouldn't he be pissed now?
 5          Q.    Tell me about the public-facing work
 6    that you do as a spokesperson and for TST.
 7          A.    Yeah.  Well, sometimes we get called
 8    by news media or podcasters, and they want to
 9    know about our campaigns, some of the things
10    we're up to and why, and I'm generally the guy
11    who will talk to them about those things up to
12    the point of, you know, television broadcasts and
13    speaking engagements.
14          Q.    Do you also actively seek out those
15    opportunities?
16          A.    Well, we put out press releases.
17    Yeah.  That's about it.  We put out press
18    releases, and then people reach out to us or they
19    don't, and sometimes people just reach out to us
20    anyway.
21          Q.    Is there a regularity to the press
22    releases?
23          A.    No.  It's really dependent on what's
24    going on.  We never say, well, it's time for a
25    press release just to put out a press release.
```



1                        Greaves

2       The press releases are always attached to an
3       activity, one of our campaigns, an issue, that
4       kind of thing, and our interviews are supposed to
5       be that way too.  That's kind of a standard we
6       put on the congregations that, you know, if
7       you're giving media, it need to be issues-based.
8       It can't just be, hey, look at us kind of thing.
9       There has to be a purpose behind it.  You know,
10      that social capital attached to being interested
11      in you depletes I think if you just throw it out
12      there for no reason, and also it's just not what
13      we do.
14              We don't proselytize, and that's kind
15      of a known edict of ours.  So we kind of always
16      try to strike that balance between we're not out
17      attention-seeking, but there's a purpose and, you
18      know, a public interest in knowing that this is
19      here kind of thing.
20         Q.   Who writes those press releases?
21         A.   I used to write those press releases,
22      and now press releases can be written by a
23      variety of people.  Malcolm sometimes will write
24      drafts of them, and then I'll look them over.  He
25      works with an assistant Rachel who also writes



1                       Greaves
2    that was probably around 2017.
3            Q.   Do you have a sense of how many press
4    releases you issue every year?
5            A.   No, but I would say under 12.
6    Certainly under one a month.  Not as many as
7    that.  Maybe I'm thinking really low, because
8    maybe I just don't realize it, but my estimate
9    would be around three a year.
10           Q.   Three a year?
11           A.   I would think so.
12           Q.   So we have here maybe 30 press
13   releases it appears from 51 through 80.  So is it
14   your testimony then that these press releases
15   would reflect all the press releases issued in
16   the last ten years?
17           A.   I'm not sure, you know.  Maybe, maybe
18   not.  We may have gone through stretches where we
19   released a lot more press releases than I
20   realized especially if we were releasing multiple
21   press releases for the same issue, but so, you
22   know, in that respect it might be a lot more
23   press releases.  I'm just thinking of instances I
24   guess in which a press release is appropriate
25   anyway.



```
 1                      Greaves
 2         Q.   Who do you send the press releases
 3   to?
 4         A.   Right now we send them to a woman
 5   named Karen, and as far as I know, she just sends
 6   them to media outlets, and, you know, they'll
 7   request an interview or not.
 8         Q.   Do you know how large her mailing
 9   list is?
10         A.   No, I have no idea, and in my
11   experience people who work that job just have a
12   mailing list, and they hold it tightly, because
13   that's what their whole credibility is based on.
14         Q.   Is Karen, the woman you just referred
15   to, is that Karen Campbell?
16         A.   Yes.
17              MR. STRACHER:  Let's mark this as
18         Exhibit 25 and then Exhibit 26.
19              (Defendant's Exhibit 25, Document
20         Bates stamped TST 37, TST 38, TST 39,
21         TST 40 and TST 44, was so marked for
22         identification, as of this date.)
23              (Defendant's Exhibit 26, Document
24         Bates stamped TST 41, TST 42, TST 43 and
25         TST 45, was so marked for identification,
```



1                    Greaves
2  intuitively have a better understanding of what
3  it might mean to be a Satanist with affirmative
4  values.
5           They also see traditional religious
6  organizations denigrating and outcasting gay
7  people, trans people and that kind of thing, and
8  we are inclusive in a way that traditional
9  religions aren't, and in that way we really built
10 a space for people who felt alienated from
11 traditional religions and are really happy to
12 have found a sense of community amongst people
13 who maybe all feel outcasts from traditional
14 religions, and they never thought they would have
15 religious community.
16          So I think that's what it is right
17 now.  I think partially culture wars, certainly
18 the political polarization, but also a desire to
19 actually stand outside of that, but I don't
20 really think we're a real culture war force.  I
21 think we're more of a mitigating force at least
22 in the best case scenario.
23      Q.   Your advocacy I assume has also
24 helped gotten you attention and brought more
25 awareness of your positions.  Would you agree?



