# EXHIBIT 2

**In the Matter Of:**

THE SATANIC TEMPLE V. NEWSWEEK DIGITAL

1:22-cv-01343-MKV

---

**GREGORY STEVENS**

*November 03, 2023*

---

*30B6*



800.211.DEPO (3376)
EsquireSolutions.com

```
 1                     Stevens
 2    science in the energy sector in Texas.
 3          Q.   What was the name of that second
 4    company?
 5          A.   Let's see.  So the retail branch was
 6    TXU Energy, and I am blacking out on the name of
 7    the umbrella company.  I'm going to go with TXU
 8    Energy Company.
 9          Q.   That's fine.  By the way, when I ask
10    you questions, I'm asking for your best
11    recollection.  I don't want you to speculate or
12    guess, and if you don't know the answer to
13    something, you can say I don't know.
14          A.   Okay.  Thank you.
15          Q.   Then you said I think in about 2018
16    you became a full-time Satanist?
17          A.   Yes.
18          Q.   Tell me about that.  You joined The
19    Satanic Temple, is that correct, in 2018?
20          A.   No.  I joined The Satanic Temple much
21    prior to that, and I was doing volunteer work for
22    them for a long time.  I had started with The
23    Satanic Temple.  I had started doing, I joined
24    Satanic Temple in 2015, and then early 2016 Doug
25    asked me to be on this new group they were
```



```
 1                        Stevens
 2    forming at the time, the national council, which
 3    was supposed to, the goal was we have all these
 4    chapters in different places, and it was clear
 5    that things were going fast enough that they
 6    needed a body to help manage them, and so the
 7    national, the purpose of the national council was
 8    to deal with requests for formation of new
 9    groups, managing, approving, reviewing activities
10    by groups as well as hearing complaints and
11    hearing concerns, issues that were brought
12    forward by groups.
13                 So that was all, national council was
14    the group that we had a complaint form for any
15    members that, you know, had an issue that they
16    were not able to deal with within their own local
17    group.
18                 So I was part of that from 2015 until
19    about let's say 2018, and I took a little break
20    from that, but then it wasn't until, I was going
21    through some personal difficulties and separation
22    and everything from my marriage, and so I was
23    like, well, I quit my corporate job, and I was
24    like I am going to, I've been for several years
25    now doing stuff for The Satanic Temple, I'm going
```



```
 1                        Stevens
 2    to work on projects full time for The Satanic
 3    Temple, and that was when I started working on
 4    the ordination program, which we ended up
 5    launching a couple of years later and other
 6    miscellaneous projects as well.
 7              So then now and ever since 2020 I
 8    will say we launched an ordination program, and
 9    my role has been the director of ministry and
10    having been central to the creation of the
11    ordination program and sort of launching that,
12    ramping that up and also being the head of the
13    team now that manages the ordination council that
14    manages the ordination of new ministers as well
15    as management, and so, although we officially,
16    our group doesn't decide upon complaints, we have
17    a separate group for that in the organization.
18    It is no longer the national council.  There was
19    a restructuring.
20              So there's an actual group that is
21    dedicated called the Suryan Council that is
22    dedicated to hearing complaints about the
23    violation of code of conduct, which the matters
24    on Schedule A would fall under violations of code
25    of conduct, and there is another group, the
```



Stevens

 2  concerns committee, that hears, receives

 3  complaints about investigates and adjudicates

 4  matters that are not violations of the code of

 5  conduct, but still, you know, things when people

 6  have a concern about something, whether it's

 7  someone in a position with responsibility not

 8  doing their job, stuff that is not a violation of

 9  code of conduct, but other complaints, so this is

10  all a product of the rapid growth.

11         There was a point in about 2020 when,

12  2021, when having a single body, the national

13  council, to do all the things we realized wasn't

14  going to work anymore.  So we started a

15  restructuring, and that's when we got the Suryan

16  Council, and then the national council was

17  finally dissolved and replaced with a governing

18  system for the congregations that's basically a

19  collection of committees instead of having a

20  single thing.

