# EXHIBIT 5

# my Kevin Jones email

**From:** Julia Duin <julia.c.duin@gmail.com>
**To:** Sara Tesoriero <sara@stracherlaw.com>, Cameron Stracher <cam@stracherlaw.com>
**Subject:** my Kevin Jones email



**From:** Julia Duin <julia.c.duin@gmail.com>
**Subject:** Re: Form Submission - New Form - Possible news tip: purported whistleblowers claim the Satanic Temple is financially shady, suing whistleblowers, botching abuse accusations
**Date:** September 29, 2021 at 10:08:16 AM PDT
**To:** joneskevinj@gmail.com

Hi Kevin -
Thanks for the tip and the links. This would be a great Halloween story but like you say, it takes a lot of time to investigate and it is not a group I know well. But it's the kind of thing *Newsweek* would like.

BTW, since you work for CNA, would you know what's bubbling for the upcoming USCCB meeting? The Newsweek folks want "something on the bishops;" especially any fights brewing between them and the pope. Well…anything that's anything out there has already been reported on (is my impression) and there's nothing super-new….right? Any November surprises coming?

Julia

> On Sep 29, 2021, at 8:53 AM, Squarespace <form-submission@squarespace.info> wrote:
>
> Sent via form submission from *Julia Duin*
>
> **Name:** Kevin J Jones

CONFIDENTIAL                                                                JDUIN001

**Email:** joneskevinj@gmail.com

**Subject:** Possible news tip: purported whistleblowers claim the Satanic Temple is financially shady, suing whistleblowers, botching abuse accusations

**Message:** Ms. Duin,

This is Kevin Jones, a journalist with Catholic News Agency. I hope this finds you well!

I've been a longtime reader of your work. Terry Mattingly suggested I pass along to you a possible tip from a strange source:

I've written somewhat critically of The Satanic Temple and its possible origins in a mockumentary or self-conscious political prank, despite efforts to present itself as a sincere-ish philosophical/religious movement.

An ex-member of the Satanic Temple reached out to me about possible problems going on in the organization, which I have not had time to factcheck or vet for accuracy.

The ex-member writes me:

"The biggest problem we've run into is that most reporters just find the idea of TST fun and this [investigating allegations of misconduct -KJJ] is is way more work than re-writing their press releases for a million clicks"

Roughly speaking, these allegations include the use of SLAPP / defamation lawsuits, confidentiality agreements and claims of violating "trade secrets" to harass internal critics; the use of pseudonyms on official legal documents; strange shell corporations linked to the TST non-profit but also an LLC; questions about mismanagement of funds or funds raised under false pretenses, etc.

Anti-semitic and white supremacist remarks from one of TST's founders, and a scholar of religion (Joseph Laycock of Texas State U) writing about TST but allegedly soft-pedaling or failing to investigate the full context of these remarks.

Some allegations of TST leadership sexually exploiting members or failing to respond to harassment / sex assault allegations against chapter heads.

Various links from TST critics (Not sure how many voices) below:

https://linktr.ee/QueerSatanic

https://threadreaderapp.com/thread/1401792170433028098.html

https://medium.com/@queersatanic/why-you-havent-left-the-satanic-temple-4ad5c79a15e8

CONFIDENTIAL                                                                                                                         JDUIN002

https://medium.com/@queersatanic/
https://twitter.com/QueerSatanic

Given how often misconduct happens across organizations and religious beliefs, and my own lack of time to investigate, I felt I ought to pass this along to you and several other journalists for consideration.

Hope this is useful, and thanks for your work!

Kevin Jones
Denver area, Colorado.
303-981-7436

CONFIDENTIAL	JDUIN003