# EXHIBIT 6

Oct 5, 2021

This is not hypothetical We'll censor the images in case they ever change their mind on future FB privacy settings, but you can read yourself how the "international council" cared about damage control more than fixing damage  facebook.com/10000162089110   ...

Show more
Show this thread





IC asking for follow ups.

Likewise

So, I'm sorry to bring this all up. It's just frustrating for me to see things like this go public when I'm more than happy to help work through them. It hurts the community, and that's not what i want, and I know you don't either.

I can't say I've had similar experiences.

This was a first for me as well, which is probably why it left me unable to sleep at night on more than one occasion

I see those comments from Regina in the form, my apologies.

Have you ever had something that bothered you so much you couldn't make your brain stop to sleep? This was that for me.

I dont, which is why I was silent for several months on this issue. But to be honest, IC didnt do anything about it, I was still unable to go to meetings, and the weight of what happened and the unfair and abusive treatment was giving me crazy amounts of anxiety.

More often than I care to admit. This Organization kills me somedays.

I believe it. I cant imagine how hard it must be to handle so much on IC

You guys do a LOT

I'm sorry you dealt with that. I was told at length that you attending meetings was no issue at all.

IC is a full time job by itself

I find a lot of what Omen says to be highly untruthful

It's a bit much sometimes, but it's worth it. And I know you feel the same.

That's unfortunate. There's not much I can do about that.

True

Likewise

Which is why it's so disheartening to see internal proble··· aired so

JDUIN020



Which is why it's so disheartening to see internal problems aired so publicly. I understand the frustration, but wish there was another way.

I did take the matter public, but I did make it friends only. I do not want to harm the organization, but I also had the affect on my health, and the development of the fetuses I'm currently growing, to consider and those took precedent.

I went through the proper steps to handle this internally initially

But what else was I supposed to do when nothing was done, I was still not allowed to attend meetings, and the anxiety was mounting?

If there are other steps you know of, I would appreciate insight

All that being said....
I hope getting that off your chest has helped some. I'll keep a more critical eye on leadership and assess things better as they come up.
I'll never tell you what to do, but I'll ask that you consider taking the post down if you feel it's served it's purpose for you personally. And I only ask that because 'he harm it does to the community.

I hope getting that off your chest has helped some. I'll keep a more critical eye on leadership and assess things better as they come up.
I'll never tell you what to do, but I'll ask that you consider taking the post down if you feel it's served it's purpose for you personally. And I only ask that because of the harm it does to the community.

If IC is concerned with how a post about the behavior of some of their leadership will hurt the community, maybe they should fix the leadership instead? I don't see how my post is any worse than the actions of the people involved. I cant image they would condemn a post about bad behavior and abuse rather than the person directly responsible for these actions.

I'll gladly work on fixing that behavior. That conversation was had with the current leadership in relation to those things. Like I said, I agreed with you that all of that was handled poorly. I apologize that the exact details of that conversation were not made explicitly available to you, but we view those kind of conversations as confidential.

---

**Rumor**
May 2 · 🌐

Just a reminder that TST doesn't like it when you post terrible shit they do publically because of "harm to the community" 🥴

Here is the conversation I had with IC that got me quietly removed from groups so I wouldn't cause a fuss because I refused to take down my post about the SoCal Chapter Heads being abhorrent assholes

---

We'll get our ages to you all at once.
This is a thread that references some other people's experiences that might be useful to you. I (David) told the person quoted here, Rumor, you were looking for more information.
twitter.com/queersatanic/s  ...

David: 34 Nathan: 33 Leah: 30

Oct 21, 2021, 11:30 AM

CONFIDENTIAL

JDUIN021



Quote



**@QueerSatanic@kolektiva.social**
@QueerSatanic

Oct 5, 2021

This is not hypothetical We'll censor the images in case they ever change their mind on future FB privacy settings, but you can read yourself how the "international council" cared about damage control more than fixing damage  facebook.com/10000162089110   ...

Show more

Show this thread

CONFIDENTIAL                                                                    JDUIN022



Just wanted to talk about your post the one day. The one discussing the difficulties you experienced with chapter leadership.

Okay, how can I help?

Well, I sorry you had those experiences. That's not an environment that we want in our chapters. I wish you could have brought those things to IC for discussion. It's disheartening to find this sort of thing aired out in the public instead of being discussed with the organization and attempting to find solutions to problems. Was there a reason you didn't feel like you could have come to IC about this?

I did go to IC about it. In February.

You came to us about a very specific part of that. None of the other stuff was included.

