# EXHIBIT 7



N- we were kicked out for being witnesses to an ethics complaint – this person filed a complaint to the chapter's leadership and included some of us as witnesses. And the act of our being witnesses to the complaint was interpreted by leadership as proof of a splinter group. (the ethics complaint was related to a sexual harassment complaint) It was the mismanagement of the sexual harassment complaint…it is kind of a mess. (the sexual harassment complaint was local). (they asked national to get involved).

D- they called it a coup

Nathan – They said, 'We think you're doing targeted harassment of some of the leadership figures, dissolving the guild structure..they kicked us without warning.

