# EXHIBIT 8



**Moburg Reporting**

33400 9th Ave. South, Suite 207

Federal Way, WA 98003

(206) 622-3110

www.MoburgReporting.com

```
                                                            Page 10
 1   after a complaint was made.  It could be incidental.
 2   They could be removed for some other reason besides
 3   that.
 4        Q.    So if they were removed because of the
 5   complaint, though, then that's not a cover-up, in your
 6   opinion; is that correct?
 7             MS. TESORIERO:  Objection to form.
 8        A.    I think it depends on the particulars of
 9   the situation.
10        Q.    Okay.  Have you personally witnessed any
11   sexual abuse within The Satanic Temple?
12        A.    I have not.
13        Q.    You gave an interview to Julia Duin at some
14   point previously; is that correct?
15        A.    That is correct.
16        Q.    During that interview you indicated --
17   well, let's back up.  I believe during that interview
18   you indicated that you were a witness to a sexual
19   harassment complaint.  Do you recall that?
20        A.    That sounds correct, yes.
21        Q.    And when I say "I believe," I'm not sure if
22   it was you or if it was someone else.  So unpacking it
23   slightly, did you indicate to Julia Duin that you were
24   a witness to a sexual harassment complaint?
25        A.    I believe that is correct, yes.
```



```
                                                         Page 11
 1       Q.    Okay.  In your definition of sexual abuse,
 2  whatever the sexual harassment complaint was, was that
 3  sexual abuse?
 4       A.    I don't know that I feel qualified to say.
 5       Q.    Okay.  Well, what was the sexual harassment
 6  complaint?
 7       A.    There was a former member of the local
 8  TST group who had been, from my understanding,
 9  repeatedly made to feel uncomfortable by a much older
10  member.  I think -- I think this was in a period of
11  2017 to 2018.  So it was before I was a member.  They
12  left because it was nonaddressed for months, and then
13  I found out about it in 2020.
14       Q.    Let's unpack that slightly.  You indicated
15  that you were a listed witness on a complaint;
16  correct?
17             MR. ROLLER:  Object to the form.  I think
18  it misstates prior testimony.
19       Q.    Let me rephrase.  You indicated to Duin
20  that you were a listed witness on a sexual harassment
21  complaint; correct?
22       A.    I'm not -- I'm not sure.  There was a
23  complaint by a person who was no longer a member.  We
24  found out about it in 2020, and then that was brought
25  up.  That's when I was made aware of it.
```



Case 1:22-cv-01343-MKV-SLC   Document 101-8   Filed 05/17/24   Page 5 of 6

```
                                                          Page 26
 1        A.    I do.
 2        Q.    Thank you.  With that definition in mind,
 3   you mentioned that in addition to the e-mail from
 4   Wylie Duffy, you had heard of other incidents of
 5   sexual abuse within The Satanic Temple.  Could you
 6   briefly describe the incidents as you heard them?
 7              MR. KEZHAYA:  Object to hearsay.
 8        A.    I have seen other people talk about their
 9   experiences in TST.  I guess the most significant one
10   would be a member of what was then The Satanic Temple,
11   Austin chapter, who claimed that they were sexually
12   assaulted by a chapter head.  And in response to this,
13   the -- my understanding is that the chapter head and
14   their partner, who was the leader of a Dallas group,
15   created a doxing website to attack the person who
16   talked about being sexually assaulted.  That doxing
17   website detailed the victim's sexual history.  Tried
18   to, as far as I can tell, mock them quite a bit,
19   embarrass them, and tried to target their mother and
20   one of their friends.  That person in Austin who
21   posted about it had public Facebook posts talking
22   about their experience in the process of it, and the
23   website targeting them, I believe, also is still up.
24              TST has a holiday called Lupercalia.  I
25   believe it is in February.  It's a celebration of
```



```
                                                       Page 27
 1   sexuality, supposedly.  I know that the co-owner of
 2   TST, Doug Misicko, used to solicit nudes for that.  I
 3   don't know how comfortable everyone was with those
 4   things, but I know that some people have talked about
 5   how Lupercalia made them feel uncomfortable.
 6              There was a person who talked about going
 7   to the --
 8              MR. KEZHAYA:  Objection.  This is well
 9   outside the scope of the protective order.  This is
10   very far askew.  Knowledge connotes personal
11   knowledge.  We're not here to play internet detective.
12   We're here in a lawsuit.
13              MS. TESORIERO:  Are you --
14              MR. KEZHAYA:  This is objection to hearsay,
15   and I'm about to shut this thing down.
16              MR. ROLLING:  No.  Hearsay is --
17              MR. KEZHAYA:  You-all got this protective
18   order precluding me from getting anything outside of
19   sexual abuse and cover-up.  None of this is sexual
20   abuse and cover-up.  Knowledge.  Personal knowledge.
21   This is all hearsay.  I object.  Do you have any
22   foundational witnesses to talk about any of the stuff
23   that this guy is rattling off right now?
24              MS. TESORIERO:  I don't believe you have
25   grounds to stop the deposition.  I'm asking of his
```

