# EXHIBIT 9

CONFIDENTIAL

Date: Friday, October 29 2021 05:13 PM
Subject: Re: about TST
From: Julia Duin <j.duin@newsweek.com>
To: Scott M. <scottiswinning@gmail.com>;

Δ π EXHIBIT 10
Deponent: Duin
Date: 6.16.23  Rptr. CM
WWW.DEPOBOOKPRODUCTS.COM

Thanks again for your help - here's the URL - https://www.newsweek.com/orgies-harassment-fraud-satanic-temple-rocked-accusations-lawsuit-1644042

I asked Lucien about your complaint and his impression wasn't that you objected to the sex part at all; it was that TST was nervy enough to lay down guidelines for the event. But what you told me was the opposite - that by allowing whatever, they could be liable for a lot of bad stuff.

On Wed, Oct 27, 2021 at 3:29 PM Scott M. <scottiswinning@gmail.com> wrote:
I should note; NC and IC are the same thing. When some folks in the UK joined (and promptly left), they promoted themselves from "National Council" to "International Council".
On Oct 27, 2021, 3:21 PM -0700, Julia Duin <j.duin@newsweek.com>, wrote:

Wow...who is IC and EM?

On Wed, Oct 27, 2021 at 8:08 AM Scott M. <scottiswinning@gmail.com> wrote:
The holidays were announced in early 2020. This is one of the earlier mentions (Jan. 7, 2020), before they tried to hide it...
https://www.facebook.com/thesatanictemple/posts/the-time-has-come-to-talk-about-the-holidays-we-will-begin-by-notingdefining-a-f/1782924351843573/
<image.png>

I have attached a copy of the "official complaint" I filed with national leadership, regarding the orgies. All of the parties in the screenshots are/were members of leadership (be it state or national). I have also attached the "Sex Positive guidelines" that accompanied the post the complaint was based on.

Let me know what you need; they gaslight/psychologically abuse vulnerable people...and it needs to end.
-Scott

On Tue, Oct 26, 2021 at 11:14 PM Julia Duin <j.duin@newsweek.com> wrote:
Hi again - that note you had about "Rituals with a mock sacrifice, orgies, BDSM, asexual awareness, bodily autonomy, wolves "; do you have a copy of that invite? Would be nice to get that.
Am realizing how much info is out there ....

Julia

On Sun, Oct 24, 2021 at 11:16 PM Scott M. <scottiswinning@gmail.com> wrote:
The two paralegals listed on the court docs... Sonia in back next to Matt. Josie in front in RED.
<246259557_597002221453287_4247725027292266744_n.png >

On Sun, Oct 24, 2021 at 11:06 PM Scott M. <scottiswinning@gmail.com> wrote:
Here's an ID on everyone, except the legal aids of Matt and Stu... I didn't know them locally.<Named.jpg>

On Sun, Oct 24, 2021 at 10:43 PM Scott M. <scottiswinning@gmail.com> wrote:
I can ID everyone and I took that with my own phone, so yeah. I can ID everyone, but there are a few members in the photo that are "victims" and not part of any real leadership.

CONFIDENTIAL

-Scott

On Oct 24, 2021, 10:27 PM -0700, Julia Duin <j.duin@newsweek.com>, wrote:

Hey Scott - Wow...am not sure where to start - well actually I do - re the photo, do you have rights to it and is it something that could be used? Are you on the far left? Do you have IDs for these folks?
J

On Sun, Oct 24, 2021 at 11:47 AM Scott M. <scottiswinning@gmail.com> wrote:
Sure, I'd be happy to share my experience with you! I am elated to see *someone* is finally listening.

If you must name me, please use the pseudonym that I had used while in TST: "Scott Malphas"

I first got involved with TST – Arizona, in early 2018. I attended the "Secular Day at The Capital" and met with some folks from TST-AZ. Seeing folks showing up to talk to their representatives and trying to make meaningful change, I thought it was the group for me. I continued to attend events and participate in public service (we adopted a stretch of highway and did road cleanup 4-6 times a year). I was invited to join the "Chapter Council", which is the local leadership under the "Chapter Head". A bit later, Michelle Shortt (the chapter head at the time I joined and a plaintiff in the Scottsdale lawsuit) decided to step down, due to burnout. I was chosen to replace her as the chapter head, along with another individual. Michelle signed over "Adversarial Truth, LLC" and the bank account to us.

[Quick aside: I was chapter head during the latter portion of the Scottsdale litigation and attended the cross-examination of Lucien. We were told not to encourage attendance at the hearing. Only 3-4 member level folks went. It felt odd, since they are so proud of their lawsuits publicly. I later learned that they just want to control the narrative.]

The interview process with National Council included a background check and a non-disclosure agreement. I was also invited to a private Facebook group for the local and national leadership, called "TST Confluence". This was where the curtain was pulled back. This is where TST instructed chapter leadership on how to respond to criticism and for status updates on campaigns.

I had heard the rumblings about wrong doing by Lucien Greaves (Douglas Misicko/Mesner) and rumors about the harms done in other chapters, but I hadn't seen it first-hand and didn't want to believe that a group I had already put 2 years into, could be responsible for such things. From time to time, national council would post to the group that an individual was "trouble" and blacklisted… or a chapter has been dissolved, but they would never provide details. There was an account of sexual assault, and the response was "we are looking into it", then never followup. One individual was in charge of on-boarding new chapters… turns out they were using their authority to coerce potential chapter leaders into having sex. That person was protected by the national council and executive leadership, for months… until they finally "stepped down" and the allegations of statutory rape were never addressed.

