# EXHIBIT 11

Page 1

1              United State District Court

2              Southern District of New York

3    _____

4    The Satanic Temple, Inc.

5              Plaintiff,            1:22-CV-01343-MKV

6         v.

7    Newsweek Digital, LLC,

8              Defendant.

9    _____

10              DEPOSITION OF PAUL MILLIRONS

11                 DECEMBER 7, 2023

12                   10:00 a.m.

13

14   _____

15

16

17                 File # MW 6345272

18

19

20

21

22

23

24

25        COURT REPORTER:  Christina DeGrande

                                                              Page 10

1         Q.    Those are -- originally, those were your words,

2               correct?

3         A.    Yes.

4         Q.    Okay.  Periodically, I'm going to refer to this

5               statement as "The article statement."  Do you

6               understand that?

7         A.    Yes.

8         Q.    And periodically, I'm going to refer to the article

9               as either "The article" or "The subject article."

10              Do you understand that as well?

11        A.    I do.

12        Q.    Great.  All right.  Drawing your attention to this

13              phrase, "Sexual abuse," in context of your quote to

14              -- well, let's back up a little bit.  Do you

15              remember the name of author who wrote this article?

16        A.    Julia Duin.

17        Q.    Okay.  In context of your quote to Julia, what did

18              you mean by, "Sexual abuse"?

19        A.    To my understanding, unwanted sexual advances or

20              contact.

21        Q.    Okay.  And to be clear, that's what this means here

22              in this sentence, not just generally in your mind

23              what sexual abuse means to you; is that correct?

24        A.    Correct.

25        Q.    Okay.  And how about this:  "Being covered up in

```
 1              ways that were more than anecdotal"?
 2     A.   I'm sorry.  What do you mean?  What about it?
 3     Q.   I'm -- I'm asking what that -- what that meant in
 4          your mind when you wrote this quote.
 5     A.   Okay.
 6     Q.   So what did you mean when you --
 7     A.   The context was that Julia had asked what were some
 8          -- what were -- what were some of the reasons that I
 9          was not involved with TST or had -- had left the
10          organization, and that was part of a list of things
11          that concerned me.  When I say, "Covered up in ways
12          that are more anecdotal," I'm referring specifically
13          to observed behavior on social media by people I
14          understand to be leaders in TST.  I think there were
15          chapters at the time.
16     Q.   So is it -- is it accurate to say that you
17          personally witnessed this sexual abuse?
18     A.   No.
19     Q.   Okay.  So you didn't personally witness any sexual
20          abuse?
21     A.   No.
22     Q.   What about this coverup?  You -- is it accurate to
23          say you personally observed the coverup?
24     A.   I observed behavior that I thought would -- it was
25          suspicious in the context of allegations that were
```

```
 1                   these claims to you?
 2      A.   I know of three instances in which allegations were
 3           being made.  In two of them, there was corresponding
 4           behavior on behalf TST membership or leadership that
 5           went veracity to me to the claims that were being
 6           made.
 7      Q.   Okay.  You say there are three instances that you
 8           have in mind.  Did you personally observe any of the
 9           three?
10      A.   The subject of the allegations?
11      Q.   Correct.
12      A.   No.
13      Q.   Okay.  Did you personally observe any coverup as to
14           any of these three subject allegations?
15      A.   I observed behavior that, to me, sug- -- was not
16           what I would consider to be ethical or responsible
17           or in response to these sort of accusations.  That,
18           to me, lent more credibility to those claims.
19      Q.   In terms of -- in terms of coverup, though, did you
20           observe any coverup?
21      A.   Well, I think if someone came forward with a claim
22           of being sexually assaulted, for example, and
23           organizational leadership's response was to remove
24           -- immediately remove that person and anyone
25           connected to them or who might be supporting them,
```

1       purpose?

2              MS. TESORIERO:  Objection to form.

3              THE WITNESS:  I -- I don't actually

4          know what their -- their purp- -- their, you

5          know, actual purpose is, no.

6              MR. KEZHAYA:  Okay.  That concludes my

7          -- that concludes my questioning.  Pass the

8          witness.

9              MS. TESORIERO:  All right.

10

11                CROSS-EXAMINATION

12       BY MS. TESORIERO:

13     Q.   Mr. Strange, as I said earlier, my name is Sara

14       Tesoriero.  I am counsel for the defendant in this

15       case, Newsweek.  I just have a couple follow-up

16       questions for you.  When you were speaking with

17       plaintiff's counsel, you mentioned three instances

18       of sexual abuse that you had in mind when you

19       mentioned accounts that were more than anecdotal.

20       Would you just briefly describe what those three

21       incidents entailed?

22              MR. KEZHAYA:  Object to hearsay.

23              Go ahead and answer.

24              THE WITNESS:  Okay.  The first case was

25          -- or -- or I'm sorry.  These are not

Page 25

1                   chronological.  One case was the case at the

2                   heart of the Washington Chapter issue.  My

3                   understanding is that someone came forward

4                   with an allegation, and then they were

5                   immediately removed and as well as anyone it

6                   was just perceived might support them.

7                       The second was a young woman from, I

8                   believe, the Austin TST Chapter at the time.

9                   Her name was Kylie Scenario, and very

10                  similarly, my understanding was that she had

11                  made an allegation and was immediately

12                  removed, possibly along with other

13                  supporters.

14                      The third instance is a personal friend

15                  who confided in me something that happened

16                  to her at a -- at a party.

17          BY MS. TESORIERO:

18      Q.  And just to confirm, was your friend a member of the

19          Satanic Temple at the time?

20      A.  I don't know.

21      Q.  But was the person she accused a member of the

22          Satanic Temple at the time?

23      A.  Yes.

24      Q.  Okay.  Thank you.  And your friend, are you aware of

25          what -- did she -- do you know what happened after