# EXHIBIT 12

**From:** Lucien Greaves lucien@thesatanictemple.com
**Subject:** Re: some questions
**Date:** October 29, 2021 at 12:58 PM
**To:** Julia Duin j.duin@newsweek.com

Sorry. Twice my phone placed "of" in my reply where I meant "if"

-------- Original message --------
From: Lucien Greaves <lucien@thesatanictemple.com>
Date: 10/29/21 12:50 PM (GMT-05:00)
To: Julia Duin <j.duin@newsweek.com>
Subject: Re: some questions

Again, I would ask if there's an actual complaint here. Did the alleged former member actually witness anything of the type? What was the complaint? That there were guidelines at all? That the member simply didn't like the idea of such activities taking place? No events are compulsory to continued membership within TST. Some members are sex workers, others are in fetish scenes, etc. The guidelines are merely meant to set parameters in which of these things are incorporated into any TST events, they are done in a way that is safe, sane, and consensual, and that nobody feels uncomfortable or coerced. The document does not ask that such events must take place, but sets limits on such behavior, of engaged in. I really don't know what this alleged complaint is.

-------- Original message --------
From: Julia Duin <j.duin@newsweek.com>
Date: 10/29/21 12:32 PM (GMT-05:00)
To: Lucien Greaves <lucien@thesatanictemple.com>
Subject: Re: some questions

Hey Lucien - one more question (hopefully) - a former member brought to my attention a memo of "sex positive" guidelines for TST gatherings that suggests, among other things "orgies, BDSM, fetish balls...ritual flogging, live ritual sex, burlesque show..." as legit activities. How often does this go on? The member said he filed a complaint about such activities but never got much of a response. Can you comment?

On Thu, Oct 28, 2021 at 1:18 PM Lucien Greaves <lucien@thesatanictemple.com> wrote:
> Hello Julia,
> I have cced Malcolm, as he has membership numbers and budgeting information. We're at over 500k now, but again, membership is free. There are no dues.
> We rolled out our ordination program in 2020. Here is a link that might be helpful: https://ordained.satanicministry.com/pages/about
> Yes, in 2019 we were recognized as a Church by the IRS which gave us cause to create TST, inc.
> I would say that the claims that there is something nefarious about our corporate structure is a conspiracy theory, but I don't think it even rises to that level, because as far as I can see there is no theory; only some complaints that it is confusing. I have yet to understand how it is we are supposed to be inappropriately benefiting from this corporate structure, or, if one considers our history and the evolution of the organization, how it is that we should be structured differently? I would hope that before anybody suggests that there is something wrong, they would have a clear, well-defined claim of what exactly is wrong, as well as a vision of what is right. If there actually is a theory here, if there is some type of tangible suspicion of wrong-doing, I could better direct you to whomever might be able to address it -- whether that be a lawyer who helped set it up, and accountant, or whatever best helps to address the issue.
> I won't object to whatever you use age-wise. I'm not trying to be difficult, I just have never participated in a profile piece!
> Thank you



About Satanic Ordination |

NEWSWEEK027



### The Satanic Temple Ministry

Become an ordained priest with The Satanic Temple. The Satanic Temple launched the Satanic Ordination program in 2020 as a way to recognize qualified members who have demonstrated a deep and passionate understanding of the

[ordained.satanicministry.com](ordained.satanicministry.com)

---

**From:** Julia Duin <j.duin@newsweek.com>
**Sent:** Thursday, October 28, 2021 3:58 PM
**To:** Lucien Greaves <lucien@thesatanictemple.com>
**Subject:** Re: some questions

Hi again - folks are asking about exact membership figures. You told me your mailing list went from 300,000 to close to 500,000. Does the latter constitute your membership figures? If not, how many members do you have?

Julia

On Thu, Oct 28, 2021 at 12:37 AM Julia Duin <j.duin@newsweek.com> wrote:
> I thought that was the year TST became a 501c3. Am I correct?
> Also, I see you didn't deny you're 45 years old or that the Seattle Times was right or wrong, so I'll use that as your age, OK?
> And...I'd asked about an annual budget for the LLC and TST. Did you get those figures?
> Took your suggestion to engage Joseph Laycock, which was most helpful.
> Exactly when did TST change to this ministry set-up?
>   Hopefully, those are all my questions!
> Julia

