# EXHIBIT 14

PLAINTIFF'S EXHIBIT 12 11-7-23

CONFIDENTIAL

**Date:** Thursday, October 28 2021 02:31 PM
**Subject:** Re: Satanic temple story
**From:** Nancy Cooper <n.cooper@newsweek.com>
**To:** Julia Duin <j.duin@newsweek.com>;

Can you make that the lede —
Can you defame a religion? The answer ….

--

**Nancy Cooper | Global Editor in Chief**
NEWSWEEK

E | n.cooper@newsweek.com
W | newsweek.com
A | 1 World Trade Center, Floor 72, New York, NY 10007



*This e-mail and any attached files are intended solely for the use of the individual or entity to which this e-mail is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.*

> On Oct 28, 2021, at 2:02 PM, Julia Duin <j.duin@newsweek.com> wrote:
>
> Not quite - TST is a religion (sounds crazy, I know..). The main question here is if you can *defame* a religion.
> Will work on cutting Greaves' remarks down.
>
> On Thu, Oct 28, 2021 at 10:01 AM Nancy Cooper <n.cooper@newsweek.com> wrote:
>> Julia —
>>
>> Fabulous stuff here! Wow.
>>
>> A couple of thoughts:
>>
>> We need to make it easier to follow — it's a complicated story with so many characters. It's really a story about a lawsuit more than it is about religion. But the suit hinges on the issue of whether TST is a religion. Do I have that right?
>>
>> If so, can we set that up as the lede and then from there go into the backstory, the factions, etc.? "This isn't the first time TST has sued…"   (see google doc)
>>
>> Greave is great but I think we have too many quotes from him, making the narrative even harder to follow. Can you trim those down?

CONFIDENTIAL

Once we get the story on track we'll be in good shape. Thanks for great work!

Happy to talk phonely if you like.

Best,

Nancy

--

**Nancy Cooper | Global Editor in Chief**
NEWSWEEK

E | n.cooper@newsweek.com
W | newsweek.com
A | 1 World Trade Center, Floor 72, New York, NY 10007

*This e-mail and any attached files are intended solely for the use of the individual or entity to which this e-mail is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.*

On Oct 28, 2021, at 5:04 AM, Julia Duin <j.duin@newsweek.com> wrote:

OK, it's at 3,274 words. Whew...have factchecked until I am buggy-eyed, so I need other eyes on it, obviously. Enjoy.

--

Julia Duin | Contributing editor/religion
NEWSWEEK

T | +1 425 677 7783
C | +202 374 4782
E | j.duin@newsweek.com
W | newsweek.com

*This e-mail and any attached files are intended solely for the use of the individual or entity to which this e-mail is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.*

<SatanicTemple.docx>

CONFIDENTIAL

--

Julia Duin | Contributing editor/religion
NEWSWEEK

T | +1 425 677 7783
C | +202 374 4782
E | j.duin@newsweek.com
W | newsweek.com



*This e-mail and any attached files are intended solely for the use of the individual or entity to which this e-mail is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.*