# EXHIBIT 17

DEFENDANT'S EXHIBIT 3
11-3-23 AO

## December 2015 – August 2020: National Council / International Council

- National Council (NC), later rebranded as International Council (IC), was formed early on to manage chapters.
- Responsibilities included: vetting and approving chapter leaders, vetting and approving new chapters, receiving and responding to complaints, mediating conflicts, reviewing and approving proposed events and activities.
- Process
    - Chapter leadership encouraged to handle things internally when possible.
    - Anyone could use email or a form to submit a complaint to NC (when the issue could not be resolved locally or involved local leadership)
    - NC reviewed the complaint and accompanying documentation, identified key allegations, reached out to the submitter for clarification if needed, reached out to other parties for corroboration if appropriate, collectively assessed the complaint and decided on remedy or consequences (if any).
    - Consequences could range from warning, to removal from leadership, to removal from the organization.

- July 2018 (TST Seattle)
    - TST Seattle Chapter Head emailed NC to inform them that they had removed a member (Alice Eidson).
    - Accusations were of "sexual assault and harassment of members and non-members, as well as embezzlement (not from us)" (quoted from the email sent to National Council)
    - Alice Eidson was removed from the chapter and all online TST groups.
    - TST Seattle leadership did not request any action from NC
    - No individual members submitted any complaint to NC

- August 2019 (TST Tennessee)
    - TST Tennessee Chapter Head emailed NC to inform them that they had removed a member ("Stephanie").
    - Accusations were of "multiple complaints of unwarranted lewd actions, sexual comments, and nonconsensual touching that were observed and experienced by persons in attendance."
    - Stephanie was formally removed from the chapter and all online TST groups
    - TST Tennessee leadership did not request any action from NC
    - No individual members submitted any complaint to NC

- April 2020 (TST Austin)
    - A TST Austin member (Laura Smith) emailed NC with the allegation that the TST Austin Chapter Head (Shelby Scates) sexually assaulted another person (Kiley) whom they were friends with.
    - NC's initial response was to encourage Kiley to file a police report, due to the seriousness of the allegations. She refused.
    - (May) Laura Smith and other friends of Kiley reached out to individual TST members to "warn" them with these claims. This escalated to them threatening to "go public" with the claim that TST was "covering up" the accusations.
    - (June) Shelby emailed NC stating that he was stepping down from leadership and away from TST.
    - (July) Laura Smith filed a police report with Austin PD on behalf of Kiley.
    - When NC became aware that police reports had been filed, and that Shelby was cooperating with police investigations, they suspended investigation because they didn't want to cause any conflict (NC are not professionals, and could undermine the police if carrying on their own separate parallel investigation).
    - (December) Austin PD closed the case.

**September 2020 - today: Suryan Council**

- Suryan Council (SurCo) was created as an independent body separate from the International Council
- Responsibilities included: receiving, reviewing, and responding to complaints about violations of the CoC; performing mediation when needed. Quoting from the announcement when they launched: "SurCo will ensure that all members and volunteers are held accountable to their membership agreements and codes of conduct, including Chapter Leaders, International Council members, Executive Ministry, and Campaign Leadership."
- Process
    - Chapter leadership encouraged to handle things internally when possible.
    - Anyone could use email or a Google Form called the "Incident Report Form" to submit a complaint
    - SurCo reviewed the complaint and accompanying documentation, determined what specific part(s) of the CoC were allegedly violated, reached out to the submitter for clarification if needed, reached out to other parties for corroboration if appropriate, determined if reasonable evidence for violation of the CoC, decided on remedy or consequences (if any).
    - Consequences could range from warning, to removal from leadership, to removal from the organization.

**August 2021 - today: Society of Congregations (Committee System)**

- International Council was dissolved and management of the congregations switched over to a committee system, with committees composed of elected members performing specific management functions
- The Concerns Committee (CC) was created specifically to be the internal body for handling matters not covered by SurCo, for example: gross incompetence of leadership, a congregation flaunting internal rules, etc.
- The Ordination Council (OrdCo) manages our clergy, including the approval or revocation of minister status.
- The SurCo, OrdCo, and CC work closely and share information to make sure complaints get to the correct group.


- May – October 2022 (TST Wisconsin)
    - When a new member (Fey Lionhart) joined TST Wisconsin, a congregation member (Wickers Crane) reached out to them privately to tell them they were attracted, Fay made it clear they were not interested in any kind of relationship.
    - (Feb 2023) Fey submitted an accusation to Suryan Council against Wickers Crane that alleged (among other things) sexual assault. In that report Fey made reference to multiple incidents between May and October of the previous year.
    - SurCo interviewed Fey on two occasions in order to ascertain what happened, when, and where.
    - Fey did not provide any concrete details of events, but did mention speaking to a Congregation Head of TST Wisconsin (Jared Nichols).
    - SurCo interviewed Jared Nichols, who provided background information including the fact that Fey had been removed from the congregation for documented incidents of sexual harassment of other congregation members (tagging member Twitter accounts with sexually explicit material, engaging in unwanted sexually suggestive conversations, sending unsolicited nude photos).
    - A member of TST Albany filed a complaint against Fey for bullying. In response to this, Fey told SurCo that they were going to withdraw their membership from TST because "they need to focus on themselves."
    - This case is still considered ongoing, and SurCo intends to interview Wickers Crane next.


- May 2023 (TST Missouri)
    - A woman (non TST member) submitted a complaint to SurCo against a TST Missouri congregation head (Adrian Karras).
    - The alleged event occurred during or after a Hexennacht event being held at a local gallery.

- o Eye witnesses found her intoxicated and in distress in a room by herself, stating that she an Adrian had had sex but too upset and intoxicated to express anything clearly.
- o She was helped home, went to the hospital the next day, a rape kit was collected, a physician confirmed that sexual intercourse did take place.
- o She has been encouraged to go to the police, although to the best of our knowledge she has so far declined.
- o Adrian was removed from leadership, removed from the Congregation, and Adrian's ordination as a minister has been suspended.
- o This case is still considered ongoing, although SurCo has said that follow-up attempts to contact the gallery or potential eye witnesses have been unsuccessful so far.

**Additional Notes**

- By far the most common complaints received by IC or SurCo were on matters such as bullying, online harassment, sharing offensive memes, uncollegial behavior, sexist or otherwise bigoted behavior, inappropriate commentary, or abuse of local authority.
- From time to time we would receive emails from people with statements like "Hey I just want to warn you, so-and-so (TST member) is a _____!" and we would try to follow up but often got no response or no information we could use to follow up. It's often unclear whether the person sending such emails knows about any specific events, or is just expressing a general belief about a person. We always followed up when we were able.
- Over the years we received a handful of complaints that were sexual in nature but not "sexual assault". Example:
    - o TST San Jose (former) member Enid Cooper submitted a complaint December 2017.
    - o From the complaint email: "My first encounter with TST was at a potluck picnic in Santa Cruz during the summer of this year. One of the leadership, Miles Teg (Gus Hernandez) pulled me aside during the picnic and mentioned that he had seen me online and thought I was "beautiful". I politely declined because I was with my date and excused myself to go back to my seat. At this point, he followed me to my table where I was seated with my date and proceeded to talk about the piercing on his penis, even going as far as looking for objects that were comparable in shape to his genitals."
    - o This was only one component in a long complaint that included allegations against multiple people in the chapter on matters as diverse as being part of ANTIFA, sharing offensive memes, guilting people into giving money, and farting in someone's face.
    - o This is an interpersonal dispute, not a "sexual assault" complaint.