# EXHIBIT 18

(K) Rumor Solanine on Facebook: Just a reminder that TST doesn't like it when you...



**Rumor Solanine**

May 2, 2021 · 🌐

Just a reminder that TST doesn't like it when you post terrible shit they do publically because of "harm to the community" 🙄

Here is the conversation I had with IC that got me quietly removed from groups so I wouldn't cause a fuss because I refused to take down my post about the SoCal Chapter Heads being abhorrent asshats

> Just wanted to talk about your post the other day. The one discussing the difficulties you experienced with chapter leadership.

> a few parts about the drinking and one occasion that happened after I filed

> So if I missed something please let me know

Okay, how can I help?

> Well, I sorry you had those experiences. That's not an environment that we want with chapters. I wish you could have brought those things to IC for discussion. It's disheartening to find this sort of thing aired out in the public instead of being discussed with the organization and attempting to find solutions to problems. Was there a reason you didn't feel like you could have come to IC about this?

Well... anything that had to do with outbursts or screaming at other members. The drinking, the messages from Regina to "shut up". Any inclusion of inappropriate sexual comments. The explicit reasons why you felt you were being bullied out of meetings and gatherings.

I agreed with you that the way in which those conversations surrounding the Lucien meeting were not handled in the best possible way.

> to attend meetings in my email to IC asking for follow ups

Likewise

> So, I'm sorry to bring this all up. It's just frustrating for me to see things like this go public when I'm more than happy to help work through them. It hurts the community, and that's not what i want, and I know you don't either.

I can't say I've had similar experiences.

> I see those comments from Regina in the form, my apologies.

This was a first for me as well, which is probably why it left me unable to sleep at night on more than one occasion

> I dont, which is why I was silent for several months on this issue. But to be honest, IC didnt do anything about it, I was still unable to go to meetings, and the weight of what happened and the unfair and

Have you ever had something that bothered you so much you couldn't make your brain stop to sleep? This was that for me.

More often than I care to admit. This Organization kills me somedays.

👍❤️😮 12                                    15 comments

▢ Like          ▢ Comment          ▢ Share

Most relevant ▾



 **Amber Turrill**
I was directly a part of all that, and it was handled internally. The frustrating thing for a lot of people is that when ic handles stuff sometimes the person filing the complaint doesn't know that action was taken other than to be told "action was tak... **See more**

2y    Like    Reply    Edited                                                        

 **Rumor Solanine**
**Amber Turrill** there is so much more yet to come honestly

2y    Like    Reply

 **Amber Turrill**
I mean I'm nowhere near any of that at the current time to be able to influence or help, I'm not sure you're aware of that. But I'll say I always wanted to know how I could have made things better.

2y    Like    Reply

 **Amber Turrill**
And I'm sorry. I know how hard you worked.

2y    Like    Reply

 **Rumor Solanine**
**Amber Turrill** this isn't about how hard I worked, that comment details from the actual issue of tar covering up their wrongdoings instead of addressing them. They are so focused on their external appearance that they are happy to sweep anything and ev... **See more**

2y    Like    Reply

 **Amber Turrill**
Understood.

2y    Like    Reply

 **Crickett McCollum**
Your composure and restraint in how you communicate is admirable. I know how hard it is to keep emotions and expletives in check when defending yourself. Praise be to the backspace key! Kudos to your calm badassery~

2y    Like    Reply

 **J Sebastian Cunningham**
That's why I avoid all organized religion... Just give me some chaos witches and a fire pit... Skyclad optional.

2y    Like    Reply

 **Brutus Gaddis**
Yea, fix your own shit before you come after someone calling you on your shit.

2y    Like    Reply



          20+ 

 **Desi Gomez-Knips**
You clearly experienced abuse and provided proof of your claims and this Chris guy is being totally useless. Instead of disciplining and expelling these abusive members, he just says 'I never had those experiences' and dismisses and gaslights you. He c...

See more

2y  Like  Reply

 **Rumor Solanine**
**Desi Gomez** the scary thing is not only is he IC, but the whole IC group agreed with him that not staying quiet was grounds for dismissal. It has become very obvious the morals they claim within their tenets are not something they actually follow.

2y  Like  Reply

 **Desi Gomez-Knips**
**Rumor Solanine** they sound more like any other church now.

2y  Like  Reply

 **Rumor Solanine**
**Desi Gomez** exactly 



2y  Like  Reply

 Write a comment...    ▪ ▪ ▪ ▪ ▪





This photo is from a post.    View post

**Rumor Solanine**
May 2, 2021 · 🌐

👍 1

Like        Comment        Share

Write a comment...

   



This photo is from a post.    View post

**Rumor Solanine**
May 2, 2021 · 🌐

Like        Comment        Share

Write a comment...

https://www.facebook.com/photo?fbid=4162807920449863&set=pcb.4162808590449796

   



   



This photo is from a post.                                                                View post

**Rumor Solanine**
May 2, 2021 · 🌐

Like                    Comment                    Share

Write a comment…



  

20+



   



This photo is from a post.                                                          View post

**Rumor Solanine**
May 2, 2021 · 🌐                                                                        ···

Like                    Comment                    Share

Write a comment...

   

