# EXHIBIT 19



**D.E.M.**
March 8, 2020 · 👥

First, the same TST member was allowed to sexually harass me, over 5 reported counts, and even going as far as looking up my dress during The Womxns March movement while licking his lips, with the chapter doing nothing to prevent it from happening until AFTER he sexually harassed other femme folk in the chapter.

Second, I speak with TST members I consider good friends to talk about the chapter to stop using my Lady Lucifer image, as I was on the fence of if I still wanted to be apart of the movement after all that sexual harassment was allowed to continue. Plus, it had been years since the Bremerton Protest, and by then I just wanted them to create and use a new image for them and leave it at that.

Now, I'm seeing my Lady Lucifer character, which has also been my character for my past cam work AND is my character for my business, being redone by other members for their current movements without asking me how I would feel about them using my character.

That "Furiosa" look I had wasn't a "Furiosa" look at all, and was a play off of several paintings and illustrations I had done years before that movie even came out. So, of course I can't copyright a makeup design so similarly done in a franchise film, that has been so similarly done in SEVERAL other things as well, before that, but I'm really fuckn bothered by the lack of reach out on how I felt about the rework of my Lady Lucifer look, and just the lack of originality or creativity, that I agreed to redo for the Bremerton Protest.

It started as one of my original drawings, then I used the makeup design for a last minute costume, then I used the makeup and horn combination for the Bremerton movement after being asked to do so, and started using my character design for the cam work and modeling I did, because it's my look and I can do that, and have continued to integrate the design into my business.

And now this is going on.

And now I really don't think I ever want to go back to being apart of TST.

Y'all know how to contact me, but clearly weren't bothered to do so.

Thanks.

Also, I don't care that this post may even remotely be considered petty. I'm tired of staying quiet about my frustration and why I stopped attending any meetings or movements.

**D**   **D.E.M.**
May 8, 2020 · 👥                                                                    •••

As most of y'all are aware, I left The Satanic Temple then Seattle Chapter, now known as the
WA State Chapter, in 2017 following the lack of action and care when I stepped forward,
multiple times with proof, that I was being sexually harassed and groomed by an older
member of the chapter since 2015. That member wasn't removed until 7 months later, when
other femme presenting members said they were now being harassed, as well. TST WA then
sent out an e-mail stating a member had been removed for inappropriate behaviors towards
other members. In that e-mail, they anonymously mentioned my reports, by stating "There
were reports made by previous members, but those could of been handled between each
other, and we didn't feel it necessary to intervene."
You know, pretty much saying that a young 20 yo, femme presenting, non-binary who
OPENLY STATED several times to leadership that I had joined a few months following the
closure of a murder trial against my abuser and rapist, who attempted my life, and took the
life of another girl, when I was ages 14 to 16, was at all within the mental and emotional
capacity to verbally address an older males behaviour towards.
Which was sent to them, in writing, that because of that trauma, and other similar instances,
I did not feel at all comfortable confronting him, and I was told that leadership would
address the issue and stop it from continuing. That TST didn't have tolerance for that
behaviour. But clearly it was all a lie. And they did nothing until 7 months later, when he
then started targeting other members. Seven. Months. After. My. Leaving. They allowed him
to harass multiple people by not seriously listening to me.



**D.E.M.**

June 30, 2020 · GoFundMe ·

I shared this fundraiser last night, with the copied text from my friend, and one of the former members being sued. But I'm sharing again and I'll repost what they said in the comments.

I know link shares get burried by the algorithm, and I know there's SO much going on, but this is still extremely important.
This followed after former members opened a complaint case, for me, for the absolute fucking neglect of leadership when I reported sexual harassment and grooming by an older, white male member, from 2015 to 2017, multiple times.
Take a minute to think about that.