# EXHIBIT 20

3/22/24, 11:14 AM
Case 1:22-cv-01343-MKV-SLC Document 101-20 Filed: 05/17/34 Page 2 of 8
Second thoughts after Lupercalia? Is this normal? : r/SatanicTemple_Reddit

Skip to main content

 **r/SatanicTemple_Reddit** Search in r/SatanicTempl... Log In ···

---

 **r/SatanicTemple_Reddit** • 4 yr. ago 🔒 ···
tossatanicacc

## Second thoughts after Lupercalia? Is this normal?

Discussion

I live in New Jersey right across the bridge from Philadelphia; I attended events regularly including the last Ritual that hosted Lucien, Shiva, and Hollow Axis. It was fun aside from Axis "patrolling" the bar for "Antifa Catholics" I thought that was weird but hey, we've gotten harassed by other groups in the city before so it made sense.

I'm a bigger girl, currently in transition, and not at all comfortable with my body image at the moment and today felt... weird. Waking up to see my Twitter feed flooded with nudes/lewds/beautified pics, I felt like maybe I wasn't cut out to be in the fold and it really triggered some body issues.

My local friends group scheduled their celebration event to be a Utah fundraiser, I was all for donating money to Utah and it seemed like a wonderful idea to use the event for both.

This was not a pleasant experience tonight. I got my tickets online and had to wait for a special email from brown paper to have the address and schedule my Uber (I'm disabled and can't drive) I get to the location in the email, a one way street and find out the event is up a few flights of stairs; behind us is the Lutheran Settlement house...

And I didn't meet the dress code. I was wearing an oversized TST hoodie and some apple bottom black pants. Our dress code was very strict apparently. I didn't read over it much, but it seemed aimed more to objectify individuals. "Fetish clothing, nude with pasties, or your satanic best." I managed to get in after showing the payment email and explaining that due to my body image issues I prefer to go the Billie Eilish dress philosophy. There was a small ritual before hand, and it was enjoyable. Then the trouble for me started; lots of unwanted touching, kissing, a lot of pressure to be sexual and very 'out'. I was offered a few things to help "relax my mind" but rejected. There was a lot of peer pressure, eventually I kissed one of the dance girls... and I found out I was filmed I started to argue with the group leader but was told I could just leave. I asked if the photo would be deleted and was told by buying a ticket I consented to my photo being taken.

I'm shaken this has to be one of the worst experiences of my life. I feel shamed and ashamed of myself.

---

🔒 Locked post. New comments cannot be posted.

---

⬆ 40 ⬇   💬 17   ↑ Share

Sort by:  Best ⌄

---

 **igetthatnow** • 4y ago

None of this is acceptable and the people responsible should be called out, as should the mod who's giving you heat for posting this because fuck that "protect the predators to protect the institution" Catholic bullshit.

3/22/24, 11:14 AM
Case 1:22-cv-01343-MKV-SLC Document 101-20 Filed: 05/17/24 Page 3 of 8
Second thoughts after lupercalia_is_this_normal : r/SatanicTemple_Reddit

Skip to main content  Log In

 **SuspiciousCamaro** · 4y ago

Yeah, that's not right and goes against Tenet III, at least.

⬆ 22 ⬇   ⬆ Share   ⋯

 **purpleisred** · 4y ago

That's horrible. Wanting to attend an event doesn't equal to giving anyone consent to cross your boundaries, especially if you didn't give consent in the first place, said no, or haven't started engaging in/responding positively to said behaviour. And even if you started or did a little kissing, you can change your mind at any time and that should always be respected.

⬆ 19 ⬇   ⬆ Share   ⋯

 **shaky-jakey** · 4y ago

Shit :/// This sounds absolutely terrible. I'm so sorry you experienced this :((

⬆ 12 ⬇   ⬆ Share   ⋯

**[deleted]** · 4y ago · Edited 4y ago

Absolutely none of what happened to you is okay and no proper TST Satanist would ever find this behavior acceptable. From what I see here, how you were treated violates Tenets III and IV. It's YOUR body. YOU get to decide what makes you personally feel sexy, or to opt out of that part of human culture entirely.

I would speak to your chapter leader about this if you have one.

As for whether or not you're a Satanist after all, I can't say, but I hope you won't let this incident color your perception of the Satanic belief system. I identify with a lot of your struggles: I'm a fat transmasc nonbinary person and I've spent my whole life hating my body. I also have a low sex drive. Real low. Virtually nonexistent. I would have been just as uncomfortable and horrified as you were in your situation.

But Lupercalia is about more than sex. It's about bodily autonomy and loving yourself the way you're expected to love other people during Sol Invictus. It's a day of hailing yourself as the deity you are. It's also about wolves as a nod to the ancient Roman version of the holiday (and also because wolves are badass).

How did I celebrate? By gorging on my favorite foods and watching the Puppy Bowl: Senior Dog Edition on Hulu in my comfiest pajamas. And I feel very sufficiently hailed.

Satanism is all about living YOUR best life. It may not look the way the greater society expects it to, but that's their problem! As long as nobody is getting hurt--and that includes you, by the way--you're doing the right thing.

