# EXHIBIT 21



DEFENDANT'S EXHIBIT 19 11-3-23



This photo is from a post.     View post

**Evergreen Memes for Queer Satanic Fiends**
September 16, 2021

Main post:
https://www.facebook.com/queersatanic/posts/1325728454523016

September 11 ·
***TW/Content Warning:

~Thread will be Updated as Able/Advised by Detective~
Last update: Sept 30... See more

September 11 ·

***TW Content Warning:

~Thread will be Updated as Able Advised by Detective~
Last update: Sept 30

Guess who just got banned from TST for filing a report about a member of leadership in TST raping them along with everyone that has been talking to the police. This gal!

For more fun information follow and subscribe! I'll be releasing fun content such as... people asking me for nudes, said member of leadership spreading libel, chat logs from leadership chat that show what they really think of rape victims, and for the premium subscribers we'll have something super special! Audio logs with TST International Leadership and spicy local leader meeting chat logs. Content will be supplied as rapist are convicted👌👍

Feel free to share - Hail Thyself!



Like    Comment    Share

Write a comment...



TST0000430