# Exhibit 17

Email exchange ending October 24, 2021, 4:02 PM
between Jinx Strange and Julia Duin
(NEWSWEEK015-017)

**From:** Jinx Strange jinxstrange@gmail.com
**Subject:** Re: questions about TST
**Date:** October 24, 2021 at 4:02 PM
**To:** Julia Duin j.duin@newsweek.com

Julia,

Thank you so much for reaching out. I have a lot of information, receipts, screenshots, etc. of things that range from probably-illegal malfeasance to covering up and protecting men accused of sexual misconduct, to what I'm sure amount to personal squabbles. What might be more convenient to you would be for me to give you some resources, introduce myself and place myself in context and then give you an overview of some things I know about and you can decide for yourself what you'd like to follow up on. Because TST is so litigious, I try to traffic only in things for which I either have screenshots or other evidence, or that are plausible enough that I think my belief would be easy to justify in court. When I present something, I will tell you what I have to back it up. I apologize if this is exhaustive, but I've accumulated quite a lot over the years for reasons you'll see, and I'm excited to see a journalist of your echelon taking this kind of interest in them. What has generally come before is media created and published at their behest (through member-authors, or in the case of Penny Lane, someone who began from inside and very uncritically accepted and circulated everything she was told - Hail Satan?, the documentary, is as good as a corporate PR film). Otherwise, beat journalists just like to pick up a headline they know will generate clicks, publish what's in the press release, and that's that. TST sells more t-shirts, and creates more and bigger problems.

First, a couple of resources you might find useful:

1. This is an article I published on September 6th out of frustration with TST's wildly unfounded claims concerning how "only their members" would be "protected" from Texas abortion laws through legal magic they were never quite able to articulate. This wasn't intended to be widely circulated, I more wrote it for the abortion activists and Satanists I knew who were exhausted from arguing with people who learned about TST five minutes before in the comment sections of every social media platform: https://luciferiandominion.org/nothing-works-the-way-the-satanic-temple-thinks-it-does/

2. There is a post in my ministry's community group about TST that has served as a repository for all of these accusations and examples of awful behavior. It is 600-something comments deep, I have posted very much of what I have in there and other people have come forward with their stories and evidence as well. This is a link to our Facebook group, which is private, but if you would like to join, and it doesn't have to be under your personal account, if that's an issue, I will gladly direct you to it and you can plumb its depths if you like.

Background on me:

I am Jinx Strange, at present day the Archlector of the Luciferian Dominion. While my appointed title might sound grandiose, this is a scholarly post, and I maintain it by raising the bar for what it means to be Luciferian clergy, and am trying my level best, through the foundation of an academic order to drag our religion kicking and screaming into a world where we share similar position and resources as some of our contemporaries. We aren't going to do that by capering around in groups of 5 or 6 wearing creased Party City robes and roleplaying to scare our elderly parents. So you can see why I would take immediate interest in a large group of Satanists gathering steam back in 2016-17. You can learn more about my ministry here and here.

I was not "involved", maybe, in the way you're imagining. I'd been identifying as a Satanist for 10 or 15 years by that point, but I didn't care for the kind of substanially nothing brand of libertarianism reskinned as religion that is the LaVeyan Satanism of Church of Satan. Their raison d'être is being insular and unduly self-congratulatory, so I wasn't into that. So when The Satanic Temple came along with visible women in prominent activist leadership roles, I thought, "Well this might be the place for me." The first face I ever saw from The Satanic Temple was that of Jex Blackmore.

I joined their community group which, at that point even then, was a kind of directionless mosh pit where Satanists mostly yelled things over each other about what they thought Satanism was, without a lot of input or direction from leadership. The only times leaders seemed to weigh in was to the very large libertarian bloc of members in squashing discussions about trans rights and Satanism, which seemed to be the biggest flashpoint. I wish I had taken more screenshots back then, but I didn't really know what I was in for.

I heartily participated in these melees, because it seemed to me that the organization was still very pliable, despite its visibility and size. It concerned me that the people closest to the top seemed to consistently side with people on positions I would expect to find more at Church of Satan, or in more isolated, edgy Satanic groups on the internet. It was very, very clear that a LOT of people were hungry for a form of progressive Satanism, and I thought that maybe even if these people were coming from a disingenuous place, that they could be persuaded, or at least moved to protect their own arbitrary privilege, by conforming to the will of their own organization. There were a few low-ranking more progressive members nearing or freshly entered into leadership at that point, and after all, the very progressive Jex was still the spokesperson and one of their top leaders, so it seemed a cause worth fighting for.

