# Exhibit 21

Defendant's Revised Initial Disclosures

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
THE SATANIC TEMPLE, INC.,

                          Plaintiff,  :  Case No. 1:22-cv-01343-MKV

v.

NEWSWEEK DIGITAL, LLC

                         Defendant.
------------------------------------------------------------------- x

## DEFENDANT'S REVISED INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A), Defendant Newsweek Digital, LLC (sued herein as Newsweek Magazine LLC) ("Newsweek" or "Defendant") provides to Plaintiff The Satanic Temple, Inc. (the "Satanic Temple" or "Plaintiff") its revised initial disclosures.

Defendant makes these disclosures without waiving and expressly preserving: (a) any objections as to competency, relevancy, materiality, privilege, and admissibility of any of the information or documents provided; and (b) the right to object to discovery requests involving or relating to the subject matter of the disclosures made herein and the documents provided herein.

As used herein, the "Article" refers to the article titled "Orgies, Harassment, Fraud: Satanic Temple Rocked by Accusations, Lawsuit," attached as Exhibit 1 to the Complaint. The "Statement" refers to the quote in the Article attributed to Jinx Strange that forms the basis of Plaintiff's defamation claim, which reads: "Accounts of sexual abuse being covered up in ways that were more than anecdotal." As used in these Initial Disclosures, "sexual abuse" means any and all forms of unwanted sexual contact.

I. **Individuals Likely to Have Discoverable Information Defendant May Use to Support Its Claims or Defenses**

| Name/Title | Contact Info. | Relevant Information |
|---|---|---|
| Julia Duin<br>Freelance Reporter | May be contacted through Defendant's counsel. | Research and drafting of the Article. |
| Nancy Cooper<br>Global Editor in Chief | May be contacted through Defendant's counsel. | Editing of the Article. |
| Paul Millirons aka Jinx Strange | jinxstrange@gmail.com | Allegations of sexual abuse within The Satanic Temple and the response, or lack thereof, to those claims by members of The Satanic Temple. |
| David Alan Johnson | May be contacted through their counsel. | Allegations of sexual abuse within The Satanic Temple and the response, or lack thereof, to those claims by members of The Satanic Temple. |
| Nathan Sullivan | May be contacted through their counsel. | Allegations of sexual abuse within The Satanic Temple and the response, or lack thereof, to those claims by members of The Satanic Temple. |
| Dr. Joseph Laycock | joe.laycock@gmail.com | Allegations of sexual abuse within The Satanic Temple; allegations regarding the response of The Satanic Temple leadership to sexual abuse claims. |
| Lucien Greaves | Counsel for Plaintiff. | Allegations of sexual abuse within The Satanic Temple and the response, or lack thereof, to those claims by members of The Satanic Temple. |
| Matthew Kezhaya | Counsel for Plaintiff. | Allegations of sexual abuse within The Satanic Temple and the response, or lack thereof, to those claims by members of The Satanic Temple. |
| All individuals identified by Plaintiff | | |

Defendant's discovery is ongoing, and Defendant reserves the right to supplement the above list as additional witnesses are identified through discovery. Further, Defendant reserves the right to use rebuttal witnesses to any and all witnesses identified by Plaintiff or in any disclosed document, including but not limited to answers to interrogatories.

II.  **Description of Documents and Things Defendant May Use to Support Its Claims or Defenses**

Defendant identifies the following categories of documents and things that it has or may have in its possession, custody, or control and may use to support its claims or defenses.

1. The Article.

2. Documents concerning the editing of the Article with respect to the Statement.

3. Documents concerning communications between Defendant and Julia Duin regarding the Statement.

4. Documents concerning communications between Julia Duin and third parties regarding the Statement.

5. Documents concerning research by Julia Duin regarding the Statement.

6. Documents concerning allegations of sexual abuse made by and against members of The Satanic Temple.

7. Documents concerning allegations regarding how members of The Satanic Temple responded to allegations of sexual abuse.

8. Laycock, Joseph P., SPEAK OF THE DEVIL: HOW THE SATANIC TEMPLE IS CHANGING THE WAY WE TALK ABOUT RELIGION (2020).

Defendant's review of its files is continuing and it reserves the right to supplement the documents identified herewith. Defendant's production of the above-referenced documents shall

be subject to redactions for privilege, and shall be produced upon the entry of a mutually agreeable protective order.

### III. Damages

Inapplicable.

### IV. Insurance Information

A copy of the insurance policy covering the claims at issue in this lawsuit will be provided upon entry of an appropriate protective order.

Dated: September 14, 2023        By:   */s/ Cameron Stracher*
　　　　　　　　　　　　　　　　　　Cameron Stracher
　　　　　　　　　　　　　　　　　　Sara Tesoriero
　　　　　　　　　　　　　　　　　　Law Offices of Cameron Stracher
　　　　　　　　　　　　　　　　　　51 Astor Place, 9th Floor
　　　　　　　　　　　　　　　　　　New York, NY 10003
　　　　　　　　　　　　　　　　　　Tel:   (646) 992-3850
　　　　　　　　　　　　　　　　　　Fax:   (646) 992-4241
　　　　　　　　　　　　　　　　　　Email: cam@stracherlaw.com
　　　　　　　　　　　　　　　　　　　　　　 sara@stracherlaw.com

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*