UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Satanic Temple, Inc.<br>*Plaintiff*<br><br>v.<br><br>Newsweek Digital LLC<br>*Defendant.* | 1:22-cv-1343 (MKV)<br><br>**DECLARATION OF<br>MALCOLM JARRY** |

**COMES NOW** Malcolm Jarry, who states as follows under penalty of perjury of the laws of the United States of America.

1. **Purpose**. This declaration is made in support of The Satanic Temple's motion for summary judgment in the above cause.

2. **Identity and qualifications**. I am Malcolm Jarry, a co-founder and co-director of The Satanic Temple, Inc. I am an adult of sound mind with no felonies. I base the following statements on my own personal knowledge and under penalty of perjury.

3. **Background**. In my role for The Satanic Temple, my responsibilities include financial accounting and tracking donation trends.

4. **General reputational damages**. People have cancelled their recurring donations to the Temple because of the article. We received feedback from people that they believe the subject article statement to be true because *Newsweek* published it. We have also been unfavorably compared to the Catholic Church because of the article statement.

5. **Remediation expenses**. To combat the ill effects of the article, I hired a public relations firm and a public relations professional to assess and mitigate damage done to the Temple from the subject article statement. The sum of our remediation expenses was $43,350. True

– 2 –

and correct copies of invoices I received and paid in connection with this effort are attached to the motion, in order of appearance:

    28: Invoice no. 7204 (June 15, 2022)

    29: Invoice no. 1001 (July 31, 2022)

    30: Invoice no. 1017 (October 5, 2022)

    31: Invoice no. 1019 (November 11, 2022)

    32: Invoice no. 1023 (December 13, 2022)

    33: Invoice no. 1027 (February 27, 2023)

    34: Invoice no. 1032 (May 3, 2023)

    35: Invoice no. 1034 (May 30, 2024)

    36: Invoice no. 1039

**FURTHER AFFIANT SAYETH NOT**.

Pursuant to 28 USC § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. *s/Malcolm Jarry*
Executed on May 17, 2024.