# Exhibit 28

Invoice no. 7204 (June 15, 2022)

# LEVICK
FIXING THE IMPOSSIBLE™

**INVOICE**

| | |
|---|---|
| Invoice Date: | 6/15/22 |
| Due Date: | 6/15/22 |
| Number: | 7204 |
| Terms: | Due on receipt |

**LEVICK Strategic Communications, LP**
1900 M Street, NW
Washington, DC 20036
202-973-1300
levick.com

**The Satanic Temple**
Malcolm Jarry
Director/Co-Founder
64 Bridge Street
Salem, MA 01970

## INVOICE SUMMARY

| Professional Services | Amount |
|---|---|
| Advance Retainer | $25,000.00 |
| **TOTAL AMOUNT DUE** | **$25,000.00** |

Please send ACH or Wire Transfer payments to:
Bank Name: PNC Bank, N.A.
Bank Address: 249 Fifth Avenue, Pittsburgh, PA 15222
Account Name: Levick Strategic Communications, LP
Account Number: 5303684115
ACH Routing Number: 054000030
Wire Routing Number: 031000053
SWIFT Code: PNCCUS33

Bank Transfer and Credit Card payments are also accepted:
Please contact accounting@levick.com for a secure portal link.

We appreciate your business and thank you for your prompt payment of this invoice. Interest of 1.5% per month will be charged on all past due balances