# Exhibit 29

Invoice no. 1001 (July 31, 2022)

# INVOICE

**Karen Campbell PR**

4703 Regalwood Terrace
Burtonsville, MD 20866

karen@karenelizabethcampbell.com
(667) 206-0208



## The Satanic Temple

**Bill to**
The Satanic Temple

**Invoice details**
Invoice no. : 1001
Invoice date : 7/31/22
Due date : 8/30/22

| # | Product or service | Amount |
|---|---|---|
| 1. | **Public Relations** | $2,500.00 |

| | Total | **$2,500.00** |
|---|---|---|

**Note to customer**
Thank you for your business.