# Exhibit 30

Invoice no. 1017 (October 5, 2022)

# INVOICE

**Karen E. Campbell**
4703 Regalwood Terrace
Burtonsville, MD 20866

karenelizabethcampbellpr@gmail.com
(667) 206-0208



## The Satanic Temple

**Bill to**
The Satanic Temple

**Invoice details**
Invoice date : 10/5/22

| Product or service | Amount |
|---|---|
| 1. **Public Relations** | $2,100.00 |

| | Total | **$2,100.00** |
|---|---|---|

## Ways to pay

Apple Pay  VISA  Mastercard  Discover  AMEX  BANK

### Note to customer

Thank you for letting me work with TST. It's an honor.