# Exhibit 31

Invoice no. 1019 (November 11, 2022)

# INVOICE

**Karen E. Campbell**
4307 regalwood terrace
Burtonsville, MD 20866

karenelizabethcampbellpr@gmail.com
+1 6672060208



## The Satanic Temple

**Bill to**
The Satanic Temple

**Invoice details**
Invoice date : 11/6/22

| | Product or service | Amount |
|---|---|---|
| 1. | **Public Relations** | $2,000.00 |

| | | |
|---|---|---|
| | Total | **$2,000.00** |

**Ways to pay**

ApplePay  VISA  Mastercard  Discover  AMEX  |  BANK

**Note to customer**
Thank you