# Exhibit 32

Invoice no. 1023 (December 13, 2022)

# INVOICE



**Karen E. Campbell**
4307 regalwood terrace
Burtonsville, MD 20866

karenelizabethcampbellpr@gmail.com
+1 6672060208

## TST

**Bill to**
TST

**Invoice details**
Invoice date : 12/13/22

| | Product or service | Amount |
|---|---|---|
| 1. | **Public Relations** | $1,900.00 |

| | | |
|---|---|---|
| | Total | **$1,900.00** |

**Ways to pay**

  

### Note to customer
Thank you for your business.