# Exhibit 33

Invoice no. 1027 (February 27, 2023)

# INVOICE

**Karen E. Campbell**
4307 regalwood terrace
Burtonsville, MD 20866

karenelizabethcampbellpr@gmail.com
+1 6672060208



## TST

**Bill to**
TST

**Invoice details**
Invoice date: 2/27/23

| | Product or service | Amount |
|---|---|---|
| 1. | **Karen Elizabeth Campbell PR**<br>Public Relations | $2,100.00 |

**Ways to pay**



| | Total | **$2,100.00** |
|---|---|---|

### Note to customer
Thank you for your business.