# Exhibit 34

Invoice no. 1032 (May 3, 2023)

# INVOICE



**Karen E. Campbell**

4307 regalwood terrace
Burtonsville, MD 20866

karen@oliverandginger.com
+1 (667) 206-0208

## TST

**Bill to**
TST

**Invoice details**
Invoice no.: 1032
Invoice date: 05/03/2023

| | Product or service | Amount |
|---|---|---|
| 1. | **Public Relations** | $2,750.00 |

| | |
|---|---|
| Total | **$2,750.00** |

## Ways to pay



### Note to customer

Hi Malcolm! I switched the name of my business to Oliver & Ginger. People were confusing me with two other PR people whose names are Karen E. Campbell.

Oliver is my cat, Ginger is my dog.

Take care,
Karen