# Exhibit 35

Invoice no. 1034 (May 30, 2024)

# INVOICE



**Karen E. Campbell**

4307 regalwood terrace
Burtonsville, MD 20866

karen@oliverandginger.com
+1 (667) 206-0208

## The Satanic Temple

**Bill to**
The Satanic Temple

**Invoice details**
Invoice no.: 1034
Invoice date: 05/30/2023

| Product or service | | Amount |
|---|---|---|
| 1. **Public Relations** | | $2,400.00 |
| 2. **Editorial and Book Review Pitching** | 6 hrs × $100.00 | $600.00 |

| | Total | **$3,000.00** |
|---|---|---|

## Ways to pay



### Note to customer

I'm concerned about Pam at the New York Times. It's been four months and the story hasn't run. We are missing other national opportunities, including a Texas NY Times editor who wants the story. Maybe we should meet this week.