# Exhibit 36

Invoice no. 1039

# INVOICE



**Karen E. Campbell**
4307 Regalwood Terrace
Burtonsville, MD 20866

karen@oliverandginger.com
+1 (667) 206-0208

## The Satanic Temple

**Bill to**
The Satanic Temple

**Invoice details**
Invoice no.: 1039

| | Product or service | | Amount |
|---|---|---|---|
| 1. | **Editorial and Book Review Pitching** | 6 hrs × $100.00 | $600.00 |
| 2. | **Public Relations** | 14 hrs × $100.00 | $1,400.00 |

**Total** **$2,000.00**

## Ways to pay



### Note to customer
Thank you for your business.