UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Satanic Temple, Inc.<br><br>*Plaintiff*<br><br>v.<br><br>Newsweek Digital LLC<br><br>*Defendant.* | 1:22-cv-1343 (MKV)<br><br>**DECLARATION OF**<br>**DR. JOSEPH LAYCOCK** |

COMES NOW Dr. Joseph Laycock, who states as follows under penalty of perjury of the laws of the United States of America.

1. **Purpose**. This declaration is made in support of The Satanic Temple's motion for summary judgment in the above cause.

2. **Identity and qualifications**. I am Dr. Joseph Laycock, an adult of sound mind with no felonies. I base the following statements on my own personal knowledge and under penalty of perjury.

3. **Background**. In connection with my career as a scholar of new religious movements, I wrote a book-length study on The Satanic Temple entitled *Speak of the Devil: How the Satanic Temple is Changing the Way We Talk about Religion*. Oxford University Press (2020).

4. **Foundation**. From 2013 – 2019, I interviewed over 50 people in connection with writing my book. I've talked with members, ex-members, attorneys, and critics of The Satanic Temple's campaigns. I extensively interviewed The Satanic Temple's central decisionmakers.

5. **Rumors of sexual harassment**. Ex-members shared rumors of sexual harassment, but I never heard any firsthand claims. These rumors were always nebulous, *e.g.*, "Women are flocking around Lucien Greaves and I think it's creepy."

6. **No first-hand accounts**. Nobody I interviewed could point me to an individual who personally claimed to have been sexually harassed.

7. **No cover-up**. I never heard any rumormongering about coverup of any sexual harassment.

8. **Context**. Ex-members usually shared a rumor attended by a complaint, largely surrounding the permissible scope of protest within The Satanic Temple, *e.g.*, being prohibited from throwing smoke bombs at Milo Yiannapolous (a far-right political commentator). To illustrate: "I left months ago because of a political issue; and, by the way, I heard some scandalous stuff happened."

9. **Fieldwork**. From 2013 – 2019, I also did fieldwork in aid of writing my book. In August 2018, I visited Little Rock, Arkansas to attend The Satanic Temple's "Rally for Religious Freedom." I also attended various meetups and events. I saw enough to personally testify about the culture within The Satanic Temple.

10. **No sexual abuse or cover up**. I never saw or heard anything that would cause me to believe there was any permutation of sexual abuse or cover-up within The Satanic Temple.

11. **Conversation with Duin**. I talked with Julia Duin on October 27, 2021. The conversation lasted for at least half an hour. For most of which she mistook me for my father, *Doug* Laycock. About halfway into the conversation, I told her I think we should restart this interview because she didn't even know who she was talking to.

12. **Experience with tabloids**. I have been interviewed by many sensationalist publications. I have never had my identity mistaken by an interviewer, not before talking with Duin and not since.

13.   **Leading questions**. Duin's interview mostly entailed leading questions. When I negated the assumed fact within the question, it didn't get any traction.

14.   **Request for confirmation**. During the interview, Duin indicated that she had interviewed QueerSatanic (the defendants in *United Federation of Churches LLC v. Johnson et al.*) and they had said all these horrible things about The Satanic Temple asked if I knew anything that would support their claims.

15.   **No inquiry into sexual abuse or cover-up**. Duin did not ask me about sexual abuse or cover-up.

16.   **Duin understood her sources' credibility issues**. Toward the end of the conversation, she said "I don't think this is just four disgruntled ex-members. I think this is really big." I responded, "I'm not sure this is more than four disgruntled ex-members." This didn't seem to register.

17.   **Same-day deadline**. At some point during the conversation, Duin informed me that her deadline to provide the story to her editor was in one hour.

18.   **Impression**. The conversation was the most egregious example of confirmation bias I have ever seen. I got the impression that Duin was just looking for a quote from me.

**FURTHER AFFIANT SAYETH NOT**.

Pursuant to 28 USC § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. *s/Joseph Laycock*
Executed on May 16, 2024.