United State District Court
Southern District of New York

| | |
|---|---|
| The Satanic Temple, Inc.<br>*Plaintiff*<br><br>v.<br><br>Newsweek Digital LLC<br>*Defendant.* | 1:22-cv-1343 (MKV)<br><br>**Declaration of**<br>**Lucien Greaves** |

**Comes now** Lucien Greaves, who states as follows under penalty of perjury of the laws of the United States of America.

1. **Purpose**. This declaration is made in support of The Satanic Temple's motion for summary judgment in the above cause.

2. **Identity and qualifications**. I am Lucien Greaves, co-founder of The Satanic Temple, Inc. I am an adult of sound mind with no felonies. I base the following statements on my own personal knowledge and under penalty of perjury.

3. **Background**. I have studied the Satanic Panic which was at its height during the years 1987-1989. I am aware that the Satanic Panic was a moral panic which consisted of now-debunked conspiracy claims that a secret Satanic cabal was organizing ritual abuse – including ritual sexual abuse – on a global scale. One of the now-debunked claims I observed was Geraldo Rivera's widely-published two-hour exposé, entitled *Devil Worship: Exposing Satan's Underground*. In 1995, Geraldo Rivera famously retracted his endorsement of the claims he spread during the Satanic Panic. Through its Grey Faction Campaign, The Satanic Temple combats irrational moral panics, particularly as pertains to conspiratorial claims of Satanic ritual abuse.

– 2 –

4. **No sexual abuse or cover up**. I have neither seen nor heard anything that would cause me to believe there was any permutation of sexual abuse or cover-up within The Satanic Temple.

**FURTHER AFFIANT SAYETH NOT**.

Pursuant to 28 USC § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. *s/ Lucien Greaves*
Executed on May 17, 2024.