UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Satanic Temple, Inc.<br><br>*Plaintiff*<br><br>v.<br><br>Newsweek Digital LLC<br><br>*Defendant.* | 1:22-cv-1343 (MKV)<br><br>**DECLARATION OF<br>SONIA KEZHAYA** |

**COMES NOW** Sonia Kezhaya, who states as follows under penalty of perjury of the laws of the United States of America.

1.  **Purpose**. This declaration is made in support of The Satanic Temple's motion for summary judgment in the above cause.

2.  **Identity and qualifications**. I am Sonia Kezhaya, law partner to Matt Kezhaya. I am an adult of sound mind with no felonies. I base the following statements on my own personal knowledge and under penalty of perjury.

3.  **Foundation**. I personally attended all depositions in this cause. The depositions attached hereto truly and correctly reflect what was said under oath. I personally compiled the excerpts of depositions in support of the motion. True and correct copies of the excerpts follow, in order of appearance:

    37: Excerpts from deposition of Nancy Cooper

    38: Excerpts from deposition of Julia Duin

– 2 –

    39: Excerpts from deposition of Lucien Greaves

    40: Excerpts from deposition of David Alan Johnson

    41: Excerpts from deposition of Nathan Sullivan

    42: Excerpts from deposition of Jinx Strange

    43: Excerpts from deposition of Greg Stevens (as 30(b)(6) deponent)

**FURTHER AFFIANT SAYETH NOT.**

Pursuant to 28 USC § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. *s/Sonia Kezhaya*

Executed on May 17, 2024.