# Exhibit 39

Excerpts of deposition of Lucien Greaves
(November 6, 2023)

# In the Matter Of:

## SATANIC TEMPLE vs NEWSWEEK DIGITAL

1:22-cv-01343-MKV

# LUCIEN GREAVES

*November 06, 2023*



800.211.DEPO (3376)
EsquireSolutions.com

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------------x
 4   THE SATANIC TEMPLE, INC.,
 5                   Plaintiff,
 6           -against-               Case No.
                                     1:22-cv-01343-MKV
 7   NEWSWEEK DIGITAL, LLC,
 8                   Defendant.
 9   ------------------------------------x
10                   November 6, 2023
                     9:32 a.m.
11
12
13           Deposition of LUCIEN GREAVES, taken by
14   Defendant, held at 30 Rockefeller Plaza, New
15   York, New York, before Joseph R. Danyo, a
16   Shorthand Reporter and Notary Public within
17   and for the State of New York.
18
19
20
21
22
23
24
25
```



```
 1
 2    A P P E A R A N C E S :
 3
 4        KEZHAYA LAW PLC
          Attorneys for Plaintiff and the Witness
 5           150 S. Fifth Street
             Suite 1850
 6           Minneapolis, Minnesota 55401
 7        By:   MATT KEZHAYA, ESQ.
                SONIA KEZHAYA, ESQ.
 8
 9
10        LAW OFFICES OF CAMERON STRACHER PLLC
          Attorneys for Defendant
11           51 Astor Place
             9th Floor
12           New York, New York 10003
13        By:   CAMERON STRACHER, ESQ.
                SARA TESORIERO, ESQ. (Via Zoom)
14
15
16    Also Present:
17        LAURA HENRIQUE, ESQ., Newsweek (Via Zoom)
18                      ~oOo~
19
20
21
22
23
24
25
```



```
 1                      Greaves
 2      L U C I E N    G R E A V E S, having been first
 3      duly sworn by Joseph R. Danyo, a Notary Public,
 4      was called as a witness and testified as follows:
 5      EXAMINATION BY MR. STRACHER:
 6              Q.   Good morning, Mr. Greaves.  My name
 7      is Cameron Stracher.  I am the attorney for
 8      Newsweek in this lawsuit brought by The Satanic
 9      Temple against Newsweek, and we're here today to
10      take your deposition.  Have you ever been deposed
11      before?
12              A.   I have.
13              Q.   How many times?
14              A.   I would say around five ,I think.
15      Thereabouts.
16              Q.   Were those all in civil lawsuits?
17              A.   Yeah.
18              Q.   And as best as you recall, were you a
19      plaintiff or a defendant in those lawsuits?
20              A.   Plaintiff.
21              Q.   So you know then that in a deposition
22      I will ask you questions relating to the case,
23      and I will ask that you listen carefully and then
24      answer the question to the best of your ability.
25      Will you do that?
```



1                    Greaves

2      introduction to Satanism?

3             A.   I think my initial interest was

4      piqued, I grew up in what they call a Satanic

5      panic, which you may have some awareness of, a

6      sociological phenomenon recognized now as a moral

7      panic, and in the 80's and 90's there was this

8      mythology, rumors of Satanic cults, secretive

9      cults committing all kinds of atrocious acts, and

10     of course that idea didn't appeal to me, do these

11     anti-human cruel acts, but later on I began to

12     wonder why this happened, why were they saying

13     these things on television shows, why were these

14     ridiculous tales being told, and then they

15     suddenly seemed to disappear.

16                  If there was really this huge

17     conspiracy then, there must have been something

18     deeper to it, and I also was growing very

19     skeptical of traditional religion, but I had been

20     taught, and that seemed to be a confluence of

21     when I recognized what people who self-identified

22     as Satanists actually held as a common thread in

23     their thinking as opposed to what was presented,

24     I think seeing the injustice of how that was

25     presented, and this moral panic had a lot to do



1                        Greaves
2    with my affinity for it.
3         Q.    Where did you grow up?
4         A.    Michigan.
5         Q.    Which town or city?
6         A.    I moved around a bit outside of
7    Detroit.  So Mount Clemens, Sterling Heights,
8    Detroit, and I mean I rented so many places it's
9    hard to even be sure I can go through the whole
10   list.
11        Q.    That's okay.  I'm just asking
12   generally.  And by the way, if you don't recall
13   specifically, it's perfectly fine to say you
14   don't recall.
15              So tell me about leaving Hachette to
16   be involved with The Satanic Temple.  That
17   occurred in 2017, is that right?
18        A.    Probably earlier than that then,
19   given that I would say that I think I quit
20   Hachette not long after our Pink Mass, which, you
21   know, you can find a specific date for news
22   reports and things like that.
23        Q.    At the time you quit Hachette, did
24   you then take on a paying role with the Satanic
25   Temple?



```
 1                         Greaves
 2         Q.   So the decision to pursue a lawsuit,
 3   for example, on behalf of The Satanic Temple,
 4   that would be something that would come to you,
 5   is that right?
 6         A.   Yeah.
 7         Q.   The decision to adopt a certain
 8   advocacy perspective, that would also come to
 9   you?
10         A.   Yeah.  Correct.
11         Q.   But a complaint of sexual harassment
12   would not necessarily come to you?
13         A.   That is correct.  Yeah.
14         Q.   Or a complaint from a member in a
15   congregation that he or she felt as if they were
16   being sexually abused would not necessarily go to
17   you?
18         A.   Yeah.  I know that might sound
19   strange and maybe irresponsible, but after a few
20   years we felt really we should separate ourselves
21   from that, because we feel people try to attack
22   the founders of the organization as a means of
23   attacking the organization, and, like I said, any
24   arbitrary attachment we might have to an issue
25   people can try to exploit to make it seem a
```



1

2              C E R T I F I C A T I O N

3

4           I, JOSEPH R. DANYO, a Shorthand Reporter

5   and Notary Public, within and for the State of New

6   York, do hereby certify:

7           That I reported the proceedings in the

8   within entitled matter, and that the within transcript

9   is a true record of such proceedings.

10          I further certify that I am not related, by

11  blood or marriage, to any of the parties in this

12  matter and that I am in no way interested in the

13  outcome of this matter.

14          IN WITNESS WHEREOF, I have hereunto set my

15  hand this 12th day of November, 2023.

16

17          
            _____

18                  JOSEPH R. DANYO

19                  STATE OF NEW YORK

20                  My Commission Expires 2/20/2027

21

22

23

24

25