# Exhibit 42

Excerpts of deposition of Jinx Strange (Paul Millirons)
(December 7, 2023)

Page 1

1          United State District Court

2          Southern District of New York

3    _____

4    The Satanic Temple, Inc.

5          Plaintiff,              1:22-CV-01343-MKV

6       v.

7    Newsweek Digital, LLC,

8          Defendant.

9    _____

10          DEPOSITION OF PAUL MILLIRONS

11             DECEMBER 7, 2023

12                10:00 a.m.

13

14    _____

15

16

17             File # MW 6345272

18

19

20

21

22

23

24

25    COURT REPORTER:  Christina DeGrande

Page 2

```
 1              APPEARANCES:
 2              On Behalf of The Satanic Temple, Inc.
 3              Matthew Kezhaya, Esq.
 4              Sonia Kezhaya, Esq.
 5              150 South 5th Street, Suite 1850
 6              Minneapolis, Minnesota  55401
 7              Matt@kezhaya.law
 8              Sonia@kezhaya.law
 9
10
11              On Behalf of Newsweek:
12              Sara Tesoriero, Esq.
13              Cameron Stracher
14              51 Astor Place, 9th Floor
15              New York, New York  10003
16              Sara@stracherlaw.com
17
18              On Behalf of Paul Millions:
19              Brian Spahn, Esq.
20              Godfrey and Khan
21              833 E. Michigan Street, Suite 1800
22              Milwaukee, Wisconsin  55302
23              Bspahn@gklaw.com
24
25
```

Page 3

1               I N D E X

2          WITNESS              EXAMINATION              PAGE

3          PAUL MILLIRONS    DIRECT                       8

4                            CROSS                       24

5                            REDIRECT                    26

6

7                         E X H I B I T S

8          NUMBER          DESCRIPTION              MARKED

9          Exhibit 1    Newsweek Article          9

10         Exhibit 2    October 24, Email         12

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1            BE IT REMEMBERED that the deposition upon

2       oral examination of Paul Millirons was taken on

3       December 7, 2023, at 10:00 a.m., via Zoom remote

4       technology before Christina DeGrande, Professional

5       Stenographer, Notary Public in and for the State of

6       Minnesota.

7            Whereupon, the following proceedings were

8       had, to wit:

9            THE VIDEOGRAPHER:  Good morning.  We're

10              going on the record at 10:02 a.m. on

11              December 7th, 2023.  Please note, this

12              deposition is being conducted virtually.

13              Quality of recording depends on camera and

14              internet connection of participants.  What

15              is seen from the witness and heard on the

16              screen is what will be recorded.  Audio and

17              video recording will continue to take place

18              unless all parties agree to go off the

19              record.

20              This is Media Unit 1 of the

21              video-recorded deposition of Paul Millirons

22              taken by counsel for the plaintiffs in the

23              matter of the -- the Satanic Temple,

24              Incorporated versus Newsweek Digital, LLC,

25              filed in the United States District Court,

Page 5

1          Southern District of New York, case

2          1:22-CV-01343-MKV.

3                  My name is Dave Young.  I'm the

4          videographer.  Our court reporter today is

5          Christina DeGrande.  We are both

6          representing Veritext Legal Solutions.  I am

7          not related in -- to any party in this

8          action nor am I financially interested in

9          the outcome.

10                 If there are any objections to this

11         proceeding, please state them at the time of

12         your appearance.  Will counsel now state

13         their appearances and affiliations for the

14         record beginning with the noticing attorney?

15             MR. KEZHAYA:  Matt Kezhaya joined by

16         Sonia Kezhaya for the plaintiff.

17             MS. TESORIERO:  This is Sara Tesoriero

18         for the defendant Newsweek.

19             MR. SPAHN:  This is Brian Spahn for the

20         witness, Paul Millirons.

21                 THE VIDEOGRAPHER:  And will the court

22         reporter please swear in the witness, and

23         then we can proceed?

24                 THE COURT REPORTER:  Counsel, I have a

25         short statement I would like to make first

Page 6

1           to help everything go as smoothly as

2           possible.

3                Because we are all appearing remotely,

4           I would like to ask everyone to be more

5           conscious than ever of not speaking over one

6           another.  If I cannot hear the end of a

7           question or the beginning of an answer, you

8           are going to have a poor record.

9                If the witness could take a pause

10          before answering to allow the attorneys to

11          object, this will be extremely helpful.  I

12          don't want to disrupt the flow of your

13          proceedings and will try to keep

14          interruptions to a minimum, but I will

15          interrupt if I cannot hear or understand

16          something that is said.  If I do interrupt,

17          please be patient and understand my goal is

18          to provide you with a clear record of the

19          proceedings.

20               Before we get started, I would request

21          that you move your papers and/or legal pads

22          away from your phones or microphones to

23          avoid distracting ambient noise.

