# Exhibit 43

Excerpts of deposition of TST 30(b)(6) (Gregory Stevens)
(November 3, 2023)

## In the Matter Of:

THE SATANIC TEMPLE V. NEWSWEEK DIGITAL

1:22-cv-01343-MKV

---

## GREGORY STEVENS

*November 03, 2023*

---

*30B6*



800.211.DEPO (3376)
EsquireSolutions.com

1

2   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
3   -----------------------------------x

4   THE SATANIC TEMPLE, INC.,

5                        Plaintiff,

6            -against-                    Case No.
                                          1:22-cv-01343-MKV
7   NEWSWEEK DIGITAL, LLC,

8                        Defendant.

9   -----------------------------------x

10                       November 3, 2023
                         9:43 a.m.
11

12

13        30(b)(6) Deposition of Plaintiff by

14   GREGORY STEVENS, taken by Defendant, held at

15   30 Rockefeller Plaza, New York, New York,

16   before Joseph R. Danyo, a Shorthand Reporter

17   and Notary Public within and for the State

18   of New York.

19

20

21

22

23

24

25



```
 1

 2   A P P E A R A N C E S :

 3

 4        KEZHAYA LAW PLC
          Attorneys for Plaintiff and the Witness
 5           150 S. Fifth Street
             Suite 1850
 6           Minneapolis, Minnesota 55401

 7        By:  MATT KEZHAYA, ESQ.
               SONIA KEZHAYA, ESQ.
 8

 9

10        LAW OFFICES OF CAMERON STRACHER PLLC
          Attorneys for Defendant
11           51 Astor Place
             9th Floor
12           New York, New York 10003

13        By:  CAMERON STRACHER, ESQ.
               SARA TESORIERO, ESQ. (Via Zoom)
14

15

16   Also Present:

17        LAURA HENRIQUE, ESQ., Newsweek (Via Zoom)

18        RACHELLE PIKE, Paralegal, Cameron Stracher PLLC
                         (Via Zoom)
19

20                     ~oOo~

21

22

23

24

25
```



1                         Stevens

2    to work on projects full time for The Satanic

3    Temple, and that was when I started working on

4    the ordination program, which we ended up

5    launching a couple of years later and other

6    miscellaneous projects as well.

7              So then now and ever since 2020 I

8    will say we launched an ordination program, and

9    my role has been the director of ministry and

10   having been central to the creation of the

11   ordination program and sort of launching that,

12   ramping that up and also being the head of the

13   team now that manages the ordination council that

14   manages the ordination of new ministers as well

15   as management, and so, although we officially,

16   our group doesn't decide upon complaints, we have

17   a separate group for that in the organization.

18   It is no longer the national council.  There was

19   a restructuring.

20             So there's an actual group that is

21   dedicated called the Suryan Council that is

22   dedicated to hearing complaints about the

23   violation of code of conduct, which the matters

24   on Schedule A would fall under violations of code

25   of conduct, and there is another group, the



```
 1                        Stevens
 2    concerns committee, that hears, receives
 3    complaints about investigates and adjudicates
 4    matters that are not violations of the code of
 5    conduct, but still, you know, things when people
 6    have a concern about something, whether it's
 7    someone in a position with responsibility not
 8    doing their job, stuff that is not a violation of
 9    code of conduct, but other complaints, so this is
10    all a product of the rapid growth.
11              There was a point in about 2020 when,
12    2021, when having a single body, the national
13    council, to do all the things we realized wasn't
14    going to work anymore.  So we started a
15    restructuring, and that's when we got the Suryan
16    Council, and then the national council was
17    finally dissolved and replaced with a governing
18    system for the congregations that's basically a
19    collection of committees instead of having a
20    single thing.
21              Again, this is all in the service of
22    dealing with the rapid growth, and in that
23    committee is the administrative committee,
24    legislative committee and then the concerns
25    committee.  That's the other one, so now the
```



1                          Stevens

2    ordination council which I as the director of

3    ministry and the head of we are tasked with

4    investigating complaints.  Two groups that are

5    tasked with investigating complaints are the

6    Suryan Council and the concerns committee, but,

7    if they get reported a complaint and do an

8    investigation, anything that concerns a minister,

9    because that is sort of our, you know, bailiwick

10   as it were, they will let us know like, hey, we

11   have done this investigation, here is the sort of

12   top-level report, and, regardless of their

13   determination of whether some other remedy, you

14   know, is appropriate for the congregations or the

15   administrative side of it they are like here are

16   the facts.

