| | | |
|---|---|---|
| **Matt Kezhaya** <br> 150 S. Fifth St., Suite 1850 <br> Minneapolis, MN 55402 |  | matt@kezhaya.law <br> Direct: (479) 431-6112 <br> General: (612) 276-2216 |

March 25, 2024

Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl St., Room 2230
New York, NY 10007
   **by ECF only**

Re:   *Satanic Temple v. Newsweek* (22-cv-1343) – request for oral argument

Dear Judge Vyskocil:

I represent Plaintiff in the above case. Pursuant to Rule 4(A)(vii) of your Individual Rules of Practice in Civil Cases, Plaintiff requests oral argument on the cross-motions for summary judgment (ECF Docket Nos. 98 *et seq.*).

   Respectfully submitted on May 17, 2024,

|  | By: | */s/ Matt Kezhaya* |
|---|---|---|
|  |  | Matt Kezhaya (# 0402193) <br> KEZHAYA LAW PLC <br> 150 S. Fifth St., Suite 1850 <br> Minneapolis, MN 55402 |
| phone: |  | (479) 431-6112 |
| email: |  | matt@kezhaya.law |

### CERTIFICATE OF SERVICE

**NOTICE IS GIVEN** that I, Matt Kezhaya, efiled the foregoing document by uploading it to the Court's CM/ECF system on May 17, 2024, which sends service to registered users, including all other counsel of record in this cause. *s/ Matt Kezhaya*