UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
THE SATANIC TEMPLE, INC.,                      :
                                               :
                           Plaintiff,          :
                                               :   Case No. 1:22-cv-01343-MKV
v.                                             :
                                               :   **Declaration of**
NEWSWEEK DIGITAL, LLC                          :   **Sara Tesoriero**
                                               :
                           Defendant.          :
                                               :
                                               :
                                               :
                                               :
------------------------------------------------------------------- x

    Pursuant to 28 U.S.C. § 1746, Cameron Stracher declares:

    1.    I am over the age of 18 and fully competent to make this declaration. I have personal knowledge of the facts herein.

    2.    I am an attorney with the law firm of Cameron Stracher, PLLC, counsel for Defendant Newsweek Digital, LLC ("Newsweek"). I submit this declaration in support of Newsweek's Opposition to Plaintiff's Motion for Summary Judgment.

    3.    Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the transcript of the Nathan Sullivan, November 17, 2023.

    4.    Attached hereto as **Exhibit 2** is a true and correct copy of an excerpt from Dr. Joseph Laycock's book *Speak of the Devil: How The Satanic Temple is Changing the Way We Talk about Religion*, produced by Newsweek during discovery and bearing Bates stamps NEWSWEEK119–122.

1

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 31, 2024

*Sara C. Tesoriero*

Sara C. Tesoriero

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 31, 2024, I caused a true copy of the foregoing to be served on all counsel of record via ECF.

/s/ *Sara C. Tesoriero*
Sara C. Tesoriero, Esq.
