# EXHIBIT 1

```
 1                UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF NEW YORK

 3   ---------------------------------------------------------
                                         )
 4   THE SATANIC TEMPLE, INC.,           )
                                         )         COPY
 5             Plaintiff,                )
                                         )
 6        vs.                            )NO. 1:22-CV-01343-MKV
                                         )
 7   NEWSWEEK DIGITAL, LLC,              )
                                         )
 8             Defendant.                )
                                         )
 9   ---------------------------------------------------------

10        Videotaped Deposition Upon Oral Examination

11                            of

12                      NATHAN SULLIVAN
     ---------------------------------------------------------
13
                  Friday, November 17, 2023
14
                         11:41 a.m.
15
                  7900 Southeast 28th Street
16
                   Mercer Island, Washington
17

18

19

20

21

22

23
     Cheryl Macdonald, CRR, RMR
24   Court Reporter
     License No. 2498
25
```



```
                                                          Page 6
 1      A.    To my recollection, he is the one that
 2   quote is attributed to.
 3      Q.    Okay.  And to put a finer point on it, Jinx
 4   Strange is a pseudonym; correct?
 5      A.    As far as I'm aware, yes.
 6      Q.    Did you personally put Julia Duin in touch
 7   with Jinx Strange?
 8      A.    Yes.
 9      Q.    Okay.  Was that done in writing or was that
10   done orally?
11      A.    To my recollection, it was done in writing.
12      Q.    Okay.  How was this writing transmitted?
13      A.    To my recollection, over -- a direct
14   message over Twitter, now X.
15      Q.    Was this message conveyed through the
16   QueerSatanic Twitter handle?
17      A.    I believe so.
18      Q.    And to be clear, it was not transmitted
19   through a personal Twitter handle of yours; correct?
20      A.    Correct.
21      Q.    The statement at issue asserts covered up
22   sexual abuse.  How would you define sexual abuse?
23            MS. TESORIERO:  Objection to form.
24      Q.    Unless told otherwise, please answer the
25   question.
```



Page 7

1     A.    I would probably delineate between sexual

2  harassment and sexual abuse in terms of, I guess,

3  levels of coercion, physicality involved.  Harassment

4  might be just, like, speech or prolonged unwanted

5  personal attention or gift giving or, like, requests.

6  Abuse might involve, like, actual, like, physical

7  interactions, or it might like -- it might also

8  involve -- it might also possibly involve harassment,

9  but in context of the presence of a power differential

10 as established within, like, the hierarchy of The

11 Satanic Temple chapter system or congregation.

12    **Q.    Did I understand your testimony to**

13 **delineate meaning sexual abuse categorically excludes**

14 **sexual harassment?**

15           MS. TESORIERO:  Objection to form.

16    A.    My understanding would be that there is --

17 my understanding would be that there can be mutually

18 exclusive types of either one, but that there is

19 enough room -- but that there is room for overlap

20 given certain -- given the unique facts or

21 circumstances of the particular allegations.

22    **Q.    Okay.  And how about cover-up?  How would**

23 **you define a cover-up within the context of this**

24 **statement?**

25           MS. TESORIERO:  Objection to form.

