# Exhibit 44

"tossatanicacc" engagement history

