# Exhibit 45

Stevens Depo. Ex. 9 (December 11, 2017 Enid Cooper complaint)

 Gmail

Greg Stevens <gregtstevens@gmail.com>

---

## Fwd: TST NC: San Jose Chapter Complaint
1 message


DEFENDANT'S EXHIBIT 9
11-3-23 &o

**Chalice Blythe** <chaliceblythe@gmail.com>   Thu, Jun 8, 2023 at 1:24 PM
To: Greg Stevens <gregtstevens@gmail.com>

I'm just going to forward everything to you as I've found them to MAYBE be relevant.

### Forwarded Conversation
**Subject: TST NC: San Jose Chapter Complaint**

---

From: **Greg Stevens** <gregtstevens@gmail.com>
Date: Tue, Dec 12, 2017 at 6:08 AM
To: National Council <nationalcouncil@thesatanictemple.com>, Sarah Ponto Rivera <sarahpaulinapr@gmail.com>

Sarah,

Since you are the point of contact for San Jose, there are a couple of things I'd like to know before we even begin discussion of this:

- In the Hive, I have James Cook as the signed chapter head with contact information, but I have absolutely no name or email for a co-chapterhead nor do I have signed forms for anyone other than James. Can you tell me who the co-chapterhead there is, and whether you have any signed forms for that person?

- Is this the first you are hearing of any of these allegations?

Thanks!,
Greg

On Tue, Dec 12, 2017 at 1:23 AM, The Satanic Temple <satanictempleorg@gmail.com> wrote:

> ---------- Forwarded message ----------
> From: **Enid Cooper** <lipstickb0tch@gmail.com>
> Date: Mon, Dec 11, 2017 at 10:40 PM
> Subject: I need help regarding abuse going on in San Jose California TST chapter
> To: info@thesatanictemple.com
>
> To whom it may concern,
>
>    Hello. My name is Enid Cooper and I am a former member of The Satanic Temple of San Jose.(Although at this point in time I would ask that you keep my identity anonymous.)
> I would like to lodge a formal complaint against The San Jose CA TST chapter and its leadership. I haven't been part of this institution for very long (since July 2017); however, in the short time I have been a member, I have witnessed several infractions including cronyism, public shaming that resembles hazing, inappropriate behavior and unwanted sexual advances. I have attempted to go through the chapter head Duncan Cook regarding these grievances but have gotten nothing back from him but threats and gas-lighting.
>    My first encounter with the TST was at a potluck picnic in Santa Cruz during the summer of this year. One of the leadership, Miles Teg (Gus Hernandez) pulled me aside during the picnic and mentioned that he had seen me online and thought I was "beautiful". While this was going on, he was caressing my arm which made me very uncomfortable. I politely declined because I was with my date and excused myself to go back to my seat. At this point, he followed me to my table where I was seated with my date and proceeded to talk about the piercing on his penis, even going as far as looking for objects that were comparable in shape to his genitals. I didn't speak up to Duncan at time because I knew that

3PP TST 0000089.0001

he was part of the leadership, and I was afraid of losing membership. Looking back, this should have been a blaring red flag.

A few weeks later, I attended a Facebook event that Duncan created and held at his house called "Game Night". Everything was going well until Duncan sat next to my date and started to rub his shoulders. We realized he was at this point obviously inebriated and "euphoric". He leans into my date and says, " Sorry, I just feel so good right now I needed to touch someone". My date handled Duncan graciously, but told me that he didn't like people randomly touching him. He was upset with Duncan's lack of boundaries and confided that he had been sexually abused as a child. (Would this have been ok if Duncan had done this to a woman?)

A month or so later I attended Lana Mara Navalia's (her Facebook name) birthday party. She is currently being groomed to be a co-chapter head. I have to say the following about her however. She is a self proclaimed, self diagnosed narcissist who has mentioned that she enjoys manipulating people to get what she wants. In fact she has confessed to responding to a geriatric racist female protester with violence when she was in AntiFa last year (she said she curb stomped her). She has called herself an "ELITE HACKER" who ruins peoples' reputations online. This person has absolutely no personal boundaries or shame and during her birthday party farted on my face in front of other people including Michelle Eris and Duncan, both of whom were very drunk and apparently amused by this. I was mortified and humiliated by such a disgusting and abusive act she claimed it was initiation to the TST. She then spent the rest of the party pan-handling by mentioning her bleak bank account. (Something she has done at every event I've seen her in.) Of course, after people feel bad (embarrassed?) and give her some cash, she then proceeds to loudly declare her anticipation to treat herself to some Birthday Cocaine.

