# Exhibit 46

Stevens Depo. Ex. 8 (January 6, 2018 resolution of Enid Cooper complaint)



Greg Stevens <gregtstevens@gmail.com>

## Fwd: Cooper -Formal Complaint SJ
1 message



DEFENDANT'S EXHIBIT 8 11-3-23

**Chalice Blythe** <chaliceblythe@gmail.com>  Thu, Jun 8, 2023 at 1:24 PM
To: Greg Stevens <gregtstevens@gmail.com>

---------- Forwarded message ---------
From: **Sarah Ponto Rivera** <sarahpaulinapr@gmail.com>
Date: Sat, Jan 6, 2018 at 12:10 PM
Subject: Re: Cooper -Formal Complaint SJ
To: David Moses <verite999@gmail.com>
Cc: National Council <nationalcouncil@thesatanictemple.com>, Stuart de Haan, Esq. <stu.dehaan@gmail.com>

Though I don't agree with dismantling the chapter and feel it is a bit of a dramatic step if we have a quorum on the matter I will write the letter.

On Fri, Jan 5, 2018 at 3:55 PM David Moses <verite999@gmail.com> wrote:
> Well, she's clearly unstable.
> The option she completely misses is that she could have just asked what had been done instead of opening with a threat.
>
> At least she gave us what we would need to show how unstable she is if she does decide to go to the press.
>
> Her instability doesn't negate the concerns raised about the chapter leadership.
>
> Kym
>
> On Jan 4, 2018, at 12:40 PM, Stuart de Haan, Esq. <stu.dehaan@gmail.com> wrote:
>
>> Response from Enid Cooper. This went as well as expected.....
>>
>> ------
>>
>> I don't want money, or five minutes of fame on a shitty segment over something humiliating like this, so while you may see me as a threat, I'm not. These are actions of a desperate person; not a greedy or attention seeking idiot.
>> I hate being left in the dark, especially when I feel like I was ignored after opening up about something I haven't even told my best friends about. I get it now, I'm not privy to a lot of things that go on there (I'm actually not privy to anything), but because I literally have 0 idea what's going on, I naturally assume all of you are just friends laughing it off.
>> Notice I didn't "coerce" you into doing something specific. Maybe my tone should have been lighter, but considering all that's happened, my etiquette is wore off. I don't have to be polite to an organization that has wronged me simply for wanting to be a part of something greater. Have you been sexually harassed with what you perceive to be a safe place? Have you been told to take it? It's not a big deal? Have you had someone that's above you fart in your fucking face and again tells you to take it? I imagine that's a silent "no". Congratulations then.
>> And please, putting me in a category with nutty Christians that send death threats (and truly wish death upon you), while I myself only mentioned contacting the local news (because one of your chapters has gotten out of control, and I assumed wrongly that the investigation was done), is absolutely ridiculous considering you shouldn't be silencing any victim.
>> I already knew I'd never be let back into any chapter the moment I contacted you, so while my response may have irritated you, all of you can get back to me when someone farts in your faces and tells you to take it.
>> And regarding me going to the local news, it's not off the table, because like your organization, I won't be

coerced into being silent. **I won't be contacting them anytime soon since you guaranteed the investigation was still ongoing (and will apparently take a while). And you know what's sad? That's all I wanted to know.** I wasn't given a time frame in the original response, like: "Cooper this may take a few months, please be patient with us". That in itself would have spared us this unsavory email exchange

By the way, prodding me with "my behavior is a legal matter now" still won't or scare me, **It was a legal matter the moment I was sexually harassed by senior members in the SJChapter, why don't you think in those terms instead?** So please, don't antagonize me, I may be a beaner, but I'm far from stupid or ignorant.

I didn't sue you people, nor did I go running to any news source that was going to sensationalize this matter the second I had a chance. I haven't mentioned a single thing about SJTST on ANY social media platform I use. At least my actions speak louder than any rude email I may have sent you, or any retort you had for me.

I don't need a response to the above. I get it, shut the fuck and "behave" Cooper. Like I haven't been doing that since the summer of 2017.

--

de Haan Law Firm, PLLC
Stuart de Haan, Esq.
100 N Stone #512
Tucson, AZ 85701
Tel: 520-358-4089
Fax: 520-628-4275
E-mail: stu.dehaan@gmail.com


--

**Chalice Blythe**
Minister of Satan
Satanic Ministry
The Satanic Temple

donate.thesatanictemple.org

**CONFIDENTIALITY NOTICE**
The content of this email is confidential and intended only for those parties who received the email directly from chaliceblythe@gmail.com. It is strictly forbidden to share any part of this message with any third party without the written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.