UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Satanic Temple, Inc.<br>*Plaintiff*<br><br>v.<br><br>Newsweek Digital LLC<br>*Defendant.* | 1:22-cv-1343 (MKV)<br><br>**DECLARATION OF<br>HOLLOW AXIS** |

**COMES NOW** Hollow Axis, who states as follows under penalty of perjury of the laws of the United States of America.

1.  **Purpose**. This declaration is made in support of The Satanic Temple's response to Newsweek's motion for summary judgment in the above cause.

2.  **Identity and qualifications**. I am Hollow Axis, I have advised and assisted The Satanic Temple in a security capacity, and am a co-congregation head of Detroit. I am an adult of sound mind with no felonies. I base the following statements on my own personal knowledge and under penalty of perjury.

3.  **"Something" did not happen**. I am familiar with an accusation of sexual impropriety against me levied by "Evan Aytch," a pseudonym of the "personal friend" of Jinx Strange. As further addressed below, the claim is false.

    (a) *Nothing happened*. In July or August 2019, there was a party in Detroit. I and Evan Aytch were both in attendance. Nothing happened at the party between me and Evan Aytch. Nothing could have happened: at no point was I ever alone with Evan Aytch.

– 1 –

  (b) *The claim is fabricated*. After the party, she made sexual advances on me. I declined, in part, because she was the live-in dating partner of a friend of mine. In retribution, she invented a false allegation of sexual impropriety to damage my reputation.

  (c) *Evan Aytch is not a reliable declarant*. The party was during a period of mental health difficulties for Evan Aytch. She spoke frequently about her struggles with mental health. More particularly, she described her symptoms as including violent impulsive outbursts, and occasional instances of delusions. She also had a habit of falsely accusing people of sexual impropriety. In September 2019, she stabbed my friend (with whom she was living and dating). For which, she was arrested by the Novi, MI police department and was temporarily institutionalized in Stonecrest Center in Detroit.

4. **Newsweek's Exhibit 20 is obviously fabricated**. I have reviewed Newsweek's Exhibit 20, a reddit post by "tossatanicacc." As further addressed below, the claim is false.

  (a) There was an event in Philadelphia, but it was not close in time to Lupercalia (celebrated in mid-February). The event was on November 13, 2019. There was no ritual at that event. Lucien gave a video presentation on the "Marvel Truther" movement (discussing the internet community which believes that Marvel comic characters are real); and, more generally, internet hysteria. We concluded the evening casually socializing at the bar, and went back to our respective hotel rooms so we could get up early the next day and drive to Boston. There was no after party.

(b) Contrary to the article, I wasn't patrolling the venue. I don't do that when I provide security.

(c) There was no orgy or any other public sexual activity that night.

(d) This is clearly a fabricated tale designed specifically to alienate sensitive demographics. I know this because it plays on two key points of sensitivity: transitioning and body sensitivity. It is a typical example of a fictitious work created to harm The Satanic Temple's reputation.

**FURTHER AFFIANT SAYETH NOT**.

Pursuant to 28 USC § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. *s/Hollow Axis*
Executed on May 30, 2024.