# Exhibit 50

Excerpts of deposition of Gregory Stevens as TST 30(b)(6)
(November 3, 2023)

### In the Matter Of:

### THE SATANIC TEMPLE V. NEWSWEEK DIGITAL

1:22-cv-01343-MKV

## GREGORY STEVENS

*November 03, 2023*

*30B6*



800.211.DEPO (3376)
EsquireSolutions.com

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

THE SATANIC TEMPLE, INC.,

                    Plaintiff,

        -against-                    Case No.
                                     1:22-cv-01343-MKV
NEWSWEEK DIGITAL, LLC,

                    Defendant.

------------------------------------x

                    November 3, 2023
                    9:43 a.m.


        30(b)(6) Deposition of Plaintiff by
GREGORY STEVENS, taken by Defendant, held at
30 Rockefeller Plaza, New York, New York,
before Joseph R. Danyo, a Shorthand Reporter
and Notary Public within and for the State
of New York.
```



```
 1
 2    A P P E A R A N C E S :
 3
 4       KEZHAYA LAW PLC
         Attorneys for Plaintiff and the Witness
 5          150 S. Fifth Street
            Suite 1850
 6          Minneapolis, Minnesota 55401
 7       By:   MATT KEZHAYA, ESQ.
               SONIA KEZHAYA, ESQ.
 8
 9
10       LAW OFFICES OF CAMERON STRACHER PLLC
         Attorneys for Defendant
11          51 Astor Place
            9th Floor
12          New York, New York 10003
13       By:   CAMERON STRACHER, ESQ.
               SARA TESORIERO, ESQ. (Via Zoom)
14
15
16    Also Present:
17       LAURA HENRIQUE, ESQ., Newsweek (Via Zoom)
18       RACHELLE PIKE, Paralegal, Cameron Stracher PLLC
                         (Via Zoom)
19
20                     ~oOo~
21
22
23
24
25
```



1                     Stevens
2    nature, you want me to give you a high level
3    summary?
4          Q.   Yeah, that would be great, based on
5    your record or your recollection.
6          A.   Some of this is indirect knowledge.
7    Some of it is because, although I wasn't at this
8    time on the national council or anything when it
9    first started, I know Shelby and I know other
10   members of Austin fairly well.  Yeah.
11   Conversations with people who were involved as
12   well.  So Kiley started making claims about
13   Shelby.  If you don't mind, I will actually refer
14   back to my document because I am bad with dates.
15         Q.   Sure.
16         A.   Kiley started making claims about
17   Shelby, and it was actually earlier than April
18   2020 sort of informally that some of these claims
19   were being made and even shared online that seem
20   to be sort of an effort to draw other people in
21   to, you know, quote warn people and let people
22   know unquote about Shelby before even an official
23   complaint was filed.
24              Then on or about in April of 2020 was
25   when, not Kiley, but an ex of Shelby's who also



```
 1                    Stevens
 2   was friends with Kiley e-mailed the national
 3   council with the allegation that Shelby had
 4   sexually assaulted Kiley.  So the allegation was
 5   that Shelby sexually assaulted Kiley.  The report
 6   was e-mailed in by a person who was a friend of
 7   Kiley's and an ex of Shelby's.
 8             National council's first response was
 9   to encourage Kiley to file a police report, but
10   she said she was not going to do that.  Over the
11   course of the following month or so, I'm trying
12   to think of a good neutral way of phrasing this,
13   because I don't want to sound like I'm making any
14   accusations one way or the other, but it seemed
15   like there was a lot of effort to reach out to
16   people, TST members individually, to, you know,
17   warn people, sway people, whatever language you
18   want to use, right, about this.
19        Q.   By who?
20        A.   By friends of Kiley's or friends of
21   Laura's, and it got to the point where someone,
22   it was Laura, threatened to go public quote
23   unquote, whatever that means, with the claim that
24   TST was covering up these accusations, and it was
25   at that point that Shelby stepped down.
```



1                         Stevens
2    even there was a point when the national council
3    advised that like, you know, the congregation if
4    you see stuff because there was so much stuff
5    going on online, there was so much like people
6    talking, you know, making accusations online and
7    all this stuff, and so there was urging messages
8    to leadership like please don't get involved,
9    please don't respond, please don't argue back,
10   just please, please, and then at one point I
11   don't know exactly when this was, but the people,
12   you know, like Laura because of the fact that
13   every single, every single meeting in the
14   congregation there was a lot of just constantly
15   turning attention to themselves and to this and,
16   hey, did you hear that Shelby, just constant, and
17   it made it impossible for them to have meetings,
18   and so they ended up making the decision to
19   remove everybody, anybody who was involved in any
20   side of the case, right, just anybody who was
21   currently a part of the police investigation, we
22   just please take some time, please take some
23   time, and they were no longer part of Austin.
24            So yeah.  That's really, like I said,
25   I'm speaking from the point of view of TST at the



1                        Stevens
2  point where Shelby stepped down and national knew
3  that there was police work going on, so there was
4  no more national interest in it, because like
5  this is being handled.  Shelby is no longer a
6  part of this, and then from the point of view of
7  the congregation itself when eventually they
8  said, hey, for our members' comfort and safety,
9  anybody involved in the investigation based on
10 their behavior, and they're being removed, this
11 became no longer a TST thing even though there's
12 obviously --
13        Q.   A lot of stuff about it?
14        A.   Stuff that happened since then.
15        Q.   Yeah.  Okay.  What result, if you
16 know, became of the police investigation of
17 Shelby?
18        A.   They dropped the case.
19        Q.   And Shelby resigned you said from
20 TST.  Is that right?
21        A.   He resigned from being in leadership
22 and a member of the congregation.  I think he
23 still considered him himself a member of TST
24 generally, but yeah.
25        Q.   And what about Kiley?  What happened

1                       Stevens
2   to her vis-à-vis TST?
3        A.   I don't know.
4        Q.   So let's mark this as Exhibit 19.
5             (Defendant's Exhibit 19, Document
6        Bates stamped TST 430, was so marked for
7        identification, as of this date.)
8        Q.   I just marked Exhibit 19 a document
9   Bates numbered TST 430.  Do you recognize this
10  document?
11       A.   I do not.
12       Q.   I'll represent to you this was
13  produced by the Plaintiff in this lawsuit in
14  response to Newsweek's document request.
15       A.   Okay.
16       Q.   Do you see the reference in that
17  document to being banned from TST for filing a
18  report about a member of leadership in TST raping
19  them?
20       A.   I see the sentence you're referring
21  to.
22       Q.   Do you know whether Kiley was banned
23  from TST?
24       A.   I know for a fact that Kiley was not.
25       Q.   She was not banned.  How do you know



