# Exhibit 51

Excerpts of deposition of Lucien Greaves
(November 6, 2023)

# In the Matter Of:

## SATANIC TEMPLE vs NEWSWEEK DIGITAL

1:22-cv-01343-MKV

# LUCIEN GREAVES

*November 06, 2023*



800.211.DEPO (3376)
EsquireSolutions.com

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

THE SATANIC TEMPLE, INC.,

                    Plaintiff,

        -against-                    Case No.
                                     1:22-cv-01343-MKV
NEWSWEEK DIGITAL, LLC,

                    Defendant.

------------------------------------x

                    November 6, 2023
                    9:32 a.m.



        Deposition of LUCIEN GREAVES, taken by

Defendant, held at 30 Rockefeller Plaza, New

York, New York, before Joseph R. Danyo, a

Shorthand Reporter and Notary Public within

and for the State of New York.
```



```
 1
 2    A P P E A R A N C E S :
 3
 4       KEZHAYA LAW PLC
         Attorneys for Plaintiff and the Witness
 5          150 S. Fifth Street
            Suite 1850
 6          Minneapolis, Minnesota 55401
 7       By:   MATT KEZHAYA, ESQ.
               SONIA KEZHAYA, ESQ.
 8
 9
10       LAW OFFICES OF CAMERON STRACHER PLLC
         Attorneys for Defendant
11          51 Astor Place
            9th Floor
12          New York, New York 10003
13       By:   CAMERON STRACHER, ESQ.
               SARA TESORIERO, ESQ. (Via Zoom)
14
15
16   Also Present:
17       LAURA HENRIQUE, ESQ., Newsweek (Via Zoom)
18                    ~oOo~
19
20
21
22
23
24
25
```



1                    Greaves
2    contacted about her following the release of the
3    documentary Hail Satan.
4        Q.   Why is that?
5        A.   Because the narrative arc of her
6    removal from The Satanic Temple was a part of
7    that.  It was a part of that documentary.
8        Q.   So she made statements in the
9    documentary about her removal and --
10       A.   Well, she made public statements
11   about her removal before the documentary came
12   out.  She wrote a Medium article, Medium is a
13   website that people can dump their content on, so
14   she wrote a Medium article listing these untrue
15   claims regarding her departure.
16       Q.   Do you know if you spoke to a
17   journalist for the Washington Post about Jex?
18       A.   I couldn't say specifically that it
19   was that I talked to somebody from the Washington
20   Post about her.
21       Q.   Do you recall how many journalists
22   you spoke to about Jex?
23       A.   No.  It wasn't a primary question
24   people had following Hail Satan, but following
25   Hail Satan there were at times a lot of

1                         Greaves
2              Q.   Are you aware that Jex Blackmore said
3    this in her Medium piece, and I quote, "While I
4    was part of the organization, I witnessed male
5    members of the organization exploit their
6    position and influence inappropriately and
7    disrespectfully towards women.  I myself
8    experienced harassment and abuse from members who
9    have now left the organization."
10             Do you remember that statement from
11   her Medium piece?
12             A.   Well, yeah.  I know she said that in
13   her Medium piece, but I don't know what reality
14   that's supposed to relate to.  I don't know what
15   instances she's claiming these happened, and
16   further, like I said, at the point where we
17   actually had an organizational structure, she
18   essentially wasn't working with us anymore.
19             So the likelihood of those comments
20   being true I think are pretty low.  Even though
21   you want to take those types of seriously, her
22   history of deceptive answers as to her
23   relationship with TST are enough to make me very
24   skeptical.
25             Q.   Are you aware of any claims of



1                        Greaves

2    harassment or abuse made by Jex?

3           A.    No, none.

4           Q.    She says that, when she complained

5    about it, she was asked to "let it all blow

6    over."  Are you aware of anyone that she spoke to

7    about these claims?

8           A.    No.  I think she's, honestly I think

9    she's lying about those things.  I don't think

10   there's any truth to it.

11          Q.    What is the basis for saying that

12   she's lying?

13          A.    Because I feel like, if she was going

14   to talk to anybody, she would have talked to me.

15   I mean, you know, not to keep hammering on it,

16   but she really wasn't working with us, and, when

17   she would come around, she would talk to me.  She

18   would speak directly with me, and when she had

19   first started, we had so few people that she was

20   only just kind of working with me anyway.

21                So for her to suddenly come back

22   after a couple of years and say, oh, I made these

23   complaints, but nobody listened, and for me to

24   not actually know those complaints, I feel like

25   I have no idea who else she would have talked to,

1                       Greaves
2    or after April of 2019?
3         A.   You know, I don't.  I'm pretty sure
4    it was before April of 2019.  I think it was, I
5    think when it first was released in Sundance,
6    there was snow in Utah where we were, and I think
7    it was February.
8         Q.   Okay.  In the documentary Jex
9    Blackmore is portrayed as threatening to kill the
10   United States President at the time.  Was that an
11   accurate portrayal of something that happened?
12        A.   Yeah, and I don't think it was
13   presented in any deceptive context.  I think her
14   words were very apparent in the footage that was
15   shown, and you know, I don't see any way she can
16   absolve herself of responsibility for those
17   words.
18        Q.   After that scene, there was a scene
19   in which she received a phone call from you.  Do
20   you remember that scene?
21        A.   I do.
22        Q.   What was the nature of that call?
23        A.   To be honest, I can't be sure that
24   that was actually footage of when I called her to
25   tell her that she was kicked out of The Satanic



1                     Greaves
2    Temple.  Her being on the phone may have been
3    staged for B roll, but in fact I did have a phone
4    call with her after she was removed from her
5    position from The Satanic Temple by unanimous
6    vote from our national council at the time.
7         Q.    I'm going to mark the Medium article
8    that we've been addressing as Plaintiff's Exhibit
9    2.
10             (Plaintiff's Exhibit 2, Medium
11          article titled The Struggle for Justice Is
12          Ongoing, was so marked for identification,
13          as of this date.)
14        Q.    Do you remember the time frame in
15   which Jex Blackmore was involved with TST?
16        A.    Well, like I said, she started out
17   with us very early on like 2014, and after like
18   2015 she pretty much wasn't doing anything with
19   us, and she only kind of tried to revive her role
20   I think in response to the fact that a
21   documentary was being made, and she wanted to do
22   what she could to maximize her own exposure
23   utilizing the documentary, and towards that end
24   she put together the event in which she claimed
25   that some "we" were going to assassinate the



1                        Greaves
2     President.
3                She put together this event without
4     our knowing it, and this was after having
5     performed other events without telling us about
6     them, events that could directly impact our
7     reputation and public image, she put together
8     events like that previously, and then after the
9     call for presidential assassination that is when
10    it was unanimously mandated that she needed to be
11    removed.
12          Q.   Do you remember when the filming of
13    Hail Satan began?
14          A.   I believe filming for Hail Satan must
15    have began around 2016.
16          Q.   Was Jex Blackmore aware prior to
17    filming of the notion of a documentary being
18    filmed?
19          A.   I'm not sure when she became aware of
20    a documentary being filmed, but I'm convinced
21    that the documentary being filmed is what made
22    her come back to identifying with us at all when
23    holding events.
24          Q.   Okay.  Drawing your attention now to
25    Plaintiff's Exhibit 2, I note the first sentence



800.211.DEPO (3376)
EsquireSolutions.com

