USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/8/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE SATANIC TEMPLE, INC.,

    Plaintiff,

-against-

NEWSWEEK MAGAZINE LLC and JULIA DUIN,

    Defendants.

1:22-cv-1343 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of an opposed letter motion to seal certain portions of deposition testimony. [ECF No. 125]. The requests to seal and for leave to refile the redacted version of the same are ***provisionally*** granted, pending resolution of the parties' motions for summary judgment. [*See* ECF Nos. 98, 102 109].

The Clerk of Court is respectfully requested to close docket entries 125.

**SO ORDERED.**

Date: **August 8, 2024**
New York, NY

**MARY KAY VYSKOCIL**
**United States District Judge**