USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/15/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE SATANIC TEMPLE, INC.,

           Plaintiff,

-against-

NEWSWEEK MAGAZINE LLC,

           Defendant.

1:22-cv-1343 (MKV)

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court hereby grants Plaintiff's request for oral argument on the parties' cross motions for summary judgment at ECF No. 111. Argument will be held on February 4, 2025 at 11:00 AM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. The Court will allow 15 minutes for oral argument per side.

**SO ORDERED.**

Date: **January 15, 2025**
     **New York, NY**

                              **MARY KAY VYSKOCIL**
                              **United States District Judge**