UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

The Satanic Temple, Inc.

                Plaintiff,

-against-

Newsweek Digital, LLC

                Defendant.
------------------------------------------------------

Case No. 1:22-cv-01343-MKV

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Cameron Stracher
FILL IN ATTORNEY NAME

My SDNY Bar Number is: CS2959    My State Bar Number is 2171080

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Cameron Stracher PLLC
                    FIRM ADDRESS: 51 Astor Place, 9th Floor, New York, NY 10003
                    FIRM TELEPHONE NUMBER: (646)992-3850
                    FIRM FAX NUMBER: (646)992-4241

NEW FIRM:    FIRM NAME: Cameron Stracher PLLC
                    FIRM ADDRESS: 1133 Broadway, Suite 516, New York, NY 10010
                    FIRM TELEPHONE NUMBER: (646)992-3850
                    FIRM FAX NUMBER: (646)992-4241

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 1/29/25

_____
ATTORNEY'S SIGNATURE