## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

THE SATANIC TEMPLE, INC.,

                      Plaintiff,                    22 **CIVIL** 1343 (MKV)

      -against-                       **JUDGMENT**

NEWSWEEK MAGAZINE LLC,

                      Defendant.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated March 26, 2025, Defendant's motion for summary judgment is GRANTED and Plaintiff's motion for summary judgment is DENIED; accordingly, this case is closed.

**Dated:** New York, New York
         March 27, 2025

                                          **TAMMI M. HELLWIG**
                                          **Clerk of Court**

             **BY:**                 K. Mango

                                          **Deputy Clerk**