UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Satanic Temple, Inc.<br><br>      *Plaintiff-Appellant.*<br><br>    *vs.*<br><br>Newsweek Digital LLC<br><br>      *Defendant-Appellee.* | 1:22-cv-1343 (MKV)<br><br>**NOTICE OF APPEAL** |

**PLEASE TAKE NOTICE** that Plaintiff-Appellant The Satanic Temple, Inc. respectfully appeals to the United States Court of Appeals for the Second Circuit from the following orders:

- The final order, granting Newsweek summary judgment (ECF No. 134, dated March 26, 2025) and its related judgment (ECF No. 135, dated March 27, 2025); and

- The order granting Newsweek's motion to dismiss for failure to state a claim, in part, and dismissing Julia Duin for lack of personal jurisdiction (ECF No. 27, dated March 8, 2023).

There being a final judgment, appellate jurisdiction is based on 28 USC § 1291.

Respectfully submitted on April 7, 2025,

By:   */s/ Matt Kezhaya*

Matt Kezhaya (# 0402193)
KEZHAYA LAW PLC
150 S. Fifth St., Suite 1850
Minneapolis, MN 55402
phone:   (612) 276-2216
email:   matt@kezhaya.law

### CERTIFICATE OF SERVICE

**NOTICE IS GIVEN** that I, Matt Kezhaya, efiled the foregoing document by uploading it to the Court's CM/ECF system on April 7, 2025, which sends service to registered users, including all other counsel of record in this cause. *s/ Matt Kezhaya*