```
 1                      Greaves
 2          A.   Well, our advocacy certainly helps
 3   people understand what we're advocating for.
 4   Yeah.
 5          Q.   Right.  Your litigation, some of the
 6   positions you've taken in litigation, has
 7   certainly increased public awareness of the
 8   temple.  Wouldn't you agree?
 9          A.   Sure.  Yeah.  We're dependent on
10   people knowing what we're doing.  You know, this
11   can't survive without a donation base kind of
12   thing, and, you know, toward that end we need
13   people who might agree with what we're doing to
14   know what we're doing in order to sustain those
15   activities.
16          Q.   Advocacy breeds advocacy, right?  The
17   more you advocate, the more your positions are
18   likely to be known and draw others to those
19   positions, right?
20          A.   Well, the more you take concrete
21   action the more people kind of rely on you to act
22   in the interests of those positions you're
23   taking.  I mean our position is always that we
24   want to, we want to comment when we have a plan,
25   you know.  We want to be engaged publicly when we
```



1                       Greaves
2     what he thought he wanted to talk about, but he
3     cut it off really early, and it was supposed to
4     be like up to a ten-minute interview.  I think
5     after two minutes he said thanks for coming on
6     without really going anywhere with it.  He didn't
7     want to talk about the after-school Satan clubs.
8          Q.   Have you done other national
9     television interviews?
10         A.   Yes.  I've done Fox radio interviews.
11    I've done a lot of syndicated radio more than I
12    could enumerate for you here.  I've done, I did
13    the Chris Hayes show on MSNBC a long time back.
14    There were also, you know, there's kind of a gray
15    area now as to what's even television broadcast,
16    because the Huffington Post at least used to have
17    a streaming video news show that I was on a few
18    times before anybody really knew they were just a
19    Russian propaganda front even though it was
20    Russia Today.
21              I was on RT a few times, two or three
22    times, something like that, and I might be
23    missing some.  There's the local broadcasts I'm
24    on often when say the after-school Satan clubs
25    come to a local area, and the local newscasters



```
 1                      Greaves
 2   want to talk to somebody.  I've done a lot of
 3   those too.
 4           Q.   How many after-school Satan clubs do
 5   you have?
 6           A.   Shit.  Sorry.  I'm not sure on that.
 7   It all -- I could give you a wildly inaccurate
 8   number, if I take a guess.
 9           Q.   More than a dozen?
10           A.   I don't think, no.  I'm pretty sure
11   there's not more than a dozen.  It's not going to
12   be a terribly large number.  It's a battle every
13   time.
14           Q.   And how many newspaper interviews,
15   national newspaper interviews, have you done, if
16   you know?
17           A.   I don't know.  I've done a lot of
18   that.  I've done a lot of that.  I think I would
19   really like to know what the number is, because
20   I've stopped thinking too much about that kind of
21   thing anymore.  I've done a lot of podcast
22   interviews and things like that, and I have
23   certainly lost track.
24           Q.   What is Satancon?
25           A.   That's supposed to be our annual
```



```
 1                      Greaves
 2   that they would be, but the rationale should be
 3   there as well.
 4          Q.   Was there any investigation into
 5   claims that Jex had been sexually harassed?
 6          A.   Not that I'm aware of, but I'm also
 7   not aware that she ever actually made a complaint
 8   or gave us anything to actually investigate.
 9          Q.   After the Medium article came out,
10   were there any investigations into her claims
11   that she had been sexually harassed?
12          A.   Well, I take issue with the idea that
13   she made an actual claim within the Medium
14   article.  She made a statement claiming that
15   there were these circumstances giving very little
16   to work off and also under circumstances where we
17   knew that she had been lying about essentially
18   everything else in the Medium article, that I
19   don't think we viewed these claims of hers as
20   actionable on our end.
21          Q.   So the answer is no, there was no
22   investigation after the Medium article came
23   out?
24          A.   Not that I'm aware of, but nor do I
25   know what form that could take with such little
```