21         Again, this is all in the service of

22  dealing with the rapid growth, and in that

23  committee is the administrative committee,

24  legislative committee and then the concerns

25  committee.  That's the other one, so now the



1                         Stevens

2   ordination council which I as the director of

3   ministry and the head of we are tasked with

4   investigating complaints.  Two groups that are

5   tasked with investigating complaints are the

6   Suryan Council and the concerns committee, but,

7   if they get reported a complaint and do an

8   investigation, anything that concerns a minister,

9   because that is sort of our, you know, bailiwick

10  as it were, they will let us know like, hey, we

11  have done this investigation, here is the sort of

12  top-level report, and, regardless of their

13  determination of whether some other remedy, you

14  know, is appropriate for the congregations or the

15  administrative side of it they are like here are

16  the facts.

17              So then our council can decide do we

18  think some sort of remedy on the ministerial side

19  of it, because it's possible someone, maybe what

20  they did was not rising to the level of them

21  being removed from leadership position, but maybe

22  we don't want them to be a minister anymore.

23  These are separate determinations.  So they would

24  pass the information to us.

25              So it, as a consequence between me



```
 1                      Stevens
 2   having been on the national council from 2015 to
 3   2018 and a little break but being the director of
 4   ministry, I'm in a position to have heard a lot
 5   of the things, right, and also seen firsthand the
 6   evolution over time of sort of how what our
 7   processes have been for dealing with them.  That
 8   answered more than your question I think.
 9        Q.   It's very helpful, and you have
10   answered a lot of other questions I was going to
11   ask you.  Let me just get a few things clarified.
12   When you were head of the national council --
13        A.   I was on the national council.  I was
14   not the head of the national council.  I was on
15   the national council.
16        Q.   Got it.  That was from 2015 to 2018?
17        A.   I would say yes.
18        Q.   Was that a paid position?
19        A.   No.
20        Q.   Then you said you left for a short
21   period of time, but then you came back in 2019 as
22   the director of ministry.  Is that correct?
23        A.   Yes.  My only hesitation is I didn't
24   leave.  I left that group.
25        Q.   You never left the temple.  You were
```



                          Stevens

1

2    the documentation, but that's all done through

3    forms that are submitted and then communications

4    with the ordination council and the ministers.

5              If a congregation and I mentioned

6    before the concerns committee, if the sort of

7    communication you are talking about is a member

8    who believes that their congregation head is

9    incompetent or lazy or not doing their job, I'm

10   specifically picking something that is not a code

11   of conduct violation, this is just a problem,

12   they would submit that using a form to the

13   concerns committee.  That's another kind of

14   communication.

15             If they wanted to do a big event,

16   they would submit an event proposal to the

17   regional committee, which would then most likely

18   be either approved if it's a standard thing, if

19   it's an event that everyone always does, if they

20   have a booth at a pride festival, okay, but, if

21   it's anything more complex than that, it gets

22   sent up to the administrative committee.  So it

23   really depends on the type of communication.

24        Q.   Let's take another example.  What if

25   there's an allegation of sexual assault within a



```
 1                        Stevens

 2    congregation and let's say it doesn't involve the

 3    minister, but it involves another member in that

 4    congregation?  How would that get handled and

 5    reported?

 6            A.    Regardless of whether it does or

 7    doesn't involve any of these things, that's

 8    handled by the Suryan Council, and so the Suryan

 9    Council has a form that we put a lot of effort

10    into making sure all of our members are aware of

11    and realize like, hey, anyone, you don't need to

12    be in leadership.  You can use this form.  You

13    don't even need to be an official member of a

14    congregation.  If you had an interaction with

15    someone, like anyone can use this form.

16                We also make a point of if internally

17    if someone reports something to the concerns

18    committee, but like, you know, some of them don't

19    necessarily know, but or they feel like they just

20    remember the concerns committee, they don't

21    remember the other one, if the concerns committee

22    receives a report of something like sexual

23    assault, immediately they refer it over to the

24    Suryan Council.

25                If someone feels very comfortable
```



                          Stevens

 1

 2   Exhibit 7?

 3          A.   Yes.

 4          Q.   And you see the response there from

 5   Enid Cooper that was forwarded by Stuart de Haan?

 6          A.   Um-hum.

 7          Q.   Do you know who Enid Cooper is?

 8          A.    No.  I have a vague memory of,

 9   unfortunately I have a vague memory, and I don't

10   think, I can't say for certain if I was involved

11   in seeing this e-mail thread in realtime, and I

12   just heard about it.  Honestly I can't remember,

13   but my impression was that there was Enid Cooper

14   had made some complaints to national council and

15   then was being very, very aggressive in not

16   leaving, what are you going to do about it, what

17   are you going to do about it, what are you going

18   to do about it, repeatedly and very quickly, and

19   that that led to some frustration because it's

20   like you never want to tell somebody who is

21   filing a complaint like to not, but I think Enid

22   even does say something like just shut up or

23   whatever.