Can you give me an example of what was not included?

I'm not trying to be snarky, I genuinely put everything in the document to my knowledge, except a few parts about the drinking and one occa... that happened after I filed

...a few parts about the drinking and one occasion that happened after I filed

So if I missed something please let me know

Well... anything that had to do with outbursts or screaming at other members. The drinking, the messages from Regina to "shut up". Any inclusion of inappropriate sexual comments. The explicit reasons why you felt you were being bullied out of meetings and gatherings.

I agreed with you that the way in which those conversations surrounding the Lucien meeting were not handled in the best possible way.

I included all of the screen shots from Regina telling us to shut up in my complaint, the sexual comments were reported to IC by the person they happened to, and I did mention the aggressive behavior in my complaint but I could not provide proof of that specific incident because he removed me from the Merchandise Committee, and the subsequent chat where the incident took place. I also explained why I was unable to attend meetings in my email to IC asking for follow ups



...IC asking for follow ups

So, I'm sorry to bring this all up. It's just frustrating for me to see things like this go public when I'm more than happy to help work through them. It hurts the community, and that's not what i want, and I know you don't either.

I see those comments from Regina in the form, my apologies.

I dont, which is why I was silent for several months on this issue. But to be honest, IC didnt do anything about it, I was still unable to go to meetings, and the weight of what happened and the unfair and abusive treatment was giving me crazy amounts of anxiety.

I'm sorry you dealt with that. I was told at length that you attending meetings was no issue at all.

I find a lot of what Omen says to be highly untruthful

That's unfortunate. There's not much I can do about that.

Likewise

Likewise

I can't say I've had similar experiences.

This was a first for me as well, which is probably why it left me unable to sleep at night on more than one occasion

Have you ever had something that bothered you so much you couldn't make your brain stop to sleep? This was that for me.

More often than I care to admit. This Organization kills me somedays.

I believe it. I cant imagine how hard it must be to handle so much on IC

You guys do a LOT

IC is a full time job by itself

It's a bit much sometimes, but it's worth it. And I know you feel the same.

True

Which is why it's so disheartening to see internal proble... aired so

JDUIN023



Which is why it's so disheartening to see internal problems aired so publicly. I understand the frustration, but wish there was another way.

I did take the matter public, but I did make it friends only. I do not want to harm the organization, but I also had the affect on my health, and the development of the fetuses I'm currently growing, to consider and those took precedent.

I went through the proper steps to handle this internally initially

But what else was I supposed to do when nothing was done, I was still not allowed to attend meetings, and the anxiety was mounting?

If there are other steps you know of, I would appreciate insight

All that being said...
I hope getting that off your chest has helped some. I'll keep a more critical eye on leadership and assess things better as they come up.
I'll never tell you what to do, but I'll ask that you consider taking the post down if you feel it's served it's purpose for you personally. And I only ask that because    e harm it does to th    munity.

I hope getting that off your chest has helped some. I'll keep a more critical eye on leadership and assess things better as they come up.
I'll never tell you what to do, but I'll ask that you consider taking the post down if you feel it's served it's purpose for you personally. And I only ask that because of the harm it does to the community.

If IC is concerned with how a post about the behavior of some of their leadership will hurt the community, maybe they should fix the leadership instead? I don't see how my post is any worse than the actions of the people involved. I cant image they would condemn a post about bad behavior and abuse rather than the person directly responsible for these actions.

I'll gladly work on fixing that behavior. That conversation was had with the current leadership in relation to those things. Like I said, I agreed with you that all of that was handled poorly. I apologize that the exact details of that conversation were not made explicitly available to you, but we view those kind of conversations as confidential.



**Rumor**
May 2 · 🌐

Just a reminder that TST doesn't like it when you post terrible shit they do publically because of "harm to the community" 🙄

Here is the conversation I had with IC that got me quietly removed from groups so I wouldn't cause a fuss because I refused to take down my post about the SoCal Chapter Heads being abhorrent asshats

No, but we wouldn't use the phrase "sexual deviancy" in any case. The issue isn't deviance but power structures and consent or lack thereof. We found out more in the process of people coming to us and sharing our story with with other people, and have subsequently shared the stories of people who have talked openly about what they went thru (again, this thread has some of that - twitter.com/QueerSatanic/s    ...) but it's not been written about in news articles or shown up in other official documents, and as you saw in the evidence



submitted, what was initially shared was just making people aware of all the stuff that was already out there

Oct 28, 2021, 3:04 PM

Here ya go... bit.ly/3BqkXKb

JDUIN025