The nail in the coffin for me was when I found out that the national council had been reviewing and approving official events that included orgies. A little background…

TST decided that they needed to have holidays, to be a more credible religion. So, they chose a bunch of esoteric pagan holidays to co-opt. One of which was Lupercalia (around Valentine's day). They described the accompanying rituals thus:

"Rituals with a mock sacrifice, orgies, BDSM, asexual awareness, bodily autonomy, wolves "

No one took it too seriously, because "wolves"… asexual awareness AND orgies? It seemed too ridiculous to be sincere. Well, shortly after the first celebration, national council released "sex-positive guidelines". It was clear that this was in response to the complaints of sexual assault; an effort to shed responsibility. I wasn't interested in religious orgies. To me that is a big red flag. That is when the national council admitted to approving of religious orgies, claiming that they were always a part of TST. I argued that by approving the orgies and providing guidelines, they could be held liable for

CONFIDENTIAL

anything that happens. They said that they would have their lawyers review the guidelines and get back to us. For 6+ months, they avoided following up...procrastinating. Eventually, they just said "the lawyers think it is great, so we are keeping it." I filed internal complaints, again never receiving a response.

TST then rolled out another new policy. They wanted all complaints/issues to be handled internally. If someone spoke publicly of their negative experience with TST, they would be removed from the group. (In practice, people that kept things internal still got blacklisted if they continued to ask questions.) I saw this as an anti-whistleblower policy and told my chapter that I would not be enforcing such a policy. I was removed from leadership within a week, via Zoom meeting for not complying. I was accused of "poisoning the chapter against the national council" and was blacklisted. (I would discover that many TST folks that I didn't know, had been blocked on Facebook). However, they never worked with me to transfer the LLC or bank account... I am still a corporate manager on paper. I still have an ATM card for the chapter account. They took my effort, took my labor, used me, then threw me out after I wouldn't roll over.

That is when I went back and re-evaluated the rumors. I unblocked the people I was told were "a problem" or "disgruntled ex-members", and listened to their stories. Turns out, they have all the receipts. While TST would just tell us, "we are looking into it" and sweep it under the rug; these fellow ex-members wanted to talk about it. They wanted to provide evidence of their position.

I didn't speak out too publicly, because I signed an NDA and was worried that I would be sued like the folks from Washington. (I later learned that the NDA is unenforceable. It is only used to manipulate through fear.)

There are other issues (such as telling members not to affiliate with BLM, a lack of transparency in management and finance, nepotism, etc.), but yeah. That's the "short version"... I am happy to expound on anything, just let me know.
-Scott M.
Ps. I have included a photo of me with Lucien and the legal team, in front of the Arizona Superior Court, and if you haven't already checked out the.satanic.wiki, there are a ton of documents and information there too.
<233467397_170063085225383_4792531856501315500_n.jpg >

On Sun, Oct 24, 2021 at 1:04 AM Julia Duin <j.duin@newsweek.com> wrote:
Dear Scott:
I got your name from Nathan and David, who (along with Leah) I interviewed on Tuesday for an upcoming piece about the Satanic Temple. Obviously this is a much bigger thing than what's happened in Seattle, so I asked them if there were others across the country who had similar experiences with TST.
Would you mind telling me what chapter you were part of (Arizona?), when you left TST and why? (I know this could be a huge essay). Am not asking for you to write a book - maybe a few paragraphs on what your role was? Will probably follow up with ore questions. Oh, what name I can refer to you as, too. I realize not everyone wants their real names used.

Sincerely,

--

Julia Duin | Contributing editor/religion
NEWSWEEK

T | +1 425 677 7783
C | + 202 374 4782
E | j.duin@newsweek.com
W | newsweek.com

CONFIDENTIAL

This e-mail and any attached files are intended solely for the use of the individual or entity to which this e-mail is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.

--

**Julia Duin** | Contributing editor/religion
NEWSWEEK

T | +1 425 677 7783
C | +202 374 4782
E | j.duin@newsweek.com
W | newsweek.com

This e-mail and any attached files are intended solely for the use of the individual or entity to which this e-mail is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.

--

**Julia Duin** | Contributing editor/religion
NEWSWEEK

T | +1 425 677 7783
C | +202 374 4782
E | j.duin@newsweek.com
W | newsweek.com

This e-mail and any attached files are intended solely for the use of the individual or entity to which this e-mail is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.

--

**Julia Duin** | Contributing editor/religion
NEWSWEEK

T | +1 425 677 7783
C | +202 374 4782
E | j.duin@newsweek.com

CONFIDENTIAL

W | newsweek.com

This e-mail and any attached files are intended solely for the use of the individual or entity to which this e-mail is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.

--

Julia Duin | Contributing editor/religion
NEWSWEEK

T | +1 425 677 7783
C | +202 374 4782
E | j.duin@newsweek.com
W | newsweek.com

This e-mail and any attached files are intended solely for the use of the individual or entity to which this e-mail is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.