On Tue, Oct 26, 2021 at 12:59 PM Lucien Greaves <lucien@thesatanictemple.com> wrote:
> Hello Julia --
> I would say that at the time, the idea of Satanists being around was something that people had a lot of hesitation towards because people were far less aware of who we are and what we stand for, so I would change "likes" to a past tense of "liked." Today, there are people who want us around as a reassurance that religious liberty is being respected by viewpoint-neutral office-holders.
> There were 2 Medium pieces written by the same member. The second one deals more directly with the question of what happened with the Seattle chapter:
>
> https://medium.com/@viceovervirtue666/that-which-can-be-destroyed-by-the-truth-should-never-be-spared-its-demise-814b882e4454
>
> https://medium.com/@viceovervirtue666/part-iii-is-tst-an-abusive-mind-controlling-cult-that-limits-its-members-ability-to-speak-while-9c8280108d04
>
> Also, it occurs to me that I shouldn't assume you know anything that we didn't discuss, so I'll mention that there is a documentary about us that premiered at Sundance a few years ago, now streaming on Hulu. It's called "Hail Satan?" and it was made by a neutral director who knew of the controversy in 2018 and the chapters that left, but she did not feel that that particular subplot was meaningful to the overall story.
> There is also a book about us published by Oxford University Press (peer reviewed publication process) called "Speak of the Devil" by a Texas professor of religions, Joseph Laycock. He did, in fact, talk about the events of 2018 and some of the criticisms that we supposedly harbor secret alt-right sympathies, but after years of actual research, he saw no credibilty in that point of view. Prof Laycock might also be of interest for you to speak to because he is an unbiased source (a Catholic, even) who would probably be willing to tell you about the campaign of harassment that the Seattle people who you are writing about launched against him which compelled him to block them on social media.
> joe.laycock@gmail.com
> There are many other people that they harass incessantly while trying to paint our defense of our Intellectual Property as a "SLAPP suit" (which it objectively isn't), but those that I can think of are members of TST, and so probably can't be considered unbiased for your purposes.
> Membership comes and membership goes. Some that go say rotten things about us. The lawsuit in Seattle is about defending our Intellectual Property, which is a duty we have to our congregations and membership, so that they may know that we, as an organization, will not allow our community to be publicly misrepresented in our own name. Who could feel comfortable identifying with us were we to do anything less?

identifying with us were we to do anything less?
The fact of the matter is, though, they have reached out to a large number of journalists, Podcasters, and any influential person who they think might be willing to believe their story of victimization at the hands of TST, and upon investigation, none of them found them credible, and for good reason.
As I may have mentioned yesterday, they claim we are a "pyramid scheme" and that we're running some type of financial scam. We willingly pitch ourselves into litigation where questions of our intent bring scrutiny upon our corporate structure and finances, and we've survived such scrutiny with ease. I think that a good question for them would be, "how much money did you lose and how? When were you ever required to pay money for anything at all?" There is nothing on our end that ever required their financial buy-in.
This might be deeper than your piece is meant to go, but Modern Satanism as defined by Anton LaVey was premised on a de-racialized Social Darwinist philosophy that made sense to me decades ago. By the time that we founded The Satanic Temple, however, I had broken with that philosophy entirely, and had come to believe it erroneous. TST was founded on principles that explicitly broke with LaVeyan philosophy and advocates for altruism and compassion. That evolution of thought was never concealed, and was openly a part of TST as the beginning of a Satanic Reformation. Now, however, people like the conspiracy theorists who decry us in Seattle take comments of mine from 20 years ago and attempt to make people believe that they are leaked insights into my current, yet publicly hidden, state of mind. Here is an essay I wrote regarding the differences between The Satanic Temple and the Church of Satan, and my previous point of view could be categorized as the liberal assimilation of LaVeyanism that I describe in the essay. I was never sympathetic to racist or Nazi thought.
https://thesatanictemple.com/pages/what-is-the-difference-between-the-satanic-temple-and-the-church-of-satan
When you ask what happened in 2019, to what are you referring?
Thank you

-------- Original message --------
From: Julia Duin <j.duin@newsweek.com>
Date: 10/26/21 2:56 PM (GMT-05:00)
To: lucien@thesatanictemple.com
Subject: some questions

Dear Lucien:
   Thanks for yesterday's interview and just a reminder for you to send me that Medium link. Got a message from Matthew, your lawyer, so I'm trying to reconnect with him.

A few things: The Seattle Times mentioned you in a piece this year, saying you're 45 years old. Is that accurate?

Also, did I get this quote correct while asking you about the switch to an LLC? "No one likes to have Satanists around, so we hoped to have a more neutral entity name to work across denominations," said Greaves. "We wanted a central brand name to fall back on to be more inclusive and not as abrasive as the Satanic Temple."

Also, was TST founded in 2012 or 2013? The LLC was founded in 2014...so what happened in 2019?

Sincerely,

--

**Julia Duin | Contributing editor/religion**
**NEWSWEEK**

T  |  +1 425 677 7783
C  |  + 202 374 4782
E  |  j.duin@newsweek.com
W  |  newsweek.com

**Newsweek**

*This e-mail and any attached files are intended solely for the use of the individual or entity to which this e-mail is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the named addressee you should not disseminate, distribute or copy*

NEWSWEEK029

> *under applicable law. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.*

--

**Julia Duin I Contributing editor/religion**
**NEWSWEEK**

T I +1 425 677 7783

C I + 202 374 4782

E I j.duin@newsweek.com

W I newsweek.com

**Newsweek**

*This e-mail and any attached files are intended solely for the use of the individual or entity to which this e-mail is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.*

--

**Julia Duin I Contributing editor/religion**
**NEWSWEEK**

T I +1 425 677 7783

C I + 202 374 4782

E I j.duin@newsweek.com

W I newsweek.com

**Newsweek**

*This e-mail and any attached files are intended solely for the use of the individual or entity to which this e-mail is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.*

--

**Julia Duin I Contributing editor/religion**
**NEWSWEEK**

T I +1 425 677 7783

C I + 202 374 4782

E I j.duin@newsweek.com

W I newsweek.com

# Newsweek

*This e-mail and any attached files are intended solely for the use of the individual or entity to which this e-mail is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.*

NEWSWEEK031