Take care, internet neighbor. I'm so sorry you're hurting right now. I hope you heal soon and swiftly. And I hope you get the justice you rightly deserve.

⬆ 12 ⬇   ⬆ Share   ⋯

3/22/24, 11:14 AM
Case 1:22-cv-01343-MKV-SLC Document 101-20 Filed 05/17/24 Page 4 of 8
Second thoughts after lupercalia is this normal? : r/SatanicTemple_Reddit

Skip to main content                                                                                                   Log In

⬆ 10 ⬇    ⬆ Share    ⋯

**[deleted]** • 4y ago

I am so sorry you went through that. :(

What you've described is horrifying. You are not overreacting. You are not imagining things. You were treated abominably and it's not okay.

⬆ 9 ⬇    ⬆ Share    ⋯

 **SSF415** • 4y ago

Wow, that's terrible. The organizers should have taken much better care of you, I'm sorry. It's a real challenge sometimes to balance being sex-positive with the importance of respecting everybody's boundaries, and everyone is only human after all--but the individual experience should always be the highest priority. Do you feel comfortable talking to anyone in the chapter about it?

⬆ 14 ⬇    ⬆ Share    ⋯

 **Skyfire237** • 4y ago

The organizers of this should be ashamed. They clearly did not respect that "Ones body is inviolable, subject to ones own will alone". That they violated the tenet so blatantly, peer pressuring actions you didn't want to take and took pics w/o your consent is unacceptable. Seriously, I'm so sorry you had a bad night. What happened to you should NOT represent what TST should be and I'm disgusted at how they handled the whole thing. They should have been more clear beforehand about a lot of things and also been far more inclusive than they were. TST for me has always been about inclusion and respect, that didn't happen for you, but I hope in the future if you do choose to find a different chapter or something that they will be far more wholesome.

⬆ 13 ⬇    ⬆ Share    ⋯

## More posts you may like

 r/SatanicTemple_Reddit

Why do conservatives make trans people look so fucking cool in this, OMG! The trans folks I
know do more Christlike acts in a day than a televangelist does in a lifetime.

715 upvotes  ·  85 comments



 r/SatanicTemple_Reddit

Skip to main content

Log In

r/SatanicTemple_Reddit

### Satanic Invocation at Ottawa County



449 upvotes · 23 comments

---

r/SatanicTemple_Reddit

⚠ SPOILER

### Reddit needs a "Block Religious Content" toggle.

411 upvotes · 15 comments

---

r/SatanicTemple_Reddit

### That is darn tempting, but, uh, I think I'll pass.



401 upvotes · 39 comments

---

r/SatanicTemple_Reddit

### The Horns symbol

378 upvotes · 76 comments

---

r/SatanicTemple_Reddit

😈😈😈🤘

348 upvotes · 17 comments

---

r/SatanicTemple_Reddit

### Found Jesus at a Furry Convention

325 upvotes · 33 comments

---

r/SatanicTemple_Reddit

### Wanna lawsuit? Discriminate on the basis of religion.

304 upvotes · 11 comments

---

Skip to main content

Log In

desmoin...

290 upvotes · 32 comments

r/SatanicTemple_Reddit

8 in 10 Americans Say Religion Is Losing Influence in Public Life

pewrese...

268 upvotes · 19 comments

r/SatanicTemple_Reddit

😈 😈 😈 😈

258 upvotes · 15 comments

r/SatanicTemple_Reddit

When you see it...

228 upvotes · 37 comments

r/SatanicTemple_Reddit

Happy Feast of the Serpent to anyone who may celebrate it. (Not an officially recognized holiday of TST)

199 upvotes · 24 comments

r/SatanicTemple_Reddit

Very impressed with these handmade mugs from TST

190 upvotes · 21 comments

r/SatanicTemple_Reddit

Gov. Cox signs bill to include Ten Commandments in Utah public school curricula, address 'legal personhood'

abc4

182 upvotes · 23 comments

Skip to main content

Log In

173 upvotes · 55 comments

r/SatanicTemple_Reddit

Baby Satanist pic Hail Thyself! Happy mandatory wear green day!

2

155 upvotes · 16 comments

r/SatanicTemple_Reddit

Fuck some Christians

152 upvotes · 42 comments

r/SatanicTemple_Reddit

The Glasgow trucker hailed 'hero' for parking in front of anti-abortion protests

glasgowl...

149 upvotes · 8 comments

r/SatanicTemple_Reddit

Satan Reviews Bible App. Seen on London Overground train today. 100% agree with him/her

146 upvotes · 5 comments

r/SatanicTemple_Reddit

Jesus, you okay?

142 upvotes · 6 comments

r/SatanicTemple_Reddit

And it's tax free.

141 upvotes · 3 comments

r/SatanicTemple_Reddit

My representation

141 upvotes · 20 comments

3/22/24, 11:14 AM
Case 1:22-cv-01343-MKV-SLC Document 101-20 Filed: 05/17/24 Page 8 of 8
Second thoughts after lupercalia is this normal? : r/SatanicTemple_Reddit