As you'll probably see in the article I wrote that I posted above, I have a bit of flair that people (who agree with me, at least) tend to like, so I accumulated quite a few friends through these discussions and arguments. I rather enjoy dunking on regressive, conservative types online, so this was fun for me still back then. I was publishing a dark culture magazine called Dirge Magazine at the time, and I liked running stories on this group because they sounded great! In hindsight I was guilty of as much as beat journalists are now, though in my meager defense, we didn't have this mountain of highly visible malfeasance, incompetence, and malicious behavior to fall back on, to say nothing of their inability to actually execute the new programs I was reporting on.

One of the friends I made was the then-girlfriend of their now-spokesman, Doug Misicko/Mesner/Lucien Greaves. Their relationship was rather quiet despite being long term. I would later find out as a means to better facilitate his womanizing. I don't know how much I

was rather quiet despite being long term, I would later find out as a means to better facilitate his womanizing. I don't know how much I have in the way of direct evidence, but I do know that his inappropriate behavior toward and with women, often much younger women, was a constant source of drama between them. I think you'll find that all of his romantic and sexual relationships, including his current one, are with people who emerged from within The Satanic Temple, and very often have gone quite poorly. But I digress.

Through the lens of this friendship, I was convinced, first of all, that their relationship was real; Doug would come to visit her and stay with her, and left belongings at her house, and would see photos of him and his stuff, and even interacted with him briefly through her on one occasion. Their relationship was unhealthy, to say the least, and she had a very passive aggressive streak where she would share things that were unflattering to him and undermined him, but would commit any atrocity to protect him from anyone else in his orbit. In her own words, she wanted him, but she *hated* TST, and did everything she could to undermine the organization in the hopes that this crapulence would one day cause it to implode thus freeing them to be together unencumbered. Yikes.

I very quickly, through this channel and others began to accumulate a dizzying picture of an inept, rudderless organization that had accidentally risen to prominence through something of a [disingenuous prank](). This was disappointing and even very annoying at having this aggregate waste of time, attention and resources on people who had no intention, and certainly no capability of actually doing anything that they claimed to want to do. We are several years down the line now and that has very much borne out.

At the time, I had hung my hopes on a handful of would-be leaders, who began to disappear through what appeared to be an internal pogrom, I strongly suspect for creating the very discomfort I'd hoped for in the upper echelons of leadership. With that, my interest in forming a local chapter here in Wisconsin evaporated, as did my belief that this toddling colossus could be saved from itself. I left along with several locals I'd met through TST and had talked to a lot about starting our own chapter, but sharing this information with them, they could also not countenance the things I'd learned. We left, to start The Luciferian Dominion and received quite a lot of backlash, much of it from people who would leave just six months later in the Randazza schism.

The Randazza schism really made me feel like Cassandra. I'd been been telling people that something was rotten in the state of Denmark for months, had lost entire social circles over my departure, and now everyone was seeing in plain terms what I'd been saying all along: These guys are dumb, arbitrary, waste people's money, and worse, they're heavily alt-right inclined in both contacts and interests. If Randazza himself had concocted a plan to troll liberals through the guise of Satanism, I don't think he could have done as good a job as Cevin Soling, TST's other co-founder and the brains and legacy-wealth behind TST.

My being so visibly critical naturally drew other people to me to share their stories, and I got a lot of messages in the way of, "Hey, sorry about a few months ago. You were right, and actually here's an example of something that made me really uneasy..." A lot of times those things were anecdotal or unsupported, but sometimes they were very concerning. Screenshots or images of things and connections I hadn't seen before. Leaders posing happily with major alt-right media figures. Accounts of sexual abuse being covered up in ways that were more than anecdotal. Dozens of people kicked out for asking for financial records from this alleged-non-profit organization.

TST's behavior became increasingly cult-like after Randazza, with a second schism culminating after their imposing a very draconian NDA on chapter leaders and other members. They were having a serious image problem thanks to leaks and they wanted to plug those leaks. A lot of people left. But even when TST sheds 1/3 or 1/2 of its membership due to misbehavior, Cevin concocts a media stunt that invariably works and their ranks swell higher than ever. They have perfected a mechanism by which they chew through members, leaders, chapters, and never have to worry about actual consequences or failure, because they can count on casual media coverage filling their virtual pews with increasingly checked-out interest.