24               I will swear in the witness, but before

25          doing so, I need a stipulation to allow me

Page 7

```
 1              to swear him remotely.  I will read the
 2              stipulation into the record followed by each
 3              attorney stating their appearances -- well,
 4              you already did that so you don't need to do
 5              that again -- and anyone else in the room
 6              who is also attending and then note your
 7              stipulation allowing me to swear the witness
 8              remotely starting with the taking attorney.
 9                   Due to the need for this proceeding to
10              take place remotely, the parties do
11              stipulate that the court reporter may swear
12              in the witness via Zoom remote technology
13              and that the witness has verified that he
14              is, in fact, Paul Millirons.
15                   MR. KEZHAYA:  Yes, so stipulated from
16              plaintiff's end.
17                   MS. TESORIERO:  So stipulated for the
18              defendant.
19                   MR. SPAHN:  So stipulated for the
20              witness.
21                   THE COURT REPORTER:  Please raise your
22              right hand.
23                   Do you swear or affirm that the
24              testimony you are about to provide for the
25              cause under consideration will be the truth
```

Page 8

 1                and the whole truth, so help you?
 2                     THE WITNESS:  I do.
 3                     MS. TESORIERO:  Matt, before you begin,
 4                would you agree to the stipulation we did in
 5                other depositions that if I make an
 6                objection, it can be preserved as to
 7                witness's counsel and vice versa?
 8                     MR. KEZHAYA:  Correct.  So stipulated.
 9                     Any other pre-proceeding matters?
10                     MS. TESORIERO:  Not from me.
11                     MR. SPAHN:  Not from me.
12
13                     PAUL MILLIRONS,
14                a witness in the above-entitled action,
15                after having been first duly sworn,
16                testifies and says as follows:
17
18                     DIRECT EXAMINATION
19           BY MR. KEZHAYA:
20      Q.   Okay.  Please state your preferred name for the
21           record?
22      A.   My preferred name is Jinx Strange.
23      Q.   And that's a pseudonym; is that correct?
24      A.   Correct.
25      Q.   Okay.  Are you familiar with the article, "Orgies,

```
 1                    ways that were more than anecdotal"?
 2        A.    I'm sorry.  What do you mean?  What about it?
 3        Q.    I'm -- I'm asking what that -- what that meant in
 4              your mind when you wrote this quote.
 5        A.    Okay.
 6        Q.    So what did you mean when you --
 7        A.    The context was that Julia had asked what were some
 8              -- what were -- what were some of the reasons that I
 9              was not involved with TST or had -- had left the
10              organization, and that was part of a list of things
11              that concerned me.  When I say, "Covered up in ways
12              that are more anecdotal," I'm referring specifically
13              to observed behavior on social media by people I
14              understand to be leaders in TST.  I think there were
15              chapters at the time.
16        Q.    So is it -- is it accurate to say that you
17              personally witnessed this sexual abuse?
18        A.    No.
19        Q.    Okay.  So you didn't personally witness any sexual
20              abuse?
21        A.    No.
22        Q.    What about this coverup?  You -- is it accurate to
23              say you personally observed the coverup?
24        A.    I observed behavior that I thought would -- it was
25              suspicious in the context of allegations that were
```

                                                          Page 13

1        Q.    Okay.  Is it fair to say that your understanding of

2              sexual abuse was secondhand through people basically

3              telling you something over the internet?

4        A.    Yes.

5        Q.    Okay.  Your next sentence says, "A lot of times,

6              those things were anecdotal or unsupported, but

7              sometimes they were concerning."  Is that accurate

8              reading of your -- of your email?

9        A.    Yes.

10       Q.    Okay.  When you say that they were anecdotal or

11             unsupported, what did that mean as -- as the person

12             drafting this statement?

13       A.    That meant that there was no other context or

14             anything I could observe related to the claim that

15             was being made.

16       Q.    So my interpretation of this sentence here is that a

17             lot of times, they were anecdotal or unsupported

18             suggesting that sometimes they were not.  Is that --

19             is that a correct reading?

20       A.    Yes.

21       Q.    Okay.  So I want to turn, now, to what you're

22             getting at with -- with regard to when they are more

23             than anecdotal or they are supported.

24       A.    Okay.

25       Q.    What were -- who were some of the people who made

Page 33

1        STATE OF MINNESOTA   )

                            ) ss

2        COUNTY OF ANOKA     )

3           BE IT KNOWN THAT I, Christina M. De Grande,

4        the undersigned professional stenographic court

5        reporter took the proceedings on December 7, 2023.

6           I do hereby certify that I was then and there a

7        notary public in and for the County of Anoka, State

8        of Minnesota, and by virtue thereof, I am duly

9        authorized to administer an oath;

10       That before testifying, the witnesses were

11     first duly sworn under oath by me to testify to the

12     whole truth relative to the cause under

13     consideration.

14       The foregoing 32 pages are a true and accurate

15     copy of my original stenotype notes as transcribed

16     by computer-aided transcription taken relative to

17     the aforementioned matter.

18       I am not related to any of the parties hereto

19     nor am I interested in the outcome of the action.

20

        WITNESS MY HAND AND SEAL this 18th day of

21

        December, 2023

22

23

        CHRISTINA M. DE GRANDE

24     Professional Stenographic Court Reporter

        And Notary Public

25     Commission expires January 31, 2027