17              So then our council can decide do we

18   think some sort of remedy on the ministerial side

19   of it, because it's possible someone, maybe what

20   they did was not rising to the level of them

21   being removed from leadership position, but maybe

22   we don't want them to be a minister anymore.

23   These are separate determinations.  So they would

24   pass the information to us.

25              So it, as a consequence between me



```
 1                     Stevens
 2   congregation and let's say it doesn't involve the
 3   minister, but it involves another member in that
 4   congregation?  How would that get handled and
 5   reported?
 6        A.   Regardless of whether it does or
 7   doesn't involve any of these things, that's
 8   handled by the Suryan Council, and so the Suryan
 9   Council has a form that we put a lot of effort
10   into making sure all of our members are aware of
11   and realize like, hey, anyone, you don't need to
12   be in leadership.  You can use this form.  You
13   don't even need to be an official member of a
14   congregation.  If you had an interaction with
15   someone, like anyone can use this form.
16             We also make a point of if internally
17   if someone reports something to the concerns
18   committee, but like, you know, some of them don't
19   necessarily know, but or they feel like they just
20   remember the concerns committee, they don't
21   remember the other one, if the concerns committee
22   receives a report of something like sexual
23   assault, immediately they refer it over to the
24   Suryan Council.
25             If someone feels very comfortable
```



1                        Stevens

2   with me as the director of the ordination

3   council, then so they also like the Suryan

4   Council, so we make sure that all of that gets

5   submitted to them, because they're the team that

6   receives those complaints and investigates and

7   responds.

8           Q.   Who is the head of the Suryan Council

9   at present?

10          A.   So I don't know if he is officially

11  the head.  I know the most senior member of the

12  Suryan Council his name is Steven, I'm not sure

13  how to pronounce his last name.  L-e-n possibly

14  c-z-e-r.  I want to verify that.  Yeah.  He's the

15  most senior person when I'm having communication

16  with the Suryan Council is most often the person

17  I'm speaking to.

18          Q.   How long has he had that position, if

19  you know?

20          A.   Several years.  I don't know exactly.

21          Q.   What happens when a complaint of a

22  sexual nature comes into the Suryan Council?  How

23  is it handled?

24          A.   So I'm not part of the Suryan

25  Council, so I can't speak firsthand, but I can



```
 1                      Stevens
 2   tell you what I know their policy is.  Fair?
 3        Q.   Yes.
 4        A.   Their stated policy is that as a
 5   first step they gather from the person who
 6   submitted the complaint gather any clarifying
 7   information.  They will first talk to them and
 8   make sure they have all the information.
 9             If it is sexual assault, they will
10   ask if the person, they will encourage the person
11   to go to the police and file a police report.
12   You know, we try not to pressure people because
13   we understand how people feel and how a lot of
14   people don't want to be sort of re-traumatized,
15   but we would rather in someone like that police
16   have a much much better capacity for
17   investigating things, since it's a crime that
18   should be reported.
19        Q.   Let me interrupt you and I apologize.
20   Let's agree that it's a complaint of a sexual
21   nature that is not a crime that would need to be
22   reported to the police.  More a sexual
23   harassment, inappropriate sexual conduct,
24   something that a member feels was improper.
25        A.   So just to make sure I understand,
```



```
 1                       Stevens
 2   right now we're not talking about sexual assault?
 3        Q.    Correct.
 4        A.    Like I was saying, first, the person
 5   who submitted a report, talk to them, and if
 6   there are other people involved, I believe that
 7   the order is usually to get corroborating
 8   evidence from other people mentioned, and then
 9   the last person that will be interviewed will be
10   the person that the allegation is against, just
11   to sort of get all the ducks in a row ahead of
12   time, and sometimes honestly if there's
13   documented evidence in the form of, you know,
14   screenshots for online harassment and stuff like
15   that, I think there are times when they don't
16   even necessarily need to go that far.  I think
17   they almost always will just to see if they can
18   get the person who was accused to admit what
19   they're going to say about it, they will get to
20   that point, but some of these steps can be
21   shortcut if there is very, very clear evidence,
22   and then there will be the deliberation about
23   what should be done.
24             Most of the time if it's something
25   like what you're describing, what I understand
```



```
1                        Stevens
2   you to be describing, that is serious enough that
3   we are skipping right past the warning, please
4   don't do it again, and it is removal from a
5   position of power, and by the way, often the way
6   that things actually unfold is that, if there is
7   a problem in a congregation, so congregations
8   have the power to remove someone from the
9   congregation.
10              Often what happens in a case that is
11  severe enough that it would be considered
12  something like I think sexual harassment, for the
13  safety and for the safety of the members of the
14  congregation, the congregation will remove them
15  or kick them out of the congregation and still
16  report it to the Suryan Council in case there are
17  other things that need to be done, but will kick
18  them out from the very beginning.
19              That's another thing that I forgot to
20  mention.  Usually the ordination council we don't
21  like, we try to be very cautious and
22  evidence-based, so we don't like acting on
23  accusations, but, if we get a report, a
24  notification from Suryan Council and we have.
25  This happened several times where an accusation
```