Around the same time as Lana's birthday (about one day prior). Devy Dev who is Duncan's best friend posted a RAPE MEME which upset a lot of the members. What followed can only be described as a cluster-fuck. Members who were critical of Devy's meme were met with backlash. The fear that some people had about leadership abusing their powers were now proven to be real. Members were kicked out for their opinion and of course Duncan was right behind Devy during this whole shit show. A concerned member, Gabriel Showers spoke out against Devy retaining his status in the Temple after everything he did, which included a weak and insincere apology. Duncan retorted to this by telling him to "tread lightly", because he was "new", an obvious threat to new members. At this time, Gabriel has been unceremoniously removed from the Temple for speaking out against Devy and Duncan.

I will send a copy of the meme because you need to understand the context of this whole thing. You need to see how offensive this meme is, not only to feminists, but to anyone who has lived through sexual abuse/assault.

The reason why I mentioned these people specifically is because they are all part of Duncan's circle of friends, even before they became part of the leadership. The order of which matters a lot. He gave his friends positions of power regardless of how undeserving and unqualified they were.

The Temple itself is not the problem. Many of its members genuinely want to affect the community in a good way. They want to prove that morality and atheism/satanism are not mutually exclusive. I joined TST because I saw this institution as an institution for change. And so many of the members including myself want to affect this change through charitable events, activism, and community outreach. Unfortunately, Duncan and his friends (AKA Horned Order) don't really care to do all that or any off it. Their priority seems to be more geared towards when the next "Satanic" party is to fill their social media with or what to drink or snort next. I'm all for having fun, but this organization is becoming more like a club than an activist group. There's a reason why I didn't join the Church of Satan. It looks and sounds useless. I thought TST would be different.

I apologize for the wall of text, but thank your for you time. Please advice.

Sincerely,

Enid Cooper

---

From: **Sarah Ponto Rivera** <sarahpaulinapr@gmail.com>
Date: Tue, Dec 12, 2017 at 6:18 AM
To: Greg Stevens <gregtstevens@gmail.com>
Cc: National Council <nationalcouncil@thesatanictemple.com>

Yes, James Cook is Duncan.

I have heard of the meme incident and talked with Duncan at length about the details of this and how he handled it which was removing Devon from the "horned order" and revoking any internal assignments he had. I felt this was appropriate.

I have a meeting with Duncan tonight to discuss changing Michelle's title to co-chapter head from Media liaison. Which in the past Duncan had expressed concerns about but I'm not recollecting all the details of that. I can inquire about these allegations.

---

From: **Greg T Stevens** <gregtstevens@gmail.com>
Date: Tue, Dec 12, 2017 at 6:43 AM
To: Sarah Ponto Rivera <sarahpaulinapr@gmail.com>
Cc: National Council <nationalcouncil@thesatanictemple.com>

In the absence of paperwork, Duncan is the only leadership in that chapter and by policy they need a second leader, and that person needs to sign paperwork. This is critical for our protection.

But another question: how long has Michelle been acting as leadership in the chapter? We generally have "grandfathered in" existing leadership when it comes to new processes..... but if Michelle has no signed paperwork I wonder if we need to go through the full process (interviews, background check)?

Greg

---

From: **Sarah Ponto Rivera** <sarahpaulinapr@gmail.com>
Date: Tue, Dec 12, 2017 at 9:31 AM
To: Greg T Stevens <gregtstevens@gmail.com>
Cc: National Council <nationalcouncil@thesatanictemple.com>

Michelle has been interviewed and completed a BG check. As for the oversight for signing the agreement I believed I had completed but after going through my communications with michelle I see is not. I'm getting that done now.


--
**Chalice Blythe**
Minister of Satan
Satanic Ministry
The Satanic Temple

donate.thesatanictemple.org

**CONFIDENTIALITY NOTICE**
The content of this email is confidential and intended only for those parties who received the email directly from chaliceblythe@gmail.com. It is strictly forbidden to share any part of this message with any third party without the written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.