```
 1                      Stevens
 2   let a lot of things slide.  So many stories
 3   involved leaving a lot of things to the side, but
 4   then nothing had risen to the point of Jex being
 5   a real topic of conversation until I remember, I
 6   remember the evening getting the phone call
 7   saying, hey, Jex just like literally like made a
 8   statement about encouraging people to kill the
 9   president in one of the rituals.
10                  We need to freaking do something
11   about this.  Jex was almost a ghost prior to
12   that.  You know what I mean?  Like doing things,
13   not completely, because there were some things
14   she did that were very antagonistic.  We had
15   chapters in Texas, and chapters tend to be very
16   territorial isn't necessarily the right word, but
17   they have their area, and so Jex just
18   independently, no proposal, no communication,
19   decided to like do a thing in Texas and got the
20   Texas groups upset, because they felt like they
21   were being, like why are we even here, if Jex can
22   just without even telling us ahead of time do
23   this ritual thing, this call for this action in
24   our area.
25                  So that kind of thing was the only
```



```
 1                        Stevens
 2            A.    Sure.
 3            Q.    The bottom of page 6.
 4            A.    Yeah.
 5            Q.    So on May 9th, Doug Mesner, Lucien,
 6    right?
 7            A.    Yes.
 8            Q.    Writes a draft e-mail?
 9            A.    Hang on.  Hang on.  Are you talking
10    about page 6?
11            Q.    Yes.  Page 6?
12            A.    I'm looking at a page 6.  Where's
13    May 9th?
14            Q.    No.  I'm sorry.  May 5th, 2019.
15            A.    I got it.  Yeah, yeah, yeah.
16            Q.    And I'm wondering if that refreshes
17    your recollection about the nature of this
18    e-mail, the timing, what it was referring to?
19            A.    It does.  Thank you very much.  So
20    this wasn't a direct consequence of the incident
21    of her having a ritual in which she told people
22    that they should kill the president, which is why
23    she was terminated.  You know, it wasn't that
24    incident, but after the movie came out --
25            Q.    And, by the movie, you mean the movie
```



```
 1                      Stevens
 2       didn't get that document, and I think you
 3       testified you're not aware of where or
 4       whether that document exists, but, Matt,
 5       if you can make an effort to see if you
 6       could find that document, and I ask the
 7       deponent as well.
 8              THE WITNESS:  I see.
 9              MR. STRACHER:  Will you do that for
10       us?  Go back to the original e-mail and
11       see if there's an attachment.  Alright.
12       That's my only question.  That's it.
13       Thank you all.  Thanks very much.
14              (Time noted:  3:40 p.m.)
15                                 _____
16
17   Subscribed and sworn to
18   before me this____day of_____, 2023.
19   _____
20
21
22
23
24
25
```



1

2         C E R T I F I C A T I O N

3

4         I, JOSEPH R. DANYO, a Shorthand Reporter

5  and Notary Public, within and for the State of New

6  York, do hereby certify:

7         That I reported the proceedings in the

8  within entitled matter, and that the within transcript

9  is a true record of such proceedings.

10        I further certify that I am not related, by

11 blood or marriage, to any of the parties in this

12 matter and that I am in no way interested in the

13 outcome of this matter.

14        IN WITNESS WHEREOF, I have hereunto set my

15 hand this 10th day of November, 2023.

16

17 

18         JOSEPH R. DANYO

19         STATE OF NEW YORK

20         My Commission Expires 2/20/2027

21

22

23

24

25