```
 1                    Greaves
 2   that they would be, but the rationale should be
 3   there as well.
 4           Q.   Was there any investigation into
 5   claims that Jex had been sexually harassed?
 6           A.   Not that I'm aware of, but I'm also
 7   not aware that she ever actually made a complaint
 8   or gave us anything to actually investigate.
 9           Q.   After the Medium article came out,
10   were there any investigations into her claims
11   that she had been sexually harassed?
12           A.   Well, I take issue with the idea that
13   she made an actual claim within the Medium
14   article.  She made a statement claiming that
15   there were these circumstances giving very little
16   to work off and also under circumstances where we
17   knew that she had been lying about essentially
18   everything else in the Medium article, that I
19   don't think we viewed these claims of hers as
20   actionable on our end.
21           Q.   So the answer is no, there was no
22   investigation after the Medium article came
23   out?
24           A.   Not that I'm aware of, but nor do I
25   know what form that could take with such little
```



```
 1                      Greaves
 2   information.
 3           MR. STRACHER:  Okay.  No further
 4       questions.
 5           MR. KEZHAYA:  No further questions of
 6       mine.
 7           (Time noted:  11:30 a.m.)
 8                              _____
 9
10   Subscribed and sworn to
11   before me this____day of_____, 2023.
12   _____
13
14
15
16
17
18
19
20
21
22
23
24
25
```



C E R T I F I C A T I O N

I, JOSEPH R. DANYO, a Shorthand Reporter and Notary Public, within and for the State of New York, do hereby certify:

That I reported the proceedings in the within entitled matter, and that the within transcript is a true record of such proceedings.

I further certify that I am not related, by blood or marriage, to any of the parties in this matter and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 12th day of November, 2023.



_____
JOSEPH R. DANYO
STATE OF NEW YORK
My Commission Expires 2/20/2027

```
 1
 2                         I N D E X
 3   Witness                                                Page
 4   LUCIEN GREAVES                                            3
 5
 6                        E X H I B I T S
 7   Defendant's/Plaintiff's                                 Page
 8       Exhibit 25   Document Bates stamped TST 37,          30
                     TST 38, TST 39, TST 40 and
 9                   TST 44

10       Exhibit 26   Document Bates stamped TST 41,          30
                     TST 42, TST 43 and TST 45
11
         Exhibit 27   Invoice dated 6/15/22 from              56
12                   Levick Strategic
                     Communications, LP
13
         Exhibit 28   Document Bates stamped TST 36           56
14
          Exhibit 2   Medium article titled The               67
15                   Struggle for Justice Is Ongoing

16                          ~oOo~
17
18
19
20
21
22
23
24
25
```



800.211.DEPO (3376)
*EsquireSolutions.com*

1
2                    DEPOSITION ERRATA SHEET
3  Our Assignment No. 10478372
   Case Caption: The Satanic Temple v Newsweek Digital
4
5              DECLARATION UNDER PENALTY OF PERJURY
6          I declare under penalty of perjury that I have
7  read the entire transcript of my deposition taken in
8  the above-captioned matter or the same has been read
9  to me, and the same is true and accurate, save and
10 except for changes and/or corrections, if any, as
11 indicated by me on the DEPOSITION ERRATA SHEET
12 hereof, with the understanding that I offer these
13 changes as if still under oath.
14          Signed on the _____day of_____
15 2023.
16                      _____
17                             LUCIEN GREAVES
18
19 Subscribed and sworn to on the_____day of
20 _____, 2023 before me.
21
22 _____
23 Notary Public in and for the State of New York.
24
25