24          Like you don't want to come across

25   that way, but at the same time sometimes looking



```
 1                      Stevens
 2    into things takes time, and Enid Cooper was not
 3    having I guess any of that.
 4          Q.   So let's mark before you continue,
 5    let's mark as Exhibit 9 because this is the
 6    actual complaint from Enid, and I apologize it's
 7    out of order, but that's the way it was numbered.
 8          A.   Excellent.
 9               (Defendant's Exhibit 9, Document
10          Bates stamped TST 89.0001 through 89.0003,
11          was so marked for identification, as of
12          this date.)
13          A.   Oh, yeah, this goes back to 2017.
14          Q.   Yes.
15          A.   I was definitely on the council.
16    That's why I'm remembering this.
17          Q.   I marked Bates number 89 as Exhibit
18    9, and you see this is an e-mail from Enid Cooper
19    regarding abuse going on in the San Jose,
20    California chapter?
21          A.   Yeah.
22          Q.   You see she is complaining about the
23    head, one of the leaders, Gus Hernandez, this is
24    the second paragraph of her complaint, and among
25    the complaints she raises, and I'm quoting is
```



```
 1                      Stevens
 2    after this complaint was filed?
 3          A.   He was removed from the Arizona
 4    chapter.
 5          Q.   How do you know that?
 6          A.   Not through documentation.  I know
 7    that informally, because I had heard through
 8    friends that Wonka was mad, but decided to take a
 9    break from TST in general and like I don't even,
10    and like work on his artwork.  It was all through
11    informal conversations.  It wasn't through
12    announcement, but it was because of knowing
13    people in the area having heard like, yes, Wonka
14    is no longer part of the group.
15          Q.   Okay, but there was no formal kind of
16    investigation or formal resolution that would be
17    documented, filed, correct, or else we would have
18    it?
19          A.   Or you would have it.  I will
20    reiterate what I said earlier.  That it was
21    around 2020 with the formation of Suryan Council
22    that we realized that we needed a lot more
23    standardized -- when we started having a lot more
24    standardized like always having a particular
25    format summary of resolution of things, outcome
```



```
 1                        Stevens

 2   of the investigation type things, and this was

 3   prior to that.  So you would have it if a formal

 4   thing like that existed.

 5             Q.   So there were a lot of kind of

 6   informal complaints that were not formally dealt

 7   with, is that correct, during this time period?

 8             A.   Say that one more time.

 9             Q.   There were a lot of informal

10   complaints that were not formally dealt with

11   during this time period.  Is that correct?

12             A.   I think that's accurate.

13             MR. STRACHER:  Let's mark this as

14        Exhibit 11.

15             (Defendant's Exhibit 11, Document

16        Bates stamped TST 91.0001 and 91.0002, was

17        so marked for identification, as of this

18        date.)

19             Q.   Marked as Exhibit 11 a document Bates

20   number 91.  Do you recognize this document?

21             A.   I do.

22             Q.   What is it?

23             A.   What is it?  Well, this is, give me a

24   moment.  I'm scanning to review it because I

25   recognize it.  I just want to remind myself.  So
```



1                        Stevens

2     nature, you want me to give you a high level

3     summary?

4          Q.   Yeah, that would be great, based on

5     your record or your recollection.

6          A.   Some of this is indirect knowledge.

7     Some of it is because, although I wasn't at this

8     time on the national council or anything when it

9     first started, I know Shelby and I know other

10    members of Austin fairly well.  Yeah.

11    Conversations with people who were involved as

12    well.  So Kiley started making claims about

13    Shelby.  If you don't mind, I will actually refer

14    back to my document because I am bad with dates.