Imagine the kind of person who goes all-in on something that sounds good much faster than they should, and then shows their ass at the first sign of criticism (which is often immediate now), and then is in this cognitive position of not being able or willing to acknowledge that they'd shown their ass about something wrong, and instead spite-donates to piss off their supposed "trolls". That's TST's target audience now, and absolutely no one else. Actual activists, and even creatives want nothing to do with them anymore. They won't tolerate anyone with any kind of actual religious vocation background; no one at the top is allowed to know more than their leaders, which is not very much, so you can imagine it's been very stagnant at the top except for this media shuck and jive that serves absolutely no purpose but to funnel unaccountable money to  no-one-knows-where.

I apologize for writing a book despite your specifically not asking for one, but I will finish here by summarizing some topics about which I can provide more information and then I'll let you decide on what and how you'd like to follow up.

Again, I very much appreciate your time and interest in this. I have long thought that the right journalist in the right position, that couldn't be discredited as a "jealous hater" would have quite a story on their hands.

1. The cozy friendliness of former and current leaders with prominent alt-right figures. This might be the easiest and most numerous thing for anyone to prove. There are simply photos of their leaders palling around with the likes of Milo Yiannopolous, their professional relationship with Marc Randazza, Doug posting in solidarity with Augustus Sol Invictus, Cevin Soling pushing his anti-school agenda with Stephen Molyneux, lively video chats with Mike Cernovich. These are all things I can send or direct you to. I don't think any reasonable person would chalk all of it up to coincidence.

2. Examples of Doug just being nasty to people, usually on Twitter, and often recirculating right-wing talking points. I have him shouting at one of his own volunteers for discussing gender theory during their failed "After School Satan Program", and railing against leftists by circulating and handwringing about the "concrete milkshake" host popularized by Andy Ngo and Tim Pool. The former was through a sock account where Doug pretends to be an Asian woman. I have screenshots of him responding to people as Doug through that account as well. 🙁

3. Their then-community manager bullying and mocking people for criticizing the circulation of a cartoon that depicted incest between

minors.

4. Numerous GoFundMes and crowdfund campaigns by leadership where leaders clearly use TST's membership as a piggy bank for often superfluous luxury items, or as an artificial platform to launch their own brands. That isn't necessarily something you wouldn't expect, but the degree to which they do it, and the frivolity of the things they raise money for (such as a hearse, for one then-council member) looks especially bad for an organization that leaned so hard on its charitable works that never really seem to manifest. One of these is a sexually-explicit Onlyfans created between two members of leadership who met within leadership. One of them was the other's direct superior. That was just condoned and encouraged.

5. It would take some time, but I could gather more information on sexual misconduct for you.

6. I can follow up on almost anything of interest you might find in the large thread in our community group I referenced above. I am happy to put you in touch with more people.

What I can offer, personally, directly, is evidence of the social coziness with alt-right media figures, the parroting and defense of those same figures' ideology and positions, the lack of transparency and intentional convolution of their non-profit and corporate accounting structures (though I doubt I could tell you anything that the Evergreen Satanists haven't, they've done a wonderful job in that area in particular), and my own anecdotal experience with my adjacency to these people.

I realize you have a high burden of proof, and that I know, socially and experientially, far more than is probably objectively useful here, but I will do my very best to help you find and source and gather any evidence you might want for any trails you might be on. I know a lot of these people and hold, I think, a lot of trust, and certainly a lot of hurt people have been waiting for someone who cared to hear them.

Thank you, and please don't hesitate to be in touch.

- Jinx

> On Sun, Oct 24, 2021 at 2:59 AM Julia Duin <j.duin@newsweek.com> wrote:
> Dear Jinx -
> I got your name from Nathan and David, who (along with Leah) I interviewed on Tuesday for an upcoming piece about the Satanic Temple. Obviously this is a much bigger thing than what's happened in Seattle, so I asked them if there were others across the country who had similar experiences with TST.
> Would you mind telling me what chapter you were part of, when you left TST and why? (I know this could be a huge essay). They said you could speak on why people leave TST and that you were part of the 2018 schism. Am not asking for you to write a book - maybe a few paragraphs on what your role was?
>
> Sincerely,
>
> --
> **Julia Duin I Contributing editor/religion**
> **NEWSWEEK**
>
> T I +1 425 677 7783
> C I + 202 374 4782
> E I j.duin@newsweek.com
> W I newsweek.com
>
> **Newsweek**
>
> *This e-mail and any attached files are intended solely for the use of the individual or entity to which this e-mail is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.*

--
Jinx Strange
*Senior Stinkographer*
**Strange Fire & Fumery**

Visit the Fumery: Website I Facebook I Instagram

CONFIDENTIAL                                                                                                          NEWSWEEK017