1                       Stevens

2    of something has been severe enough, something

3    like sexual harassment, that even though they

4    haven't finished their investigation, it is

5    severe enough that they think something like an

6    administrative suspension would be recommended.

7    They will recommend it to us, and we do that.

8              So we will take away someone's access

9    as a minister for while the investigation is

10   taking place if we think that the -- if the

11   Suryan Council recommends it and usually

12   recommended if there is evidence that this person

13   constitutes a potential risk, right.  So that,

14   sorry, that was a little wandering answer.  I

15   hope I gave you what you wanted there.

16        Q.   No, no, no.  That's very helpful.

17   Thank you.  So we have a bunch of documents that

18   were produced by your counsel, and we understand

19   that these documents represent all the

20   documentation that The Satanic Temple has

21   regarding and relating to claims of sexual abuse.

22   Is that your understanding as well?

23        A.   I believe so.  Yeah.

24        Q.   As far as you know, there are no

25   other documents other than the ones that have



```
 1                        Stevens
 2    knowledge, that indicates that this falls within
 3    that scope, and if you ask me if I know for
 4    absolute certain, I'm not familiar with the
 5    incident, but I also believe that it's outside
 6    the scope, because there's nothing at all to
 7    indicate that this had sexual assault as a
 8    component.
 9            Q.   Got it, but you understand that this
10    was produced in response to our request for all
11    documents reflecting allegations of sexual abuse?
12    Put it this way.  I will represent to you that
13    this was produced in response to our request for
14    all documents reflecting allegations of sexual
15    abuse.
16            A.   Okay.
17            Q.   But your testimony is you don't know
18    whether this is in fact relating to an allegation
19    of sexual abuse?
20            A.   I mean, no, I don't know for certain
21    one way or the other, like I said, but in my
22    review in preparation for this, although I have
23    seen this e-mail thread before, I did not
24    consider it to be within the scope, because it
25    does not have the appearance of anything that
```



1                      Stevens

2    involves sexual abuse.

3           Even the language in the announcement

4    that you called attention to on page 3 that Amber

5    Saurus wrote along with Sadie, you know, The

6    Satanic Temple cannot tolerate acts of violence

7    or abuse at its religious functions.

8         Q.   Okay.

9         A.   Yeah.

10        Q.   When did you see this document?

11        A.   It was when I was initially working

12   on trying to help with discovery for this, and I

13   worked with like, as I mentioned before, I was on

14   the groups that review these things for a period

15   of time, but to help cover the gaps a friend of

16   mine who was on during the periods when I wasn't

17   I was working with her, and we were looking

18   through all the e-mails, and the topic actually

19   literally came up like with these e-mails if you

20   just search for certain keywords you're just

21   going to get way more than is actually relevant.