15         Q.   Sure.

16         A.    Kiley started making claims about

17    Shelby, and it was actually earlier than April

18    2020 sort of informally that some of these claims

19    were being made and even shared online that seem

20    to be sort of an effort to draw other people in

21    to, you know, quote warn people and let people

22    know unquote about Shelby before even an official

23    complaint was filed.

24               Then on or about in April of 2020 was

25    when, not Kiley, but an ex of Shelby's who also



```
 1                        Stevens
 2    was friends with Kiley e-mailed the national
 3    council with the allegation that Shelby had
 4    sexually assaulted Kiley.  So the allegation was
 5    that Shelby sexually assaulted Kiley.  The report
 6    was e-mailed in by a person who was a friend of
 7    Kiley's and an ex of Shelby's.
 8                National council's first response was
 9    to encourage Kiley to file a police report, but
10    she said she was not going to do that.  Over the
11    course of the following month or so, I'm trying
12    to think of a good neutral way of phrasing this,
13    because I don't want to sound like I'm making any
14    accusations one way or the other, but it seemed
15    like there was a lot of effort to reach out to
16    people, TST members individually, to, you know,
17    warn people, sway people, whatever language you
18    want to use, right, about this.
19          Q.   By who?
20          A.   By friends of Kiley's or friends of
21    Laura's, and it got to the point where someone,
22    it was Laura, threatened to go public quote
23    unquote, whatever that means, with the claim that
24    TST was covering up these accusations, and it was
25    at that point that Shelby stepped down.
```



```
 1                        Stevens
 2              So Shelby had no interest in either
 3    being, having TST being used as something that
 4    could hurt him or him being used to hurt TST.  So
 5    he resigned.  At that point, he sent in a notice
 6    to national council saying he was resigning as
 7    chapter head, who is leaving the congregation,
 8    completely stepping aside.
 9              Finally, so in the following month
10    after that, Laura Smith again, so remember Kiley
11    was encouraged by national council please file a
12    police report.  It was the following month that
13    Laura filed a police report with Austin PD on
14    behalf of Kiley.
15         Q.   Laura filed it on behalf of Kiley?
16         A.   Correct.
17         Q.   Okay.
18         A.   And this added some -- at that point,
19    national council already felt very like, you
20    know, this is serious enough that something more
21    serious should be done than what they have the
22    power to do.  So, you know, on the one hand,
23    first of all, it made it easier that Shelby steps
24    down, but they were also sort of it was a good
25    thing that it was filed as a police report,
```



1                          Stevens

2    because at that point, okay, this is how it's

3    being handled by the people who actually have the

4    expertise and power to do what needs to be done

5    here.

6                It was sort of felt over their heads

7    as it were, and so at that point national

8    council, you know, and they also were aware that

9    Shelby was cooperating with the police.  So the

10   national council didn't do any investigation

11   after that point, because, if the police are

12   already investigating it, it is

13   counterproductive.  You don't want two

14   investigations going on at the same time.

15               So a lot of things, I shouldn't

16   laugh, but, as you can see in Exhibit 18, a lot

17   of things transpired subsequent to that, but the

18   end result was that, and again, if I'm here

19   testifying from the point of view of TST, our

20   contact with this situation ended at the point

21   where we were informed that Shelby wasn't part of

22   Austin.  There was a police report that had been

23   filed.

24               So there was another party that was

25   actually actively investigating this, and so, and



                              Stevens

1
2    even there was a point when the national council
3    advised that like, you know, the congregation if
4    you see stuff because there was so much stuff
5    going on online, there was so much like people
6    talking, you know, making accusations online and
7    all this stuff, and so there was urging messages
8    to leadership like please don't get involved,
9    please don't respond, please don't argue back,
10   just please, please, and then at one point I
11   don't know exactly when this was, but the people,
12   you know, like Laura because of the fact that
13   every single, every single meeting in the
14   congregation there was a lot of just constantly
15   turning attention to themselves and to this and,
16   hey, did you hear that Shelby, just constant, and
17   it made it impossible for them to have meetings,
18   and so they ended up making the decision to
19   remove everybody, anybody who was involved in any
20   side of the case, right, just anybody who was
21   currently a part of the police investigation, we
22   just please take some time, please take some
23   time, and they were no longer part of Austin.
24              So yeah.  That's really, like I said,
25   I'm speaking from the point of view of TST at the