22   So sometimes we were not sure.

23           So the strategy by me that I was

24   like, well, let's give our lawyer everything and

25   leave it at that, but this was not produced, this



```
 1                        Stevens
 2    at least according to this very last e-mail, but
 3    whether that was done, whether she stepped away,
 4    what happened subsequently we don't know.
 5              MR. KEZHAYA:  Objection.  Calls for
 6         speculation.
 7         Q.   Well, do you know?
 8         A.   I only know -- everything I know
 9    about this incident I know from this e-mail
10    thread.  So, yeah.  I'm not sure.
11         Q.   Okay.  By the way, when a decision is
12    made as a result of the adjudication of a
13    complaint, how is it documented?
14         A.    It has changed over time.  I'm trying
15    to think back to 2019.  If you're asking about --
16    because I think that it took some time.
17    Currently and from about 2020 on it became much
18    more formal, especially with the formation of the
19    Suryan Council like there's an actual like this
20    is a report of the outcome of the investigation.
21    Make sure that not only is this person e-mailed,
22    but it's cc'd.  You know, there was a lot more
23    formality from 2020 on.
24              At this time and earlier, so this is
25    2019, 2019 and earlier, I think that there was a
```



                            Stevens

1
2    lot more that was done just via e-mails or via
3    communications telling people to step down or
4    asking people to step down and so on as opposed
5    to like official like statements or whatever.
6           Q.   Got it.
7           A.   Again, for this particular one I
8    don't know, but that's my answer to you
9    generally.
10          Q.   Is it fair to say, asking you in your
11   official capacity that, if there had been a
12   document reflecting an adjudication, it would
13   have been produced to us?
14          A.   Oh, yeah.  Yeah.  Absolutely.
15          Q.   Let's mark this as Exhibit 5.
16          (Defendant's Exhibit 5, Document
17          Bates stamped TST 86.0001 and 86.0002, was
18          so marked for identification, as of this
19          date.)
20          Q.   Are you familiar with Exhibit 5?
21          A.   I am.
22          Q.   Alright.  What is it?
23          A.   It's an e-mail thread that's about
24   the topic that, if I may, incidentally ties to
25   the first of the listed items on my document,



```
 1                       Stevens
 2    the past and in other situations retaliation
 3    comes just spreading gossip on social media.
 4    Yeah.  Like that happens, and it hurts people to
 5    have someone go all out blasting them on social
 6    media, and that's some of the biggest fear that
 7    people have.
 8              So that's what I speculate, but it is
 9    speculation.  Based on the text, I don't know.
10         Q.  So, to summarize then, no action was
11    taken because he voluntarily stepped down.  Is
12    that right?
13         A.  No.  He was pressured to step down.
14    He was talked into stepping down so that no
15    action would need to be taken.  I think that
16    there is a material difference between those two
17    phrasings.
18         Q.  How do you reach that conclusion?
19         A.  How do I reach that conclusion?
20         Q.  That he was convinced to step down or
21    pressured to step down.
22         A.  Apart from the fact that Kym directly
23    says, Kym actually says that that would be the
24    method or okay.  Hang on.  The way I understand
25    Kym's assertion in that paragraph when he says,
```



```
 1                        Stevens
 2   step down?
 3          A.    He didn't say the person is going to
 4   step down.  He said that, if we took action, it
 5   would be in everyone's best interest.  This is
 6   the argument that he would make to Fred to try to
 7   convince him to.  I don't think this is -- in my
 8   mind, this isn't that difficult to understand.
 9   Imagine yourself in a room where the person and
10   you feel like you already know and are sure like,
11   yeah, this person has done crappy stuff.  I have
12   seen it.
13              In your mind, you are thinking I'm --
14   like this person is going to be kicked out
15   because I know what has happened, but you can't
16   promise that.  You're behaving properly.  There
17   has to be an investigation first.  So what you do
18   you say, alright, if we take action, then we're
19   going to do everything we can to minimize the
20   chance of retaliation.
21              One way is to try to, instead of
22   bringing down the hammer on him, you know, get
23   him to, convince him that it's in his own best
24   interest to, you know, do as Nixon did, you know
25   what I'm saying?
```



```
 1                      Stevens
 2         Q.   Bow out gracefully.
 3         A.   Yeah, so this was, all I was saying
 4    is to me the motivation and sort of sequence, the
 5    connections here don't seem at all ambiguous.  It