1                          Stevens

2     point where Shelby stepped down and national knew

3     that there was police work going on, so there was

4     no more national interest in it, because like

5     this is being handled.  Shelby is no longer a

6     part of this, and then from the point of view of

7     the congregation itself when eventually they

8     said, hey, for our members' comfort and safety,

9     anybody involved in the investigation based on

10    their behavior, and they're being removed, this

11    became no longer a TST thing even though there's

12    obviously --

13            Q.   A lot of stuff about it?

14            A.   Stuff that happened since then.

15            Q.   Yeah.  Okay.  What result, if you

16    know, became of the police investigation of

17    Shelby?

18            A.   They dropped the case.

19            Q.   And Shelby resigned you said from

20    TST.  Is that right?

21            A.   He resigned from being in leadership

22    and a member of the congregation.  I think he

23    still considered him himself a member of TST

24    generally, but yeah.

25            Q.   And what about Kiley?  What happened



1                           Stevens

2      to her vis-à-vis TST?

3              A.   I don't know.

4              Q.   So let's mark this as Exhibit 19.

5                   (Defendant's Exhibit 19, Document

6              Bates stamped TST 430, was so marked for

7              identification, as of this date.)

8              Q.   I just marked Exhibit 19 a document

9      Bates numbered TST 430.  Do you recognize this

10     document?

11             A.   I do not.

12             Q.   I'll represent to you this was

13     produced by the Plaintiff in this lawsuit in

14     response to Newsweek's document request.

15             A.   Okay.

16             Q.   Do you see the reference in that

17     document to being banned from TST for filing a

18     report about a member of leadership in TST raping

19     them?

20             A.   I see the sentence you're referring

21     to.

22             Q.   Do you know whether Kiley was banned

23     from TST?