 6    seems very clear what is going on here is there
 7    is a person who feels personally confident that
 8    like, yeah, this person did a crappy thing.  He's
 9    going to be out of here.  I cannot professionally
10    definitively promise that, right?  So what I say
11    instead is, hey, we're going to look into it, and
12    if wink, wink, if we do something, we're going to
13    do it in a way to try to make him less motivated
14    to retaliate.
15         Q.   Okay, but there is no documentation
16    that there was any investigation, correct?
17         A.   I think the only thing that I can
18    think of that would be if there were, yeah, no,
19    as far as I know.  No.
20              (Lunch recess:  12:30 p.m.)
21
22
23
24
25
```



```
 1                    Stevens
 2                Afternoon Session
 3                    1:08 p.m.
 4  G R E G O R Y    S T E V E N S, having been
 5  previously duly sworn, was examined and testified
 6  further as follows:
 7               MR. STRACHER:  Let's mark as
 8          Defendant's 12.
 9               (Defendant's Exhibit 12, Document
10          Bates stamped TST 119, was so marked for
11          identification, as of this date.)
12  EXAMINATION (Continued)
13  BY MR. STRACHER:
14       Q.   Take a look at Exhibit 12 and let me
15  know if you recognize it.  While we are at it,
16  let's mark as Exhibit 13 a document that is TST
17  120.
18               (Defendant's Exhibit 13, Document
19          Bates stamped TST 120, was so marked for
20          identification, as of this date.)
21               MR. STRACHER:  I'm marking these all
22          because they relate to the same complaint.
23               THE WITNESS:  Okay.
24               MR. STRACHER:  Exhibit 14.
25               (Defendant's Exhibit 14, Document
```



```
 1                          Stevens
 2    harm, general damages for reputational harm and
 3    punitive damages."
 4               So let me ask you about the special
 5    damages.  Lost donations, lost membership, future
 6    economic losses.  How do you measure those?  How
 7    many lost donations have you suffered?
 8          A.   So I can't give you numbers.  I
 9    didn't come here.  Like I know whatever process
10    was involved in generating the numbers that were
11    presented for the court are the result of
12    research and the calculation.  I can't give you
13    details.  I didn't do that calculation.  What I
14    can say is that we have seen over a period of
15    time since the Newsweek article came out there
16    are people who are not hesitant about messaging
17    us and saying that they're canceling their
18    recurring donation because of this, that or the
19    other, right, so that kind of thing can be tied
20    very, very specifically and also whenever there
21    are people who are actively, whether trying to
22    denigrate TST, now they have this thing that
23    looks very official in their handbook of like,
24    oh, we must be right because look at this thing
25    that was published, which is incredibly harmful,
```



```
 1                        Stevens
 2    all the time, and so an accusation of not just
 3    some individual person doing bad things, but an
 4    institutional whatever, you know, coverup is
 5    incredibly harmful to us, because it undermines
 6    our entire, you know, religious beliefs.
 7            Q.   Is the threat of that harm a useful
 8    weapon against TST?
 9            A.   Yes.
10            Q.   Directing your attention to
11    Defendant's Exhibit 10, which pertains to TST
12    Arizona and Wonka, have you been provided any
13    materials today or do you otherwise know about
14    the nature of the accusations against Wonka?
15            A.   No.
16            Q.   So, as you sit here today, you know
17    nothing that could support the notion that Wonka
18    was engaged in any form of sexual misconduct.  Is
19    that right?
20            A.   That's correct.
21            Q.   I would like you to expand a little
22    bit on why does TST not proselytize as a
23    doctrinal position and perhaps begin your answer
24    with, if you can, a definition of proselytizing,
25    if you think it important.
```



1

2                    C E R T I F I C A T I O N

3

4          I, JOSEPH R. DANYO, a Shorthand Reporter

5   and Notary Public, within and for the State of New

6   York, do hereby certify:

7          That I reported the proceedings in the

8   within entitled matter, and that the within transcript

9   is a true record of such proceedings.

10         I further certify that I am not related, by

11  blood or marriage, to any of the parties in this

12  matter and that I am in no way interested in the

13  outcome of this matter.

14         IN WITNESS WHEREOF, I have hereunto set my

15  hand this 10th day of November, 2023.

16

17

18                    JOSEPH R. DANYO

19            STATE OF NEW YORK

20            My Commission Expires 2/20/2027

21

22

23

24

25



800.211.DEPO (3376)
EsquireSolutions.com