24             A.   I know for a fact that Kiley was not.

25             Q.   She was not banned.  How do you know



```
1                        Stevens

2    for a fact?

3         A.    Because -- how do I know for a fact?

4    Because I know that Kiley was removed from the

5    congregation by the decision of the congregation

6    for the reasons I just gave a moment ago.

7         Q.    Kiley was removed, or Shelby was

8    removed?

9         A.    Shelby stepped down.

10         Q.    Okay, but Kiley was removed you're

11    saying?

12         A.    What I'm saying was that at some

13    point after Shelby stepped down, the people who

14    were in charge in the months that followed the

15    people who were accusing Shelby were

16    participating in so much disruptive behavior in

17    the congregation that the congregation made the

18    decision that they wanted to remove from the

19    congregation anyone involved in any side that

20    said we're not taking sides, you know, in this

21    ongoing police investigation.

22              They say in there, if I remember

23    correctly in their announcement they specifically

24    said, one, we're not taking sides, and, two, this

25    doesn't mean you're banned from TST.  I might be
```



```
 1                        Stevens
 2   misremembering, but I'm pretty sure they actually
 3   said that.  It was removed from the congregation
 4   with an option to apply within a year, if they
 5   still wanted to, you know, after some time to
 6   have some separation from everything and cool
 7   off.  That was how it was presented.
 8               So I know for a fact that, assuming,
 9   I do not see names in here, so I don't even know,
10   but, if I am to presume that this statement is
11   even about either Kiley or someone else related
12   to this, if I presume that, I know it's not true.
13   I know it's false.
14         Q.   Okay.
15               (Defendant's Exhibit 20, Document
16         Bates stamped TST 436, was so marked for
17         identification, as of this date.)
18               (Recess taken from 1:57 p.m. to 2:05
19         p.m.)
20   BY MR. STRACHER:
21         Q.   If you could look at Exhibit 20 now,
22   do you recognize Exhibit 20?
23         A.   Are you asking me if I've seen it
24   before?
25         Q.   Yes.
```



```
 1                        Stevens
 2         A.    I want to say something else that's
 3    problematic about this particular exhibit.   In
 4    addition to not knowing who it's to or where it's
 5    from or whatever, this matter, it isn't even
 6    clear what this matter on the first line is
 7    referring to, and the reason I say that is
 8    because the first line of this reads, "Saying
 9    that you and blank should have personally handled
10    this matter is very problematic as you were
11    already aware at the time that blank that forced
12    himself sexually onto Kiley."
13              Now, if that was something that was
14    in the past, are they saying that that was a
15    separate incident from this matter?   What is this
16    matter?
17         Q.    No.
18         A.    Like it's not clear to me whether
19    this matter is referring to that thing or whether
20    this is now a point of reference saying there was
21    this other thing that already happened, and now
22    this matter happened?   It just is very unclear.
23         Q.    Do you know who Jex Blackmore is?
24         A.    Yes, I do.
25         Q.    Let me mark this as Exhibit 23.
```



```
 1                        Stevens
 2               (Defendant's Exhibit 23, Document
 3          Bates stamped TST 105.0001 through
 4          105.0010, was so marked for
 5          identification, as of this date.)
 6          Q.    Who is Jex Blackmore?
 7          A.    Jex Blackmore was one of the -- was a
 8    very, very early-on member of The Satanic Temple
 9    participating from, not from the very beginning,
10    but, you know, got involved as early as some of
11    the first events, the Black Mass in Boston, which
12    again since I'm bad with dates I won't be able to
13    give you that, I apologize, but very early on in
14    TST history, and also was a leader of the Detroit
15    chapter.
16               Detroit was one of the very first, I
17    think there were like three chapters that were
18    our first chapters, and Detroit was one of them,
19    and it was Jex sort of from the beginning, and
20    we're talking about prior to the formation of the
21    national council, because at first we didn't know
22    we'd need one, you know, small organization
23    problems, right?  It was just like, sure.  Form a
24    group.  That's fine, and it wasn't until later
25    that as more and more, people realized, oh,
```



```
 1                        Stevens
 2   there's a chapter here, we want our own chapter,
 3   right, and more people are asking, so getting
 4   more and more chapters, and so, as I mentioned
 5   previously, I was asked to be on the national
 6   council at the end of 2015, beginning of 2016
 7   because that's when that group formed, but Jex
 8   was the head of the Detroit chapter since before
 9   that.  Right?  It was one of the original
10   chapters.
11                I will also say that in my time on
12   the national council, we, you know, for a long
13   time like we had no real interaction with Jex.
14   In fact, it came up in conversation multiple
15   times that like, you know, as we as an
16   organization were growing, we were instituting
17   new policies, new rules, and Jex seemed to either
18   like, you know, not respond to e-mails or just
19   not be interested in participating in our
20   following.  When we instituted a policy about
21   event proposals so that all events would be
22   reviewed before chapters just did them, Jex
23   wasn't interested in following that.
24                Early on there was a lot of respect
25   and affection for Jex as an early member.  So we
```



```
 1                        Stevens
 2    let a lot of things slide.  So many stories
 3    involved leaving a lot of things to the side, but
 4    then nothing had risen to the point of Jex being
 5    a real topic of conversation until I remember, I
 6    remember the evening getting the phone call
 7    saying, hey, Jex just like literally like made a
 8    statement about encouraging people to kill the
 9    president in one of the rituals.
10                We need to freaking do something
11    about this.  Jex was almost a ghost prior to
12    that.  You know what I mean?  Like doing things,
13    not completely, because there were some things
14    she did that were very antagonistic.  We had
15    chapters in Texas, and chapters tend to be very
16    territorial isn't necessarily the right word, but
17    they have their area, and so Jex just
18    independently, no proposal, no communication,
19    decided to like do a thing in Texas and got the
20    Texas groups upset, because they felt like they
21    were being, like why are we even here, if Jex can
22    just without even telling us ahead of time do
23    this ritual thing, this call for this action in
24    our area.
25                So that kind of thing was the only
```



1                          Stevens

2    real way in which Jex's name came up and before

3    the big incident, and then that was a lot of long

4    discussions about like, you know, do we hope it

5    goes away?  No, that seems like a bad idea.  You

6    know what I mean?

7                    Like these sorts of discussions that

8    ended up with deciding that Jex needed to be

9    removed, and then of course since Doug, Lucien

10   had the longest running personal connection with

11   her, Lucien was like said that he would, you

12   know, let her know basically.  Yeah.  That's my

13   quick summary.

14        Q.   Okay.  So what is this document,

15   Exhibit 23, Bates number 105, what is this all

16   about?

17        A.   Let me take a quick glance through.

18        Q.   You referenced the big incident.  Is

19   this, does this e-mail have to do with the big

20   incident?

21        A.   Hang on.  Let me quickly.  I know

22   I've seen it before, but give me a moment.  So,

23   no.  No and yes.  So what this is referencing I

24   believe is the fact that at some --

25        Q.   Take a look at page 6.



1                        Stevens

2          A.    Sure.

3          Q.    The bottom of page 6.

4          A.    Yeah.

5          Q.    So on May 9th, Doug Mesner, Lucien,

6    right?

7          A.    Yes.

8          Q.    Writes a draft e-mail?

9          A.    Hang on.  Hang on.  Are you talking

10   about page 6?

11         Q.    Yes.  Page 6?

12         A.    I'm looking at a page 6.  Where's

13   May 9th?

14         Q.    No.  I'm sorry.  May 5th, 2019.

15         A.    I got it.  Yeah, yeah, yeah.

16         Q.    And I'm wondering if that refreshes

17   your recollection about the nature of this

18   e-mail, the timing, what it was referring to?

19         A.    It does.  Thank you very much.  So

20   this wasn't a direct consequence of the incident

21   of her having a ritual in which she told people

22   that they should kill the president, which is why

23   she was terminated.  You know, it wasn't that

24   incident, but after the movie came out --

25         Q.    And, by the movie, you mean the movie



1                        Stevens

2    Hail Satan?

3         A.   Yeah, the documentary Hail Satan,

4    which I thought was very fair.  I thought it was

5    a really good representation personally.

6    Whatever.  That's an aside.  It doesn't matter,

7    but, anyway, there were people who asked

8    questions about it, and I believe that Jex also

9    made some statements online, possibly wrote an

10   article, I'm a little fuzzy on this, but making

11   some claims, some false claims about the

12   circumstances of her being removed, and so this

13   was now like, well, crap, we're getting all these

14   questions, Jex has put these false statements on

15   the record.  So therefore we feel like we need to

16   have something to clarify things.  That's what

17   this e-mail thread is about.

18        Q.   Okay.  You said that Jex wrote an

19   article.  I'll represent to you in May, I'm

20   sorry, August 2018.  She wrote an article in

21   Medium called The Struggle For Justice Is

22   Ongoing.

23        A.   That sounds like it.  Yeah.

24        Q.   Yeah, and in that article Jex writes,

25   "While I was part of the organization, TST, I



```
 1                        Stevens
 2   witnessed male members of the organization
 3   exploit their position and influence to behave
 4   inappropriately and disrespectfully towards
 5   women.  I myself experienced harassment and abuse
 6   from members who have now left the organization.
 7   I know that my experience is one of many examples
 8   of systematic gaslighting, degradation and
 9   bullying that many women have experienced within
10   TST over the years."
11             Do you recall that from Jex's
12   article?
13        A.   I absolutely do, because I remember
14   discussing it with people on national council at
15   the time and being so flabbergasted by it, being
16   just flabbergasted by it, you know, aside from
17   the fact that it's entirely possible there are
18   some sexist people who behaved poorly towards
19   her, because that happens, like that might happen
20   sometimes, but in terms of any sort of systemic
21   thing, like, on national council we're like we
22   certainly weren't aware.
23             Jex barely interacted with from our
24   point of view on national council Jex didn't
25   interact.  Jex was so in her own, doing her own
```



                          Stevens

1
2    it right now?
3          Q.    Go ahead.
4          A.    Steven Zara, last name, Z-a-r-a,
5    first name S-t-e-v-e-n.
6          Q.    And do you know how long for how long
7    a period of time Steven was retained to write
8    press releases?
9          A.    I can't say, but I can say, I might
10   as well as long as I've done this already.  I've
11   already grabbed my phone out, so I might as well
12   just tell you the e-mail.
13              The e-mail says, "Steven Sara writes
14   the first drafts.  They are then sent to me for
15   review and revision.  The rewrites are usually
16   extensive.  In short, three answers could be
17   given."  He means different over time.  "Steven
18   Sara, both of them, or me," this is from Malcolm,
19   "exclusively because I give the notes for Steven
20   who does the rewrites and then they get sent for
21   other rewrites and approval."  So that's the
22   details.
23         Q.    Got it.  What is the purpose of these
24   press releases?
25         A.    So that people are aware that we



1                        Stevens
2    exist and the stuff we're doing.  To my
3    understanding, that's the reason that anybody
4    does press releases.
5           Q.   So do you use press releases as well
6    to increase your membership?
7           A.   No.  I'm not interested in
8    proselytizing or converting people.  They're not
9    tools for membership.  We have unfortunately come
10   to realize in our legal system, not that I'm
11   bashing our legal system, where we have
12   unfortunately come to realize that, no matter
13   what the law says, people's perception, people's
14   awareness, people's opinion makes a difference,
15   and so we like to let people know when we're
16   doing good things, when we're, you know, what the
17   issues are, and it has nothing to do with, we
18   don't want to convert people to Satanism.  We
19   just want people to know that this is a thing
20   that exists.
21          Q.   Do you do any advertising to get new
22   members?
23          A.   Well, to get new members, no.
24   Absolutely not.  For the same reasons I just
25   gave.  No.  Do we do any advertising?  You have



                            Stevens

1

2   to be more specific.  I know that sometimes we

3   have specific political or specific initiatives

4   which we promote.  So that's different, but

5   advertising to get new members, no.

6        Q.   Well, do you do any kind of, you said

7   you don't do any proselytizing.  Do you do any

8   kind of recruiting or any other efforts to

9   increase your membership?

10       A.   No.

11       Q.   So you gain members solely by word of

12  mouth?  Is that fair?

13       A.   People learning about us, thinking

14  that's interesting, learning more and deciding

15  that this is something that they feel enough of a

16  connection to that they identify with us.

17  Membership is -- I mean we're a religious

18  organization.  I mean I'm not telling you like

19  you don't know, but we're a religious

20  organization.  We're not trying to, we're not a

21  political party.  We're not a, you know, interest

22  group in that sense.

23            So if something that we're doing

24  resonates with people, then they may decide, oh,

25  hey, the Satanism thing is interesting.  It



```
 1                      Stevens
 2   there are a number of news stories that discuss
 3   protests and issues around after-school Satan
 4   clubs in different places over the years.  I
 5   belief Pennsylvania. I believe --
 6          Q.    Boston, I believe.
 7          A.    Boston, I believe.  Pennsylvania
 8   comes to mind because there was just a lot of
 9   hullabaloo over that one, and some others.  So
10   that might be in the documents somewhere, right?
11   These news stories.
12          Q.    Yeah.  In addition to the money spent
13   on having someone write press releases, is there
14   any other money spent on outward-facing
15   activities, so to speak, like marketing?  Is
16   there a separate budget for marketing?
17          A.    First of all, I'm not going to speak
18   towards, when you say is there a separate budget
19   for.  I'm not going to speak to what our budget
20   is.  To the best of my knowledge, this isn't,
21   like I don't know.  I'm not the accountant.  I'm
22   not here to talk about that, but, so I just want
23   to be careful about the way I present this.
24          Like there are some things that as a
25   matter of public record we've spent money on.  We
```



```
 1                        Stevens
 2   had some billboards, and they weren't for getting
 3   members.  They were for letting people know about
 4   initiatives like the protect children project,
 5   and so we got some billboards because we are
 6   against corporal punishment, and we wanted to
 7   make sure that the word was out that we think
 8   that the right to not be hit is a religious right
 9   for our members and for the children of our
10   members.
11              So we have billboards.  That's money
12   spent.  Is that marketing?  I don't know.  Do you
13   see what I'm saying?
14        Q.   Yeah, I do, I do, and I was going to
15   ask you a follow-up, which is, generally
16   speaking, when the church is involved in
17   advocacy, whether through litigation or
18   otherwise, does it often occasionally sometimes
19   employ similar methods to draw attention to its
20   mission?
21        A.   Similar to what?
22        Q.   Putting up the billboards to
23   protest --
24        A.   Corporal punishment.
25        Q.   Corporal punishment.  For example,
```

